Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
        dbrown@williamskastner.com
*Attorneys for Debtor Olympia Office LLC*

The Honorable Brian D. Lynch
Chapter 11
Location: Courtroom I
Date: January 24, 2018
Time: 9:00 a.m.
Response Due: January 17, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN RE:

OLYMPIA OFFICE LLC,

　　　　　Debtor.

NO. 17-44721-BDL

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF CHAPTER 11 DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B)

I, Daniel A. Brown, declare as follows:

1.　　I am a member at Williams Kastner, attorneys for the Debtor in this action, and I make this declaration based on my personal knowledge. If called to testify I would be competent to do so.

2.　　Attached as **Exhibit A** is a true and correct copy of the declaration of Scott G. Switzer filed on December 12, 2017 in King County Superior Court in support of Plaintiffs' Motion for Preliminary Injunction Restraining Trustee's Sales (Case No. 17-2-31354-8). The exhibits originally filed along with Mr. Switzer's declaration have been removed from his

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF
CHAPTER 11 DEBTOR'S MOTION TO EXTEND AUTOMATIC
STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B) - 1

6309822.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

declaration, as many of them are not pertinent to this Motion. Those that are pertinent to this

Motion are attached as independent exhibits to this declaration and are identified below.

3.      Attached as **Exhibit B** is a true and correct copy of the deeds for the following

properties: (1) 5000 Capital Boulevard Southeast, Tumwater, WA 98502; (2) 640 Woodland

Square Loop Southeast, Lacey, WA 98503; (3) 637 Woodland Square Loop Southeast, Lacey,

WA, 98503; (4) 629 Woodland Square Loop Southeast, Lacey, WA 98503; (5) 4565 7th

Avenue Southeast, Lacey, WA 98503; (6) 645 Woodland Square Loop Southeast, Lacey, WA

98503; (7) 805 South Mission Street, Wenatchee, WA 98801; (8) 8830 25th Avenue

Southwest, Seattle, WA 98106; and (9) 1620 South Pioneer Way, Moses Lake, WA 98837 .

4.      Attached as **Exhibit C** is a true and correct copy of the relevant sections from

the transcript of the ruling by the United States Bankruptcy Court for the Eastern District of

New York, *In re Olympia Office, et. al.*, Case No. 16-74892, dated September 28, 2017.

5.      Attached as **Exhibit D** is a true and correct copy of the declaration of Eric D.

Orse filed on December 13, 2017 in U.S. Bankruptcy Court for the W.D. of Washington at

Tacoma in support of CDC's Response to Noteholder's Motion for Leave to Commence an

Action in Federal District Court (Case No. 11-41010). The exhibits originally filed along with

Mr. Orse's declaration have been removed from his declaration, as they are not pertinent to this

Motion.

6.      Attached as **Exhibit E** is a true and correct copy of the January 2017

Bondholder Report prepared by Merrill Lynch.

7.      Attached as **Exhibit F** is a true and correct copy of the Notice of Trustee's Sale.

8.      Attached as **Exhibit G** is a true and correct copy of the Monthly Report for

August 2017, prepared by JSH Properties, Inc.–the court-appointed receiver.

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF
CHAPTER 11 DEBTOR'S MOTION TO EXTEND AUTOMATIC
STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B) - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6309822.1

1        9.      Attached as **Exhibit H** is a true and correct copy of pages 1 and 2 of the

2    October 2016 appraisal of the properties performed by Kidder Mathews, which provides the

3    appraiser's conclusion as to the aggregate value of the properties.

4        10.     Attached as **Exhibit I** is a true and correct copy of the November 2017

5    Bondholder Report prepared by Merrill Lynch.

6        11.     Attached as **Exhibit J** is a true and correct copy of Debtor's Official Form 204

7    List of Creditors.

8        The foregoing statement is made under penalty of perjury under the laws of the United

9    States of America and is true and correct.

10       DATED this 29th day of December, 2017, at Seattle, Washington.

11                       /s/ Daniel A. Brown
                              Daniel A. Brown, WSBA #22028

12                              Shawn B. Rediger, WSBA #26425
                              Attorneys for Defendant

13                              WILLIAMS, KASTNER & GIBBS PLLC
                              601 Union Street, Suite 4100

14                              Seattle, WA 98101-2380
                              Telephone:  (206) 628-6600

15                              Fax:  (206) 628-6611
                              dbrown@williamskastner.com

16                              srediger@williamskastner.com

17

18

19

20

21

22

23

24

25

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF
CHAPTER 11 DEBTOR'S MOTION TO EXTEND AUTOMATIC
STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B) - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6309822.1

1

**<u>PROOF OF SERVICE</u>**

2       The undersigned hereby certifies that on December 29, 2017, I electronically

3  filed the foregoing with the Clerk of the Court using the CM/ECF system, which will

4  send notification of such filing to the CM/ECF participants.

5

       DATED this 29th day of December, 2017.

6

7                     /s/ Daniel A. Brown
                       Shawn B. Rediger, WSBA #26425

8                     Daniel A. Brown, WSBA #22028
                     WILLIAMS, KASTNER & GIBBS PLLC

9                     601 Union Street, Suite 4100
                     Seattle, WA 98101-2380

10                    Telephone: (206) 628-6600
                     Fax: (206) 628-6611

11                    Email: srediger@williamskastner.com
                              dbrown@williamskastner.com

12                    ***Attorneys for Debtor Olympia Office LLC***

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF DANIEL A. BROWN IN SUPPORT OF
CHAPTER 11 DEBTOR'S MOTION TO EXTEND AUTOMATIC
STAY PURSUANT TO 11 U.S.C. § 362(c)(3)(B) - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6309822.1

1

2

3

4

5

6

7                    SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

8   OLYMPIA OFFICE, LLC, a New York limited          NO. 17-2-31354-8 SEA
    liability company; WA PORTFOLIO, LLC, a
9   Delaware limited liability company;              DECLARATION OF SCOTT G. SWITZER
    MARINERS PORTFOLIO, LLC, a Virginia
10  limited liability company; and SEAHAWK
    PORTFOLIO, LLC, a Florida limited liability
11  company,

12                  Plaintiffs,

13          v.

14  MLMT 2005-MCP1 WASHINGTON OFFICE
    PROPERTIES, LLC, a Washington limited
15  liability company; MIDLAND LOAN
    SERVICES, a division of PNC BANK, N.A.;
16  RAINIER FORECLOSURE SERVICES, INC.,
    a Washington corporation; JSH PROPERTIES,
17  INC., a Washington corporation,

18                  Defendants.

19

20          I, Scott G. Switzer, hereby declare as follows:

21          1.      I am the Chief Operating Officer of each of the Property Owners.  I make this

22  Declaration based on my own personal knowledge and am competent to testify to the facts

23  contained herein.  The Property Owners maintain their principal place of business in

24  Cedarhurst, New York. I am fully familiar with the Property Owners' business operations.

25

DECLARATION OF SCOTT G. SWITZER - 1                    **Williams, Kastner & Gibbs PLLC**
                                                       601 Union Street, Suite 4100
                                                       Seattle, Washington 98101-2380
                                                       (206) 628-6600

6255982.1

A.    The Washington Bankruptcies

2.     On or about February 10, 2011, CDC Properties I LLC, a Delaware limited liability company ("CDC") filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Washington (the "Washington Bankruptcy Court") and was assigned case number 11-41010 (the "CDC Bankruptcy Case").

3.     CDC was the owner of the properties located at, and known as, (i) 5000 Capital Boulevard Southeast, Tumwater, WA 98502; (ii) 640 Woodland Square Loop Southeast, Lacey, WA 98503; (iii) 637 Woodland Square Loop Southeast, Lacey, WA 98503; (iv) 629 Woodland Square Loop Southeast, Lacey, WA 98503; (v) 4565 7th Avenue Southeast, Lacey, WA 98503; (vi) 645 Woodland Square Loop Southeast, Lacey, WA 98503; (vii) 805 South Mission Street, Wenatchee, WA 98801; (viii) 8830 25th Avenue Southwest, Seattle, WA 98106; and (ix) 1620 South Pioneer Way, Moses Lake, WA 98837 (collectively, the "Properties").

4.     On or about February 21, 2012, the CDC Bankruptcy Case was closed.

5.     On or about August 15, 2014, Prium Companies, LLC ("Prium") filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code in the Washington Bankruptcy Court and was assigned case number 14-44512 (the "Prium Bankruptcy Case"). Prium is the sole member of CDC Acquisition Company I, LLC, a Delaware limited liability company. CDC Acquisition Company I, LLC is the sole member of CDC.

6.     By Orders dated October 2, 2014 and February 26, 2015 in the Prium Bankruptcy Case, Eric D. Orse ("Orse") was appointed as the management representative with authority over several entities including CDC (the "Management Order").

DECLARATION OF SCOTT G. SWITZER - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

B.    The Property Owners Purchase of the Properties

1

2        7.       I have been employed in the loan origination business for over a decade. I

3  frequently review and analyze lists and reports regarding commercial mortgage backed security

4  loans in order to ascertain whether an investment opportunity exists. Once I identify a potential

5  investment, I present the proposed idea and transaction to investors. If the investor is interested

6  and the deal consummates, I often take a percentage interest of the deal in exchange for my

7  sweat equity.

8        8.       In 2016, my partner, Kazu, noticed that the Properties appeared on a defaulting

9  loan list. I reviewed the Properties and related bondholder reports and believed that there was

10  value above the debt. I was familiar with the Properties from my prior history in the loan

11  origination industry. The bondholder reports are publicly filed documents. I did not review the

12  CDC bankruptcy plan or the deeds of trust. I was not fully familiar with the CDC bankruptcy

13  process but knew that a trustee had been appointed.

14        9.       We saw this potential transaction as a business opportunity and did not

15  contemplate litigation. We thought it was prudent to send an initial e-mail inquiry to the Office

16  of the United States Trustee which is a branch of the United States Department of Justice in a

17  good faith effort to begin the process for this business transaction.

18        10.      On July 19, 2016, my partner, Kazu, sent an e-mail to the Kathryn E. Perkins

19  and Thomas A. Buford from the Office of the United States Trustee inquiring as to whether

20  they would be able to sell the membership interests of CDC and, if so, an offer will be

21  submitted for their review.

22        11.      In response, and by e-mail dated July 20, 2016, Thomas A. Buford from the

23  Office of the United States Trustee stated that his office did not have authority over CDC but

24  deferred to Diana K. Carey, Esq. and Mark Bailey, Esq. from the Law Office of Karr Tuttle

25  Campbell as to what authority their client (i.e. Orse) has.

DECLARATION OF SCOTT G. SWITZER - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

12.     On July 20, 2016, Diana K. Carey confirmed via e-mail that her firm represented the court appointed management representative, Eric D. Orse.

13.     Shortly thereafter, Orse, through his attorneys, accepted the offer to purchase the CDC membership interest.

14.     As is customary in transactional dealings, we asked Orse's counsel to warrant that Orse had authority to sell the CDC membership interests, that they own all the Properties (defined below), and that the there are no other liens other than the Noteholder (defined below). These are common representations requested in any transaction and were not unique to this deal.

15.     On August 19, 2016, a Membership Interest Purchase Agreement was executed between CDC, acting through Orse, and CDC Member LLC, or its designee.

16.     However, after initially signing the Membership Interest Purchase Agreement, Diana K. Carey advised us, via e-mail dated August 30, 2017, that they needed to restructure the transaction from that of a membership interest purchase to a purchase of the actual Properties. She further confirmed that Orse retained authority to transfer the Properties. We were told that that Orse needed to do this in order to benefit from certain excise tax exemptions available to his estate.  This was Orse's counsel's suggestion, not ours. As a result, the original contract was terminated, which delayed the consummation of the purchase.

17.     Thereafter, on September 9, 2016, a purchase agreement (the "Purchase Agreement") between CDC, acting through Orse, and CDC Member LLC, or its designee, was executed.  CDC Member LLC was simply a contract vendee for the purchase of the Properties. Having a contract vendee-purchaser and the ultimate purchaser be different entities is fairly common in most real estate related transactions.

18.     In the Purchase Agreement, Orse represented and warranted that he had the power and authority to execute and deliver the Purchase Agreement and to consummate the

DECLARATION OF SCOTT G. SWITZER - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

transactions contemplated therein. Orse further represented that he had the full and unfettered

right, power and authority to execute and deliver the Purchase Agreement and to bind CDC.  A

true and correct copy of the

19.     By deeds dated September 23, 2016 (the "Deeds"), the Property Owners

collectively purchased the Properties from CDC, acting through Orse.  The Deeds were

properly recorded.  True and correct copies of the recorded deeds are attached as **Exhibit 1**.

20.     Thereafter, Plaintiffs reached out to Midland in an effort to negotiate a

modification, refinance or other resolution that the Noteholder would agree to. Such overtures

were denied. At this time in October 2016, we were exploring all options but running out of

time given the fast approaching foreclosure sale date of October 21, 2016. After exhausting all

options, the only available option to protect the assets was to file for bankruptcy protection in

New York. Bankruptcy was an option of last resort. We were hopeful to avert the bankruptcy

option and even waited until the day before the foreclosure auction sale in the hopes that a

consensual deal could be structured.

C.     The Noteholder's Claims Against the Properties

21.     The Properties are subject to certain Deeds of Trust and related loan documents

dated on or about September 29, 2004 to secure obligations (i) originally made in favor of

Merrill Lynch Mortgage Lending, Inc. (the "Original Lender") in the original principal amount

of $40,700,000.00 ("Note A") and (ii) originally made in favor of the Original Lender in the

original principal balance of $2,557,500.00 ("Note B", and together with Note A, the "Notes").

22.     On or about September 30, 2005, the Original Lender purportedly assigned (i)

Note A to Wells Fargo Bank N.A., as Trustee for the Registered Holders of Merrill Lynch

Mortgage Trust 2005-MCP1 Commercial Pass-Through Certificates, Series 2005-MCP1

("Wells Fargo") and (ii) Note B to U.S. Bank, N.A., as Successor-Trustee to LaSalle Bank

DECLARATION OF SCOTT G. SWITZER - 5

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

N.A., as Trustee for the benefit of the Certificate Holders of Commercial Mortgage Pass-Through Certificates, Series MCCMT 2004-C2D ("U.S. Bank").

23. The A Note is held in a trust whereby the Trustee is Wells Fargo and Midland is the Master Servicer and Special Servicer. The B Note is held in a trust whereby the Trustee is U.S. Bank and Wells Fargo is the Master Servicer and Midland is the Special Servicer. Payments made on a monthly basis are eventually remitted to the Trustee who sends them to the bondholders.

24. In May 2016, Midland on behalf of Wells Fargo and U.S. Bank commenced an action to appoint a custodial receiver for the Properties captioned, Wells Fargo Bank N.A., as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2005-MCP1 Commercial Pass-Through Certificates, Series 2005-MCP1 and U.S. Bank, N.A., as Successor-Trustee to LaSalle Bank N.A., as Trustee for the benefit of the Certificate Holders of Commercial Mortgage Pass-Through Certificates, Series MCCMT 2004-C2D, v. CDC Properties I, LLC.

25. Pursuant to an Order Appointing Custodial Receiver dated May 19, 2016, JSH Properties, Inc. (the "Receiver") was appointed as custodial receiver over the Properties.

26. On or about October 18, 2016, Wells Fargo and US Bank purportedly assigned the Notes and placed them into a special purpose entity known as MLMT 2005-MCP1 Washington Office Properties, LLC (the "Noteholder"). Midland Loan Services, a division of PNC Bank, N.A. ("Midland") serves as both the master servicer and special servicer for the Notes in accordance with certain separate Pooling and Servicing Agreements for Note A and only the Special Servicer for Wells Fargo is the Master Servicer for the Note B.

27. Prior to engaging in this transaction and throughout the Property Owners' bankruptcy cases, I have reviewed the monthly publicly filed bondholder reports generated in connection with Note A. The Bondholder Report is a critical document filed pursuant to SEC regulations that reflects the amounts owed to the secured creditor in these cases and the

DECLARATION OF SCOTT G. SWITZER - 6

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

1  recipients of the cash flow from the monthly payments. The bondholders are the true holders of

2  the secured debt in these cases. The Notes, which evidence the secured debt held by the

3  bondholders, were placed into a special purpose entity (defined herein as the Noteholder)

4  shortly before the foreclosure sale. However, any secured debt in connection with the

5  Properties can only be quantified in terms of what the bondholders are owed. A review of the

6  Bondholder Report shows that the bondholders are owed significantly less than what has been

7  reported in the claims filed by the Noteholder in its proofs of claims. A true and correct copy

8  of the most recent Bondholder Report dated October 31, 2017 is attached as **Exhibit 2.**

9  Notably, when presented with arguments to the contrary by the Noteholder, the Bankruptcy

10  Court in NY agreed that the Bondholder Report is evidence of the actual debt. A true and

11  correct copy of the relevant excerpt from the Order of the United States Bankruptcy Court for

12  the Eastern District of New York on entered June 30, 2017 is attached as **Exhibit 3,** and its

13  discussion of the reports is contained on pages 15-17.

14       28.    As an example, in January 2017, Merrill Lynch Mortgage Trust 2005-MCP1

15  (a/k/a MLMT 2005-MCP1) prepared a bond pool report identified as a Distribution Date

16  Statement to its investors with respect to the pool that owns Note A. On page 20 of the

17  Bondholder Report it reflects that the Noteholder is owed $30,556,353.60 on account of Note

18  A. The Bondholder Report does not reference any of the amounts claimed to be owed to the

19  Noteholder except for principal and servicer fees. The Bondholder Report actually indicates

20  that interest and principal have actually been paid through June, 2016. A true and correct copy

21  of the Bondholder Report discussed is attached as **Exhibit 4**. When I reviewed the Bondholder

22  Reports, I reasonably believed in the veracity of the information contained therein as these

23  were publicly filed documents, and my understanding is, provided in accordance with SEC

24  guidelines.

25

DECLARATION OF SCOTT G. SWITZER - 7

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

29.     The most recent Bondholder Report I have reviewed, apparently prepared in November 2017 and attached as Exhibit 2, reflects the most current amount owing on the A Note of $28,988,549.65 on p. 17. The debt service payment on that report is ***$229,814.95***. Similarly, the not publically available Bondholder Report disclosed in discovery reveals that the unpaid loan balance for the B-Note is $2,519,842.99 not the $4,602,959.73 and reveals the same interest rate as the original not. Therefore, the debt service payment is ***$27,792.18***. Total monthly payments on both Notes are ***$257,607.13***.

D.     The NY Bankruptcy Case

30.     Since the Noteholder had no interest in working through a resolution, with a pending foreclosure, on October 20, 2016, Olympia filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of New York. On November 3, 2016, Olympia filed the balance of its schedules, statements of financial affairs and all other required documents with the Clerk of the Court.

31.     On November 28, 2016, WA, Mariners, and Seahawk, each filed voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code with the Clerk of the Bankruptcy Court. On December 12, 2016, WA, Mariners, and Seahawk, each filed the balance of their respective schedules, statement of financial affairs and all other required documents with the Clerk of the Bankruptcy Court (the "NY Bankruptcy").

32.     There were multiple proceedings in the NY Bankruptcy, though the bankruptcy court dismissed the filing on technical grounds, the Court found that Defendants evidence neither established the amount of the debt they claimed was owed, nor the date of default the Defendants claim.

33.     While the NY Bankruptcy was dismissed, the court reviewed 6,000 pages of trial exhibits, and took live testimony. Eventually, it specifically found that "***to make a***

DECLARATION OF SCOTT G. SWITZER - 8

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

1  *specific determination of the date or dates upon which the A note and B note went into*

2  *default and then calculate the precise amount owing to the noteholder as the petition date, is*

3  *one not an available exercise based upon the record created…*" p. 38:9-13 (emphasis added).

4  The Court went on to make specific findings about the failures of the Noteholder to prove the

5  amount due, and specific contradictions between the evidence cited and the Noteholder's

6  positions. Attached as **Exhibit 5** is a true and correct copy of excerpts from that transcript of

7  the NY Bankruptcy Court's oral decision dated September 28, 2017.

8       34.     Essentially, the Noteholders in the NY Bankruptcy Case failed to prove the

9  debt, yet they are seeking to foreclose again here on the same overstated debt and strip the

10  Property Owners of the Property at issue.

11       35.     In fact, just this week, a third party filed a motion with supporting declarations

12  and evidence that demonstrates the Noteholder and Midland did not properly account for the

13  debt and improperly manufactured its default. Attached as **Exhibit 10** is a true and correct

14  copy of the motion, supporting declaration and exhibits filed in the United States Bankruptcy

15  Court for the Western District of Washington, No. 11-41010-BDL, set for hearing on January

16  10, 2017. The filing demonstrates that at the time of the purported default there were ample

17  funds available to pay the debt service, but instead the Noteholder and Midland declared a

18  default.

19  E.     <u>The Properties Generate Significant Revenue to Service the Debt</u>

20       36.     The principal and interest payments are being paid on a current monthly basis

21  and continue to be paid. So no further security should be required. Though Property Owners

22  do not have control over the revenues generated by the properties, as they are being held by

23  JSH Properties, Inc. ("JSH"), the most recent report available to us dated September 13, 2017

24  states there is $1,032,695.37 in the account JSH controls, which is revenue generated from the

25  properties. It further reflects that total deposits for the month of August alone comprises

DECLARATION OF SCOTT G. SWITZER - 9

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

1   $370,869.62.  A true and correct copy of this report is attached as **Exhibit 6**.  My review of the

2   prior monthly reports commonly show revenue in excess of $350,000.  The monthly debt

3   service on the principle and interest is $229,814.95 on the A-Note, and on the B-Note based on

4   my review of the notes and the B-Note Bondholder Report dated February 2017 (the most

5   recent one available to me) the interest rate listed is identical to the B-Note resulting in a

6   payment of $27,792.18.  Thus the total monthly payments due are $257,607.13.  Therefore, the

7   revenue generated by the Properties is more than sufficient to pay the principle and interest.

8        37.     I have attempted to obtain current reporting and work with JSH, however, our

9   efforts to do so have been rebuffed.  Attached as **Exhibit 7** is a true and correct copy of an

10  email and response I received when I sought the October operating report.  Attached as **Exhibit**

11  **8** is a true and correct copy of an email I sent but I never received a response.  The Property

12  Owners have previously contested the appropriateness of the continued management by JSH

13  given their high commission, high charges and unreliable financial projections.   The Property

14  Owners have approached other third parties to take over the properties at a lower rate and

15  without the unorthodox fees charged by the JSH.

16  F.    The Properties Have Substantial Value

17       38.     Throughout the NY Bankruptcy and ever since obtaining the properties we have

18  contended that the properties have substantial value.  We retained Kidder Mathews and as

19  noted by the appraiser who is filing a concurrent declaration, the Properties have significant

20  equity above and beyond the Noteholder's lien.  Noteworthy is that the Property Owners have

21  already commenced efforts to liquidate some of the Properties with all remaining sale proceeds

22  after closing costs to be remitted to the Noteholder as a principal payment reduction.  The

23  Property Owners have retained a broker to market the property as well, and the most recent

24  information indicates the properties will be marketed for an aggregate value of approximately

25  $46 million.  Furthermore, even Midland's own documents list an "as-stabilized value of $39.5

DECLARATION OF SCOTT G. SWITZER - 10

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

1       39.     If the foreclosure is allowed to proceed the Noteholders will succeed in

2 stripping nearly of $9 million in equity from the Property Owners through their declaration of a

3 default despite being in control of hundreds of thousands of dollars available to them which

4 could have been applied to continue to satisfy the debt payments.

5       I declare under penalty of perjury and the laws of the State of Washington that

6 foregoing is true and correct.

7       Signed this ___ day of December, 2017, at Seattle, Washington.

8

9       Scott G. Switzer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF SCOTT G. SWITZER - 11

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6255982.1

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516



**20160928000128**
KTC KARR TUTTL QCD
PAGE-001 OF 002          74.00
09/28/2016 09:33
KING COUNTY, WA

**E2824651**
09/28/2016 09:33
KING COUNTY, WA
TAX                    $10.00
SALE                    $0.00          PAGE-001 OF 001

| | |
|---|---|
| DOCUMENT TITLE: | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | _____ |
| GRANTOR: | **CDC PROPERTIES I LLC** |

GRANTEE:

1. Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest
2. Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest
3. WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest
4. Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest

| | |
|---|---|
| ABBREV. LEGAL | LITTLE CITY FARMS DIV #5 LOTS 12-13 & 16-17 & 20 SD BLK LESS ST |
| PARCEL NOS.: | 436570-0060 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 8830 25TH AVE SW, SEATTLE, WASHINGTON, 98106, situated in the county of King, State of Washington, and legally described as follows:

**EXHIBIT B - 1**

Lots 12, 13, 16, 17, and 20, Block 29, Little City Farms, Division No. 5, according to the plat thereof recorded in Volume 26 of Plats, at Page 26, records of King County Washington, Except the West 3 feet thereof conveyed to the City of Seattle by instrument recorded under recording No. 7207170137.

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23ʳᵈ day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC

STATE OF WASHINGTON    )
                              )  ss.
COUNTY OF KING          )

I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED: September 23, 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at Kent, WA

_____
(Printed or Stamped Name of Notary)
My appointment expires July 19, 2020

```
╔═══════════════════════════╗
║     RONDI MOREAU          ║
║     NOTARY PUBLIC         ║
║   STATE OF WASHINGTON     ║
║    COMMISSION EXPIRES     ║
║     JULY 19, 2020         ║
╚═══════════════════════════╝
```

**EXHIBIT B - 2**

1368496    09/29/2016 12:02 PM    QCD
Page 1 of 2    R 74.00    Grant Co, WA
KTCI

NO REAL ESTATE EXCISE TAX PAID

AFFIDAVIT No. _227694_

Date _9-29-16_ By _R Saenz_
DARRYL PHEASANT, Treasurer
Grant County, Washington

---

DOCUMENT TITLE:        **QUIT CLAIM DEED**

REFERENCE NUMBER(S): _____

GRANTOR:        **CDC PROPERTIES I LLC**

GRANTEE:

1    Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest

2    Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest

3    WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest

4    Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest

ABBREV. LEGAL        LOT 1 LS SWLY60' CAPITAL TRACT, and
SWLY 60' OF LOT 1 CAPITAL TRACT

PARCEL NOS.:        091064001, and 091064002

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest,  any and all of the Grantor's interest in the real estate whose address is 1620 S PIONEER WAY, MOSES LAKE, WASHINGTON, situated in the county of Grant, State of Washington, and legally described as follows:

EXHIBIT B - 3

All of Capital Tract, as per Plat recorded in Volume 11 of Plats, page 38, records of Grant County Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this _23rd_ day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC


STATE OF WASHINGTON       )
                          )    ss.
COUNTY OF KING            )


I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:   September _23_ , 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at _Kent, WA_

_____
(Printed or Stamped Name of Notary)
My appointment expires _July 19, 2020_

1368496    09/29/2016 12:02 PM    QCD
Page 2 of 2    R 74.00    Grant Co, WA
KTCI

**EXHIBIT B - 4**

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

*171703*

REAL ESTATE EXCISE TAX
EXEMPT
Chelan County Treasurer
David E. Griffiths, CPA

By_____  9-29-16
                        Deputy

---

DOCUMENT TITLE:           **QUIT CLAIM DEED**

REFERENCE NUMBER(S):      _____

GRANTOR:                  **CDC PROPERTIES I LLC**

GRANTEE:        1    Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in
                     common with an undivided 30% interest

                2    Mariners Portfolio LLC, a Virginia limited liability company, as a tenant
                     in common with an undivided 10% interest

                3    WA Portfolio LLC, a Delaware limited liability company, as a tenant in
                     common with an undivided 30% interest

                4    Olympia Office LLC, a New York limited liability company, as a tenant in
                     common with an undivided 30%interest

ABBREV. LEGAL        T 22N R 20EWM S 10 PART NESE 2.2800 ACRES

PROPERTY ID:         53442

GEOGRAPHIC ID:       222010410050

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the
Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby
GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited
liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio
LLC, a Virginia limited liability company, as a tenant in common with an undivided 10%
interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an
undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a
tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the
real estate whose address is 805 S MISSION ST, WENATCHEE, WA 98801, situated in the
county of Chelan, State of Washington, and legally described as follows:

**EXHIBIT B - 5**

A tract of land bounded on the North by Benton Street, bounded on the West by Mission Street, bounded on the South by Bridge Street and bounded on the East by an alley way, said tract being known as the Mission Street Park, described as follows: Those portions of Block 7, Peachey Addition, Chelan County, Washington, according to the plat thereof recorded in Volume 1 of Plats, Page 69, lying Northerly of Bridge Street, Easterly of Missions Street and Southerly of Benton Street, as said streets now exist, and lying Westerly of the Easterly line of Lots 7, 8, 9, and 10, Block 2, Olives Addition. Chelan County, Washington, according to the plat thereof recorded in Volume 2 of Plats, Page 81 and the Northerly production of said Easterly line of said Lot 10 AND Block 1 and Lots 7, 8, 9, and 10, Block 2 of Olives Addition, TOGETHER WITH that portion of vacated Crescent Street lying Southerly of said Benton Street, AND TOGETHER WITH the Northerly half of that portion of Bridge Street lying Westerly of the Westerly line of Block 7, Columbia Bridge Addition to Wenatchee, extended Northerly, as vacated by City of Wenatchee Ordinance No. 2557, recorded November 1, 1984, under Auditor's No. 8411010098, Chelan County, Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23ʳᵈ day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC


STATE OF WASHINGTON    )
                       )    ss.
COUNTY OF KING         )


I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:  September 23 , 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at Kent, WA

Rondi Moreau
_____
(Printed or Stamped Name of Notary)
My appointment expires July 19, 2020

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020

**EXHIBIT B - 6**

SEP 28 '16 732999

Thurston County Treasurer

Real Estate Excise Tax Paid _____

By _____ Deputy

---

| | |
|---|---|
| DOCUMENT TITLE: | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | _____ |
| GRANTOR: | **CDC PROPERTIES I LLC** |

| GRANTEE: | | |
|---|---|---|
| | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest |

| | |
|---|---|
| ABBREV. LEGAL | Section 17 Township 18 Range 1W Plat WOODLAND SQUARE BLA 6144 TR B |
| PARCEL NOS.: | 84990001200 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 637 WOODLAND SQUARE LOOP SE, OLYMPIA, WASHINGTON, 98503, situated in the county of Thurston, State of Washington, and legally described as follows:

4525127
09/28/2016 12:33 PM Deed
Thurston County Washington
KARR TUTTLE CAMPBELL

**Pages: 2**

EXHIBIT B - 7

Parcel B of Boundary Line Adjustment No. SS-BLA-6144 recorded under Recording No. 8709180126, Records of Thurston County, Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23ʳᵈ day of September, 2016

_____

Eric D. Orse, Manager of CDC PROPERTIES I LLC


STATE OF WASHINGTON      )
                         )      ss.
COUNTY OF KING           )


I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:   September **23**, 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at *Kent, WA*

*Rondi Moreau*
(Printed or Stamped Name of Notary)
My appointment expires *July 19, 2020*

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020

**EXHIBIT B - 8**

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

**Thurston County Treasurer**

SEP 28 '16    732998

Real Estate Excise Tax Paid _None_

By _____Deputy

---

| | | |
|---|---|---|
| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest |
| ABBREV. LEGAL | | Section 17 Township 18 Range 1W Quarter SE SE Plat WOODLAND SQUARE, LOTS 10, AND 11 |
| PARCEL NOS.: | | 84990001000, 84990001100 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 645 WOODLAND SQUARE LOOP SE, OLYMPIA, WASHINGTON, 98503, situated in the county of Thurston, State of Washington, and legally described as follows:

Lots 10 and 11 of Woodland Square, as per Plat recorded in Volume 20 of Plats, pages 103 and 104, records of Thurston County, Washington

**4525126**
09/28/2016 12:33 PM   Deed
Thurston County Washington
KARR TUTTLE CAMPBELL

**Pages: 2**

EXHIBIT B - 9

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this _23rd_ day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC


STATE OF WASHINGTON    )
                                      ) ss.
COUNTY OF KING              )


I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:  September _23_, 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at _Kent, WA_

_____
(Printed or Stamped Name of Notary)
My appointment expires _July 19, 2020_

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020

**EXHIBIT B - 10**

SEP 28 '16 733000

Thurston County Treasurer

Real Estate Excise Tax Paid _____ none

By _____ Deputy

---

| | | |
|---|---|---|
| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest |
| ABBREV. LEGAL | | Section 17 Township 18 Range 1W Plat WOODLAND SQUARE BLA-6144 TR A |
| PARCEL NOS.: | | 84990001400 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 629 WOODLAND SQUARE LOOP SE, OLYMPIA,

4525128
09/28/2016 12:33 PM  Deed
Thurston County Washington
KARR TUTTLE CAMPBELL

Pages: 2

EXHIBIT B - 11

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 26 of 138

WASHINGTON, 98503, situated in the county of Thurston, State of Washington, and legally described as follows:

Parcel A of Boundary Line Adjustment No. SS-BLA-6144 recorded under Recording No. 8709180126, Records of Thurston County, Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23rd day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC


STATE OF WASHINGTON )
                    )  ss.
COUNTY OF KING      )


I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:  September 23 , 2016.

_____
NOTARY PUBLIC in and for the State of Washington, Residing at Kent, WA

Rondi Moreau
(Printed or Stamped Name of Notary)
My appointment expires July 19, 2020

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020

**EXHIBIT B - 12**

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

Thurston County Treasurer

Real Estate Excise Tax Paid _____ none

By _____ Deputy

---

| | | |
|---|---|---|
| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest |
| ABBREV. LEGAL | | Section 17 Township 18 Range 1W Quarter SE SE Plat WOODLAND SQUARE LT 35 & 36 |
| PARCEL NOS.: | | 84990003500, 84990003600 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 640 WOODLAND SQUARE LOOP SE, OLYMPIA, WASHINGTON, 98503, situated in the county of Thurston, State of Washington, and legally described as follows:

**4525129**
09/28/2016 12:33 PM Deed
Thurston County Washington
KARR TUTTLE CAMPBELL

**Pages: 2**

**EXHIBIT B - 13**

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 28 of 138

Lots 35 and 36 of Woodland Square, as per Plat recorded in Volume 20 of Plats, Pages 103 and 104, Records of Thurston County, Washington

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this 23rd day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC


STATE OF WASHINGTON     )
                        )     ss.
COUNTY OF KING          )


I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:   September 23 , 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at Kent, WA

Rondi Moreau
(Printed or Stamped Name of Notary)
My appointment expires July 19, 2020

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020

**EXHIBIT B - 14**

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

SEP 28 '16 733002

Thurston County Treasurer

Real Estate Excise Tax Paid _none_

By _____ Deputy

---

DOCUMENT TITLE: **QUIT CLAIM DEED**

REFERENCE NUMBER(S): _____

GRANTOR: **CDC PROPERTIES I LLC**

GRANTEE:
1. Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest
2. Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest
3. WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest
4. Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest

ABBREV. LEGAL    Section 17 Township 18 Range 1W Quarter SE SE Plat
WOODLAND SQUARE LT 31, 32, 33, 34

PARCEL NOS.:    84990003100, 84990003200, 84990003300, 84990003400

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 4565 7TH AVE SE, OLYMPIA, WASHINGTON, 98503, situated in the county of Thurston, State of Washington, and legally described as follows:

**4525130**
09/28/2016 12:33 PM   Deed
Thurston County Washington
KARR TUTTLE CAMPBELL
Pages: 2

EXHIBIT B - 15

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 30 of 138

Parcel A of Boundary Line Adjustment No. BLA-6196 recorded under Recording No. 9010160091, Records of Thurston County, Washington (Being Lots 31 through 34 of Woodland Square)

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this _23rd_ day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES I LLC

STATE OF WASHINGTON )
                                    ) ss.
COUNTY OF KING )

I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED: September _23_, 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at _Kent, WA_

_Rondi Moreau_
(Printed or Stamped Name of Notary)
My appointment expires _July 19, 2020_

```
RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020
```

**After recording return to:**
June Diamant, Esq.
229 Linwood Avenue - Side Entrance
Cedarhurst NY 11516

SEP 28 '16 733003

**Thurston County Treasurer**

Real Estate Excise Tax Paid _none_

By _____ Deputy

---

| | | |
|---|---|---|
| DOCUMENT TITLE: | | **QUIT CLAIM DEED** |
| REFERENCE NUMBER(S): | | _____ |
| GRANTOR: | | **CDC PROPERTIES I LLC** |
| GRANTEE: | 1 | Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest |
| | 2 | Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest |
| | 3 | WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest |
| | 4 | Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30%interest |
| ABBREV. LEGAL | | Section 34 Township 18 Range 2W Plat TROSPERS ADDITION TO TUMWATER LT 1 - 6 & 9 - 16 Document 011/107 VAC ST ADJ LESS S18F LT 6 |
| PARCEL NOS.: | | 80400000100 |

IN CONSIDERATION OF TEN DOLLARS ($10.00) and other valuable consideration, in hand paid, the Grantor herein, CDC Properties I LLC, a Delaware Limited Liability Co., hereby GRANTS, CONVEYS, AND QUITCLAIMS to Seahawk Portfolio LLC, a Florida limited liability company, as a tenant in common with an undivided 30% interest; Mariners Portfolio LLC, a Virginia limited liability company, as a tenant in common with an undivided 10% interest; WA Portfolio LLC, a Delaware limited liability company, as a tenant in common with an undivided 30% interest; and Olympia Office LLC, a New York limited liability company, as a tenant in common with an undivided 30% interest, any and all of the Grantor's interest in the real estate whose address is 5000 S CAPITAL BLVD, TUMWATER, WASHINGTON, 98501, situated in the county of Thurston, State of Washington, and legally described as follows:

**4525131**
09/28/2016 12:33 PM Deed
Thurston County Washington
KARR TUTTLE CAMPBELL

Pages: 2

**EXHIBIT B - 17**

Lots 1 through 6 inclusive and lots 9 through 16 inclusive, all in Trosper Addition to Tumwater, as per Plat Recorded in Volume 11 of Plats, Page 107, Records of Thurston County, Washington;

Except the South 18 feet of said Lot 6, and also Except those portions of Lots 1 and 16 of said Plat conveyed to the City of Tumwater for street purposes by deeds recorded under Recording Nos. 912527 and 926019;

Together with those portions of vacated Market Street abutting and adjoining said lots vacated by Ordinance 515, recorded under Recording No. 775791, which upon vacation reverted to said premises by operation of law.

The sale is "AS IS" and "WHERE IS" and the Grantor makes no warranties, express or implied.

IN WITNESS WHEREOF, the undersigned hereto sets his hand this _23ʳᵈ_ day of September, 2016

_____
Eric D. Orse, Manager of CDC PROPERTIES 1 LLC

STATE OF WASHINGTON     )
                        )   ss.
COUNTY OF KING          )

I certify that I know or have satisfactory evidence that Eric D. Orse, is the person who appeared before me, and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

DATED:   September _23_, 2016.

_____
NOTARY PUBLIC in and for the State
of Washington, Residing at _Kent, WA_

_Rondi Moreau_
(Printed or Stamped Name of Notary)
My appointment expires _July 19, 2020_

RONDI MOREAU
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
JULY 19, 2020

**EXHIBIT B - 18**

```
1   UNITED STATES BANKRUPTCY COURT

2   EASTERN DISTRICT OF NEW YORK

3   Case No. 8-16-74892-ast

4   - - - - - - - - - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   OLYMPIA OFFICE LLC,

8            Debtor.

9   - - - - - - - - - - - - - - - - - - - - - - - - - x

10  Case No. 8-16-75515-ast

11  - - - - - - - - - - - - - - - - - - - - - - - - - x

12  In the Matter of:

13

14  WA PORTFOLIO LLC,

15            Debtor.

16  - - - - - - - - - - - - - - - - - - - - - - - - - x

17  Case No. 8-16-75516-ast

18  - - - - - - - - - - - - - - - - - - - - - - - - - x

19  In the Matter of:

20

21  MARINERS PORTFOLIO LLC,

22            Debtor.

23  - - - - - - - - - - - - - - - - - - - - - - - - - x

24

25
```

```
 1   Case No. 8-16-75517-ast
 2   - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 3   In the Matter of:
 4
 5   SEAHAWK PORTFOLIO LLC,
 6            Debtor.
 7   - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 8   Adv. Case No. 8-16-08167-ast
 9   - - - - - - - - - - - - - - - - - - - - - - - - - - -x
10   OLYMPIA OFFICE LLC,
11                Plaintiff,
12            v.
13   MLMT 2005-MCP1 WASHINGTON OFFICE PROPERTIES, LLC,
14                Defendants.
15   - - - - - - - - - - - - - - - - - - - - - - - - - - -x
16                        United States Bankruptcy Court
17                        290 Federal Plaza
18                        Central Islip, New York 11722
19                        September 28, 2017
20                        2:14 PM
21   B E F O R E:
22   HON. ALAN S. TRUST
23   U.S. BANKRUPTCY JUDGE
24
25   ECRO:  JAF / YM
```

1   HEARING re Adj Status Conference [23] Adj from 01/11/17

2

3   HEARING re Order Assigning Matter to Mediation; that the

4   Honorable Arthur B. Federman is hereby designated as mediator;

5   the Mediation Parties shall file a joint status letter as to

6   whether the Mediation resulted in a settlement by August 14,

7   2017. [314]

8

9   HEARING re Adj Motion to Substantively Consolidate Lead Case

10  16-64892 with 16-75515, 16-75516, 16-75517 Filed by Jordan

11  Pilevsky on behalf of Olympia Office LLC. [38]

12

13  HEARING re Hearing on Disclosure Statement Filed by Alan M Feld

14  on behalf of MLMT 2005-MCP1 Washington Office Properties, LLC

15  (RE: related document(s)266 Disclosure Statement filed by

16  Creditor MLMT 2005-MCP1 Washington Office Properties, LLC)

17  [332]

18

19  HEARING re Hearing on Disclosure Statement filed by Jordan

20  Pilevsky on behalf of Mariners Portfolio LLC, Olympia Office

21  LLC, Seahawk Portfolio LLC, WA Portfolio LLC (RE: related

22  document(s)132 Disclosure Statement filed by Debtor Olympia

23  Office LLC, Jointly Administered Debtor WA Portfolio LLC,

24  Jointly Administered Debtor Mariners Portfolio LLC, Jointly

25  Administered Debtor Seahawk Portfolio LLC) [132]

1    HEARING re Hearing on Disclosure Statement Filed by Jordan

2    Pilevsky on behalf of Mariners Portfolio LLC, Olympia Office

3    LLC, Seahawk Portfolio LLC, WA Portfolio LLC (RE: related

4    document(s) [243] Amended Disclosure Statement filed by Debtor

5    Olympia Office LLC, Jointly Administered Debtor WA Portfolio

6    LLC, Jointly Administered Debtor Mariners Portfolio LLC,

7    Jointly Administered Debtor Seahawk Portfolio LLC) (Entered:

8    06/06/2017) [255]

9

10   HEARING re Hearing on Disclosure Statement for Noteholders

11   Chapter 11 Plan of Liquidation Filed by Alan M Feld on behalf

12   of MLMT 2005-MCP1 Washington Office Properties, LLC. [266]

13

14   HEARING re Telephonic Conference - Motion for Adequate

15   Protection Motion or Order Requiring Adequate Protection Filed

16   by Alan M Feld on behalf of MLMT 2005-MCP1 Washington Office

17   Properties, LLC. [279]

18

19   HEARING re Ruling Conference - Hearing on (RE: related

20   document(s)95 Motion to Dismiss Case filed by Creditor MLMT

21   2005-MCP1 Washington Office Properties, LLC) [95]

22

23   HEARING re Ruling Conference - Motion to

24   Object/Reclassify/Reduce/Expunge Claims: Claim Number(s): 4-1.

25   Filed by Jordan Pilevsky on behalf of Olympia Office LLC. [127]

1   HEARING re Ruling Conference - Motion for Relief from Stay MLMT

2   2005-MCP1 Washington Office Properties, LLCs Motion for Relief

3   From the Automatic Stay Under Bankruptcy Code Sections

4   362(d)(1), 362(d)(2), and 362(d)(4). Filed by Alan M Feld on

5   behalf of MLMT 2005-MCP1 Washington Office Properties, LLC.

6   [94]

7

8   HEARING re 8-16-75515-ast Adj Status Conference [6]

9   Adj from 01/11/17

10

11  HEARING re 8-16-75515-ast Adj Motion to Substantively

12  Consolidate Lead Case 16-74892 with 16-75515, 16-75516, 16-

13  75517 Filed by Jordan Pilevsky on behalf of WA Portfolio LLC.

14  [14] Adj from 01/11/17

15

16  HEARING re 8-16-75516-ast Adj Status Conference [6]

17  Adj from 01/11/17

18

19  HEARING re 8-16-75516-ast Adj Motion to Substantively

20  Consolidate Lead Case 16-74892 with 16-75515, 16-75516, 16-

21  75517 Filed by Jordan Pilevsky on behalf of Mariners Portfolio

22  LLC. [14] Adj from 01/11/17

23

24  HEARING re 8-16-75517-ast Adj Status Conference [6]

25  Adj from 01/11/17

1    HEARING re 8-16-75517-ast Adj Motion to Substantively

2    Consolidate Lead Case 16-74892 with 16-75515, 16-75516, 16-

3    75517 Filed by Jordan Pilevsky on behalf of Seahawk Portfolio

4    LLC. [14] Adj from 01/11/17

5

6    HEARING re 8-16-08167-ast Order Assigning Matter to Mediation;

7    that the Honorable Arthur B. Federman is hereby designated as

8    mediator; the Mediation Parties shall file a joint status

9    letter as to whether the Mediation resulted in a settlement by

10   August 14, 2017. [57]

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

1    A P P E A R A N C E S :

2

3    LAMONICA HERBST & MANISCALCO

4         Attorney for the Debtors

5         3305 Jerusalem Ave, Suite 201

6         Wantagh, NY 11793

7

8    BY:   JORDAN DAVID WEISS

9          JOSEPH S. MANISCALCO

10         JORDAN PILEVSKY

11

12   ALSTON COURTNAGE & BASSETTI LLP

13         Attorney for JSH Properties, Inc., Receiver

14         1420 Fifth Avenue, Suite 3650

15         Seattle, WA 98101

16

17   BY:   CHARLES E. SHIGLEY (TELEPHONICALLY)

18

19   COLE WATHEN LEID & HALL PC

20         Attorneys for Centrum Financial Services, Inc.,

21         Interested Party

22         333 S Hope Street, 43rd Floor

23         Los Angeles, CA 90071

24

25   BY:   THEODORE A. COHEN (TELEPHOINCALLY)

1    KASOWITZ BENSON & TORRES LLP

2         Interested Party

3         1633 Broadway

4         New York, NY 10019

5

6    BY:   EDWARD FILUSCH

7

8    UNITED STATES DEPARTMENT OF JUSTICE

9         Attorney for the U.S. Trustee

10        Long Island Courthouse

11        560 Federal Plaza

12        Central Islip, NY 11722

13

14   BY:   ALFRED DIMINO

15

16   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

17        Attorneys for MLMT 2005-MCP1 Washington Office

18        Properties, LLC, Creditor

19        333 South Hope Street, 43rd Floor

20        Los Angeles, CA 90071

21

22   BY:   ALAN M. FELD

23        THOMAS MONAHAN

24

25   EDWARD VELTON, Receiver

1   been provided with the projections upon which the feasibility

2   assessment was made by the CDC court.

3          The CDC case was closed in February of 2012.  In

4   connection with the plan, Midland Loan Services as a division

5   of PNC Bank, which I'll refer to as Midland, acted as special

6   servicer with respect to the loans secured by the various

7   properties.  Although the CDC plan placed various debt payment

8   and reserve funding obligations on the reorganized debtor, the

9   cash which was actually generated by operations of the various

10  real estate properties was collected through a lock box which

11  was controlled and maintained by Midland, not CDC.

12  Disbursements were made by Midland, not CDC.

13         At some point, the specific date of which remains

14  unknown, CDC defaulted on its plan obligations.  In March of

15  2016, the lenders began foreclosure proceedings against the

16  nine remaining commercial properties.  In May of 2016, the

17  lenders sought the appointment of a Receiver defer to

18  Washington State Court, which was granted.

19         On or about July 1st of 2016, the lenders served and

20  subsequently recorded notices of trustee sale, pursuant to

21  which non-judicial foreclosure sales of the properties were

22  scheduled for October 21 of 2016.  On or about September 23rd

23  of 2016 and without consent of the lenders, CDC transferred all

24  of the properties which it then held by quit claim deed to four

25  different newly created entities, which were organized under

1    presented with some 6,000 pages of trial exhibits, which

2    included testimonial affidavits, appraisal reports, and

3    deposition excerpts.  As the record will reflect, the Court

4    also took live testimony from a number of witnesses.  The Court

5    scheduled and held closing arguments on the parties' motions on

6    July 12th.

7              I'll first turn to why this Court has determined that

8    cause existed to dismiss these cases.  It is centered upon the

9    inability of the debtors to obtain confirmation of the plan of

10   reorganization.  On May 31st, the debtor's filed their second

11   amended plan and second amended disclosure statement for the

12   plan at docket item 243.  The plan provides for three classes

13   of creditors -- well, two classes of creditors and one class of

14   interested owners.

15             The first is Class 1, the noteholder, which the

16   debtor estimated to hold the secured claim at just over $33

17   million.  The debtor proposed to market and sell the properties

18   over a period of 12 months after confirmation, either as a

19   portfolio group or as individual properties.  The debtor would

20   pay the noteholder from the proceeds of those sales and obtain

21   partial lien releases to the extent that properties were sold

22   individually and would pay the noteholder interest at 4 percent

23   pending final payoff.

24             As to Class 2, the debtor purportedly -- purported to

25   create a class of general unsecured creditors owed, by debtor's

1    estimation, $110,000.  But for reasons I'll -- but with respect
2    to an entity I'll later define as equity funding, expressly
3    excluded that class -- that creditor from that class.  The
4    debtor proposed to pay the general unsecured creditors without
5    interest over a period of 12 months from the effective date of
6    the plan with or from surplus proceeds of sales of the property
7    or capital contributions.

8              The third class, the Member Class, consisted of the
9    insiders of the debtors.  That class proposed to make an
10   initial capital contribution of $50,000 at confirmation and
11   potentially providing another $200,000 at some undefined point
12   or points in time.

13             The essential problem with the debtor's plan, as
14   asserted by the noteholders in connection with the motions I've
15   referenced and the trial, is that the debtor cannot satisfy
16   Section 1129(a)(10), which requires that to obtain confirmation
17   of a plan, the debtors must obtain the affirmative acceptance
18   of the plan by at least one validly classified non-insider
19   class of claims that is impaired.  There are only two possible
20   voting classes under this plan: Noteholder 1, Noteholder Class
21   1, which will affirmatively vote no; and the general unsecured
22   Class 2, the votes of which are not known.

23             But the Court has taken an extensive review of Class
24   2, particularly through the trial record and the docket record
25   before the Court, and notes as follows: that class consists of

1    even at the time originally articulated.

2            The noteholders have also complained consistently

3    throughout the case that the equity owners of the debtors

4    refused to put any money into these cases, prefiling or post-

5    filing, and that the noteholder had to step up to advance post-

6    petition funds which were necessary to maintain and operate the

7    commercial properties.

8            The Court is somewhat, but not entirely, persuaded by

9    this argument.  The debtors did originally propose a third-

10   party debtor-in-possession lender, which the noteholders

11   effectively outbid to become the debtor-in-possession lender.

12   So the noteholders status as debtor-in-possession lender was by

13   its choosing.  But the fact that the debtors had agreed to

14   borrow money from a third-party lender and support that

15   borrowing with the insider guaranty, and then refused to

16   provide that same guaranty when the noteholder outbid the DIP

17   lender, is of concern to the Court because it does reflect a

18   lack of willingness of the insiders to adequately capitalize

19   these entities.

20           When that lack of willingness to commit capital to

21   this venture is added to the means by which these properties

22   were acquired on the eve of foreclosure sale, those are indicia

23   of bad faith to this Court, but the Court was not prepared to

24   find bad faith on the totality of the circumstances.

25           The debtors have demonstrated that they at least had

1  a viable intention of reorganizing when the first case was

2  filed, and the noteholders had not established that as of the

3  filing date that there was no reasonable likelihood of

4  reorganization.  Moreover, the debtor's plan is ultimately

5  rolled out to liquidate these properties over an approximately

6  12-month period of time, is not substantially different than

7  the noteholders own plan as expressed by Midland pre-

8  foreclosure, to essentially stabilize the properties for a

9  period of six months and then sell them.

10         In fact, the Court notes that in the Exhibit QQQ,

11  which is the Midland foreclosure business plan and

12  recommendations, Midland had noted that potentially holding the

13  properties for a period of 42 months and itself determined that

14  that was too long a period of time, and that once the

15  properties were stabilized, they should be sold.  And that

16  could all be accomplished within about six months, at that

17  time, post-foreclosure.

18         The Court is also not prepared to find that these

19  filings were part of a scheme to either delay or default --

20  defraud creditors.  While there were a success of bankruptcy

21  petitions filed, they were filed largely in response to the

22  concerns expressed by the Court at the initial hearings.  They

23  were done so in the same district and shortly after the initial

24  filing.  The Court was concerned that these properties had been

25  the subject of a prior bankruptcy case which went to fruition,

1  but these debtors or insiders are not affiliates of those

2  debtors and were not at all in the prior bankruptcy case.

3          I'll turn then to dismissal under Section 1112(b).

4  As this Court has learned in several published and in a number

5  of unpublished opinions, Section 1112(b)(1) provides that

6  absent unusual circumstances specifically identified by the

7  Court that established that the requested conversion or

8  dismissal is not in the best interest of creditors in the

9  estate, the Court shall convert a case to Chapter 7 or dismiss

10  the Chapter 11 case, whichever is in the best interest of

11  creditors, if the movant establishes cause.  See In re.

12  (indiscernible) Thaddeus, 2010 Westlaw 4496836; In re. Tuscan

13  Son Ristorante, 2010 Westlaw 4929444, both published in 2010.

14          One of the circumstances of a dismissal or conversion

15  would not be appropriate is if the debtor establishes a reason

16  why the plan would be confirmed within the timeframes required

17  by the statute, either in Section 1121(e) or 1129(e).  The

18  debtors have not demonstrated that a plan is likely to be

19  confirmed within a reasonable period of time.

20          The Court then is guided by Section 1112(b)(4), and

21  its list of non-exist -- and its non-exhaustive list of

22  criteria which would constitute cause to dismiss or convert.

23  Among those enumerated bases are substantial continuing lawsuit

24  of the diminution of the estate and the absence of the

25  reasonable likelihood of confirmation of a plan within a

1    the record to rebuff the debtor's arguments concerning the

2    calculation of default interest, and the Court did not allow

3    that supplementation either.  Those decisions have been

4    published.

5         With the absence of any forensic accounting analysis,

6    the Court was then left to analyze the dispute over default

7    interest based upon bank statements, recreated (indiscernible),

8    and various correspondence between Midland and CDC, including a

9    variety of default notices.

10         The loan history and the record before this Court

11   gave no clear answer as to the profit made from which the Note

12   A and/or Note B should have been accelerated or, in fact, the

13   dates from which they were actually accelerated, while the

14   third parties as follows: Exhibits 111 and 112 constitute the

15   loan histories of the A note and the B note, and they do not

16   demonstrate that the notes had been treated as being in default

17   as early as the noteholder now asserts as of the petition date

18   or the exhibit prior to the petition date in Exhibit 79, the

19   Olympia petition date.

20         Exhibit 79 constitutes a default notice that Midland

21   sent to CDC on June 4th of 2014 stating that the B note was in

22   default for failing to make the required plan payment, the

23   required monthly payment, which was approximately $27,000.

24   Those payments were to have begun on January 1st of 2013.  The

25   June 4, 2014 default notice appears to assert that the B note,

1    while making default in January of 2013, although that default

2    letter is far from the height of clarity.  That to enforce the

3    2014 default letter also appears to state that Midland is

4    entitled to exercise any of the remedies provided in the loan

5    documents; but later on, states that CDC has 10 days to cure

6    these defaults or Midland was entitled to, quote, "pursue

7    remedies under the loan documents, which could include charging

8    default interest."

9           The Court was also provided with something of an

10   account reconciliation at Exhibit HH, showing apparently that

11   the B note was not paid by Midland starting with the April 2013

12   payment through September of 2014, but the payments resumed in

13   October of 2014.  The noteholder has consistently asserted that

14   the B note went into default in July of 2013 causing a cross-

15   default under the A note.  But based on Exhibit HH, it is

16   unclear how the noteholder came to that conclusion.  The

17   noteholder did concede that the trial record is absent of any

18   writing sent from Midland or any other party in connection with

19   the CDC loan that CDC was notified in or around July of 2013

20   that Note A or Note B had gone into default.

21          The noteholder referred the Court to the paid

22   histories in Exhibits 111 and 112 with respect to defaults

23   under Note A and Note B.  But with respect to the A note,

24   Exhibit 111 appears to show that the A note continued to

25   receive payments through May of 2016; but more importantly,

1   that the principal balance of the A note was continuing to

2   decrease each month as payments were being made.  There's no

3   indication that the accrual of default interest in Exhibit 111

4   from a date nearly as early as July of 2013 or even to May of

5   2014.

6           Similarly, the B notes paid history of Exhibit 112

7   indicates that CDC plan payments were being made through the

8   May 2014 principal with interest through the May 2014 payment.

9   And, again, principal is decreasing after each payment was

10  made, indicating that default interest on the B note was not

11  charged prior to May of 2014.

12          Both of those pay exhibits, 111 and 112, do appear to

13  include advances that Mr. (indiscernible) would testify to at

14  his deposition at docket 296, that Midland was making certain

15  advances on account of the CDC and its obligations under the

16  plan started sometime in 2013.  Those advances appear to

17  aggregate $1.08 million and appear to be reflected in Exhibits

18  156 and 152.

19          The paid histories, going back to Exhibits 111 and

20  112, appear to state that the current interest rate on the A

21  note of 5.45 percent, which is specified on the paid history,

22  was the rate being charged as of July 1, 2016, appearing to at

23  least indicate, as the debtor argued, that the A note was not

24  actually being charged default interest prior to July of 2016.

25  Similarly, the B note history shows the current interest rate

1  stated at 12.75 percent as being carried on the B note at least

2  as of the last payment date of May 1, 2014.

3         As if that series of information of the trial record

4  weren't adequately confusing, Midland sent a default notice on

5  September 4th of 2015 stating that the A note and the B note

6  both went into monetary default on September 1st of 2015.

7  That's Exhibit 80.  The debtors have consistently argued on

8  this point that, as I stated, their assertion that the claims

9  in these cases are overstated by the noteholders, number one;

10  and number two, that Midland had the ability through the

11  management of the debtor's cash to have precluded either note

12  from having gone into monetary default based upon Midland's

13  decision whether to fund reserves and sub-account reserves or

14  make plan note payments.

15         The debtors have argued that there was always

16  adequate cash to make the note payments, but that Midland

17  instead chose at some time to cause a plan payment default by

18  funding sub-reserve accounts rather than making plan payments.

19  The debtors refer to a series of bank statements that were

20  provided in the record.  And, again, no forensic account of the

21  analysis was provided to the Court for the reasons I've already

22  outlined.

23         The Court -- this Court was not able to reconcile all

24  of these raw bits of data to make a final determination of how

25  much the noteholder was actually owed as of the petition date.

1  That, as I'm sure you all know, is typically provided through

2  accounting forensic analysis with both sides bringing experts

3  who will go through the bank statements, go through the paid

4  histories, express their opinions based upon the raw data, and

5  the Court will then reconcile those opinions and the raw data.

6  But as I've stated for the last several minutes, the Court has

7  attempted to do so by analyzing what was included in the trial

8  record.

9          But for this Court to make a specific determination

10  of the date or dates upon which the A note and B note went into

11  default and then calculate the precise amount owing to the

12  noteholder as the petition date, is one not an available

13  exercise based upon the record created; but, more importantly,

14  not necessary for the ultimate conclusions that I've reached

15  that these cases will be dismissed.

16          There is no doubt though, based upon the trial record

17  including the prepetition foreclosure notice, which is at

18  Exhibit 3, that at least $33 million was owed to the noteholder

19  at the petition dates; and that if the properties were worth

20  more than $33 million at the petition dates, the noteholder was

21  over secured, but the debts continued to accrue interest at the

22  default rate post-petition, plus attorney's fees and other

23  reasonable charges.

24          The debtors have never contended that the notes were

25  not in default as of the petition date or entitled to post-

1                     C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4     transcript is a true and accurate record of the proceedings.

5

6

7

8     Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20     Veritext Legal Solutions

21     330 Old Country Road

22     Suite 300

23     Mineola, NY 11501

24

25     Date:  October 4, 2017

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No: 11-41010-BDL |
| CDC PROPERTIES I, LLC, | Chapter 11 |
| Debtor. | DECLARATION OF ERIC D. ORSE IN SUPPORT OF DEBTOR'S RESPONSE TO NOTEHOLDER'S MOTION FOR LEAVE TO COMMENCE AN ACTION IN FEDERAL DISTRICT COURT |

Eric D. Orse declares under penalty of perjury under the laws of the United States as follows:

1.    I am the management representative of the Debtor pursuant to orders entered in the bankruptcy cases of Price and Um and Prium (as referenced below).   All statements in this declaration are based on my personal knowledge and I am competent to testify to them.  I make this declaration in support of Debtor's Response to Noteholder's Motion for Leave to Commence an Action in Federal District Court.  In that motion, MLMT 2005-MCP1 Washington Properties, LLC (“*Noteholder*”) seeks entry of an order granting Noteholder leave to commence an action against me in United States District Court for the Western District of Washington or another court of competent jurisdiction.

DECLARATION OF ERIC D. ORSE IN SUPPORT OF
DEBTOR'S RESPONSE TO NOTEHOLDER'S MOTION FOR
LEAVE TO COMMENCE AN ACTION - 1
#1145533 v1 / 40594-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

2.     The Debtor CDC is a Delaware limited liability company ("LLC") whose controlling member is CDC Acquisitions Co. I, LLC ("*Acquisitions*), a Washington LLC, whose sole member is Prium Companies, LLC ("Prium"), also a Washington LLC. Prium has three members, Hyun Um ("*Um*") and Thomas Price ("*Price*"), each of whom own 42.5% of Prium's membership interests, and William Stegeman ("*Stegeman*") who owns 15% of Prium's membership interests.

3.     On or about September 29, 2004, CDC obtained two loans from Merrill Lynch Mortgage Lending, Inc. (the "*Loans*"): one in the principal amount of 40,700,000 ("*Note A*"); and one in the principal amount of $2,557,500 ("*Note B*"). Note A was subsequently assigned to Noteholder. The Loans were secured by all of the CDC's real property: 11 parcels located in Thurston, Lewis, King, Chelan, and Grant Counties, Washington. The Loans were guaranteed by Price and Um. The Loans were not guaranteed by Prium. At all material times, both Loans, were serviced by Midland Loan Services as agent for the Noteholder.

4.     CDC filed a chapter 11 petition on February 10, 2010. On August 17, 2010, Price and Um each filed for chapter 11 protection, and as debtors-in-possession they continued to manage CDC. On November 22, 2011, the Court entered an order confirming CDC's Plan of Reorganization (the "Plan"). ECF No. 119. Section VII of the Plan provided that all property would revest in the reorganized debtor free and clear of liens and that the reorganized CDC (through its owners, Price, Um and Stegeman) would manage its real property, consistent with the provisions of the Plan. The Court entered an order closing the case on February 4, 2012. ECF No. 135. The Court reopened the CDC case December 13, 2016, upon the motion of Equity Funding. ECF No. 165.

5.     Under the terms of the Plan, all rents and issue of CDC's real property were controlled by the Noteholder pursuant to a Cash Management Agreement. There were substantial irregularities in the Noteholder's management and accounting of the rents and issues it received. The Plan provided that funds from available cash flow were to be made to CDC commencing January

DECLARATION OF ERIC D. ORSE IN SUPPORT OF
DEBTOR'S RESPONSE TO NOTEHOLDER'S MOTION FOR
LEAVE TO COMMENCE AN ACTION - 2
#1145533 v1 / 40594-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 11-41010-BDL    Doc 211    Filed 12/13/17    Ent. 12/13/17 16:54:39    Pg. 2 of 6    EXHIBIT D - 2

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 55 of 138

1
2    2013 to pay the Class 3 and 4 Creditors which were to be deposited in an Escrow Account. The
     Noteholder never made any such payment to the Debtor.
3
4    6.      On September 26, 2013, I was appointed the chapter 11 Trustee for Price and Um. No.
5    10-46731, ECF No. 614. Price and Um either directly or indirectly controlled a large number of
6    LLCs; one group was directly or indirectly controlled through an entity called Queen High Full
7    House ("**QHFH**"); the other group was controlled either directly or indirectly by Prium.  On
8    November 5, 2013, the Court entered an Order on Trustee's Motion to Ratify Management
9    Authority, which ratified my management authority over all of Prium's 100% directly and
10   indirectly owned subsidiaries, including CDC. *Price/Um,* ECF No. 670.  Under the terms of that
11   order, in my capacity of management representative, I was the manager of the named LLCs, and
12   the order provided that the operating agreements were deemed amended to incorporate the
13   provisions of the order. Because none of the subsidiaries' property was property of the Price/Um
14   bankruptcy estates, paragraphs 4 and 8 of the order gave me broad authority to manage these
15   subsidiaries, including selling their property without order of the court. *Id.*  The management
16   order was later expanded to include all subsidiaries, even those which were not wholly owned by
     Prium or QHFH. Price/Um, ECF No. 869.
17
18   7.      On August 15, 2014, in my capacity as Trustee of the Price/Um Estates, I caused Prium
19   to file its own Chapter 11 petition. No. 14-44512. By orders dated October 2, 2014 and February
20   27, 2015, the Court ratified my management authority over the Prium subsidiaries that I had
21   previously been granted in the Price and Um Bankruptcies. *See* Order *inter alia* on Debtor's
22   Motion to Ratify Management Authority … No. 14-44512, ECF. No. 60, and Amended Ex Parte
     Order Amending Order . . . ECF No. 217.
23
24   8.      In the fall of 2015, I received an offer to purchase one of two parcels CDC owned in
25   Wenatchee, WA. The Property was vacant and the Noteholder supported the sale.  Although the
26   Noteholder now claims the Plan requires that any sale must pay all creditors in full and must be
27   made pursuant to § 363 of the Bankruptcy Code the Wenatchee property was sold on January 8,

---

DECLARATION OF ERIC D. ORSE IN SUPPORT OF
DEBTOR'S RESPONSE TO NOTEHOLDER'S MOTION FOR
LEAVE TO COMMENCE AN ACTION - 3
#1145533 v1 / 40594-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

2016 with the Noteholder's concurrence for $1,250,000, with the Noteholder receiving the net proceeds. The sale was not pursuant to § 363, not did it seek or receive court approval.

9.    In my capacity as manager of CDC, I attempted but was never able to obtain a proper accounting from the Noteholder.    I first requested copies of the CDC bank statements maintained by the Noteholder's servicer in the summer 2014, while acting as the Trustee for Price and Um before Prium filed its own chapter 11 plan. Attached as Exhibit 1 are copies of e-mail correspondence regarding the account statements between the Noteholder's attorney and my attorney.

10.    As it turned out, there were no bank statements for the CDC monies collected by Midland for the Noteholder. The only records the Noteholder had of the moneys they collect and disbursed was a Central Account Activity Ledger, from which the Noteholder prepared a series of waterfall allocations which supposedly constituted their so called accounting, which we were told was prepared after the fact. A copy of the Central Account Activity Ledger and waterfall allocations I was provided are attached as Exhibit 2.

11.    In reviewing the materials provided it appeared that the Noteholder was not applying the funds it received consistent with the provisions of the waterfall provided for in the CDC plan and that the default it claimed that occurred in July 2013 was a byproduct of the improper way that  the Noteholder was handling the rents and issue.  One, but by no means the only example is that the Noteholder did not pay the B Noteholder until more than seven months after confirmation, and thereafter paid it at irregular intervals.  The records provided me by the Noteholder were also inconsistent with other records the lender had previously provided us and CDC's own records.  Based on the Central Account activity ledger provided by the Noteholder, I prepared a side by side analysis of the lender's waterfall that showed that had the Lender properly applied the funds according the waterfall provisions of the plan, which it had not done, there was more than sufficient funds at all time to pay both the A Note and B Note.  My analysis was provided to the Lender by my attorneys in an email dated March 20, 2015, attached as Exhibit 3.  According to my analysis of accounting information provided to me by the

DECLARATION OF ERIC D. ORSE IN SUPPORT OF
DEBTOR'S RESPONSE TO NOTEHOLDER'S MOTION FOR
LEAVE TO COMMENCE AN ACTION - 4
#1145533 v1 / 40594-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 11-41010-BDL    Doc 211    Filed 12/13/17    Ent. 12/13/17 16:54:39    Pg. 4 of 6    EXHIBIT D - 4

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 57 of 138

1
2
Noteholder showed there was no default in July 2013 as the Lender claimed, and that as a result,
the claimed accrual of default interest had the effect of overstating the loan balance by an amount
in excess of $2.75 million.   My attorney and I met with the Lender's attorney on May 13, 2015
to go over the disparate accountings and the lender was unable to satisfactory explain its claim
how there was not sufficient funds to make the B payment as my analysis showed.

3
4
5
6
7

12.     In April 2016, I instructed Prium's special counsel to prepare an adversary
complaint seeking a declaratory judgment to determine the loan balance. I was trying to
determine whether there was any equity that could be used to pay the unpaid creditors of CDC,
who also had claims against Prium. I understood that, if necessary, I could place CDC into its
own chapter 11 to hold off the pending trustee's sale.   The complaint was never filed, as during
fee application hearings, the Court asked my counsel to expeditiously close the case. (*See,* for
example, Transcripts of digitally recorded proceedings before the Honorable Paul Snyder, May
4, 2016, 9:30 a.m., 1:30 p.m.)

8
9
10
11
12
13
14

13.     In September 2016, after the Noteholder had commenced a nonjudicial
foreclosure sale and obtained the appointment of a receiver, I accepted the offer that resulted in
the sale of which the Noteholder complains.   On or about September 23, 2016, CDC conveyed
all of its real property assets to four tenants in common collectively known as Olympia Office
LLC by quit claim deeds subject to the Noteholder's deeds of trust.   As with the previous sale,
the property was not sold pursuant to a § 363 sale nor did it pay all creditors.

15
16
17
18
19
20

14.     I was not aware that Olympic Office LLC contemplated filing for bankruptcy in
New York.   The New York bankruptcy filings (filed in the EDNY on October 20, 2016 and
November 3, 2016) were ultimately dismissed for the debtors' inability to propose a plan.   The
New York Court did not find the filing was in bad faith, nor that the filings were part of a
scheme to defray or defraud creditors.   See Transcript of Hearing September 28, 2017, U.S.
Bankruptcy Court for the E. D. of New York, Case No. 16-74892, ECF No. 202, Exhibit B, to
wit:

21
22
23
24
25
26
27

DECLARATION OF ERIC D. ORSE IN SUPPORT OF
DEBTOR'S RESPONSE TO NOTEHOLDER'S MOTION FOR
LEAVE TO COMMENCE AN ACTION - 5
#1145533 v1 / 40594-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

1

2

Page 11,   lines 10-12:

3

4
"For the reasons to follow, the Court has determined that the bankruptcy cases will be dismissed under section 1124 for cause, but not as a bad faith failing."

5
Page 16, lines 7-9

6

7
"I'll first turn to why this court has determined that cause existed to dismiss these cases. It is centered upon the inability of the debtors to obtain confirmation of the plan of reorganization."

8

9
Page 27, lines 18-19

10
"The Court is also not prepared to find that these filings were part of a scheme to either delay or default – defraud creditors."

11

12

13
Dated December 13th, 2017 at Seattle, Washington

14
Eric D. Orse

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF ERIC D. ORSE IN SUPPORT OF
DEBTOR'S RESPONSE TO NOTEHOLDER'S MOTION FOR
LEAVE TO COMMENCE AN ACTION - 6
#1145533 v1 / 40594-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 11-41010-BDL    Doc 211    Filed 12/13/17    Ent. 12/13/17 16:54:39    Pg. 6 of 6    EXHIBIT D - 6

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 59 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## DISTRIBUTION DATE STATEMENT

### Table of Contents

| STATEMENT SECTIONS | PAGE(s) |
|---|---|
| Certificate Distribution Detail | 2 |
| Certificate Factor Detail | 3 |
| Reconciliation Detail | 4 |
| Other Required Information | 5 |
| Cash Reconciliation | 6 |
| Ratings Detail | 7 |
| Current Mortgage Loan and Property Stratification Tables | 8 - 16 |
| Mortgage Loan Detail | 17 |
| Principal Prepayment Detail | 18 |
| Historical Detail | 19 |
| Delinquency Loan Detail | 20 |
| Specially Serviced Loan Detail | 21 - 22 |
| Modified Loan Detail | 23 - 25 |
| Historical Liquidated Loan Detail | 26 |
| Historical Bond/Collateral Loss Reconciliation Detail | 27 - 29 |
| Interest Shortfall Reconciliation Detail | 30 - 31 |

| Depositor | Master Servicer | Special Servicer |
|---|---|---|
| Merrill Lynch Mortgage Investors Inc.<br>One Bryant Park<br>New York, NY 10036<br><br><br>Contact: Quentin M. Fogan<br>Phone Number: | Midland Loan Services<br>A Division of PNC Bank, N.A.<br>10851 Mastin Street, Building 82<br>Overland Park, KS 66210<br><br>Contact: Heather Wagner<br>Phone Number: (913) 253-9570 | Midland Loan Services<br>A Division of PNC Bank, N.A.<br>10851 Mastin Street, Building 82<br>Overland park, KS 66210<br><br>Contact: Marta Howell<br>Phone Number: (913) 253-9621 |

This report is compiled by Wells Fargo Bank, N.A. from information provided by third parties. Wells Fargo Bank, N.A. has not independently confirmed the accuracy of the information.

**EXHIBIT E - 1**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL Doc 23 Filed 12/29/17 Ent. 12/29/17 17:50:06 Pg. 60 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Certificate Distribution Detail

| Class | CUSIP | Pass-Through Rate | Original Balance | Beginning Balance | Principal Distribution | Interest Distribution | Prepayment Penalties | Realized Loss / Additional Trust Fund Expenses | Total Distribution | Ending Balance | Current Subordination Level (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 59022HHE5 | 4.218000% | 67,693,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-2 | 59022HHF2 | 4.556000% | 346,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-3 | 59022HHG0 | 4.674000% | 47,661,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-SB | 59022HHH8 | 4.674000% | 100,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-4 | 59022HHJ4 | 4.747000% | 526,039,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-1-A | 59022HHK1 | 4.735000% | 128,700,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-M | 59022HHL9 | 4.805000% | 173,800,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-J | 59022HHM7 | 4.845000% | 115,142,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| B | 59022HHN5 | 4.934000% | 36,932,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| C | 59022HHP0 | 4.953000% | 15,208,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| D | 59022HHQ8 | 5.023000% | 32,587,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| E | 59022HHS4 | 5.131000% | 19,553,000.00 | 874,392.40 | 146,564.44 | 3,738.76 | 0.00 | 0.00 | 150,303.20 | 727,827.96 | 98.74% |
| F | 59022HHT2 | 5.453681% | 28,242,000.00 | 28,242,000.00 | 0.00 | 128,352.39 | 0.00 | 0.00 | 128,352.39 | 28,242,000.00 | 49.86% |
| G | 59022HHU9 | 5.466681% | 17,380,000.00 | 17,380,000.00 | 0.00 | 79,175.77 | 0.00 | 0.00 | 79,175.77 | 17,380,000.00 | 19.78% |
| H | 59022HHV7 | 5.466681% | 21,725,000.00 | 11,431,030.15 | 0.00 | 36,390.59 | 0.00 | 0.00 | 36,390.59 | 11,431,030.15 | 0.00% |
| J | 59022HHW5 | 4.549000% | 6,518,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| K | 59022HHX3 | 4.549000% | 8,690,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| L | 59022HHY1 | 4.549000% | 6,517,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| M | 59022HHZ8 | 4.549000% | 4,345,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| N | 59022HJA1 | 4.549000% | 4,345,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| P | 59022HJB9 | 4.549000% | 8,690,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Q | 59022HJC7 | 4.549000% | 21,725,951.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| R-I | 59022HJE3 | 0.000000% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| R-II | 59022HJF0 | 0.000000% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Z | NA | 0.000000% | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00% |
| Totals | | | 1,737,992,951.01 | 57,927,422.56 | 146,564.44 | 247,657.51 | 0.00 | 0.00 | 394,221.95 | 57,780,858.12 | |

| Class | CUSIP | Pass-Through Rate | Original Notional Amount | Beginning Notional Amount | Interest Distribution | Prepayment Penalties | Total Distribution | Ending Notional Amount |
|---|---|---|---|---|---|---|---|---|
| XP | 59022HHR6 | 0.000000% | 1,694,554,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XC | 59022HJD5 | 0.011405% | 1,737,992,951.00 | 57,927,422.55 | 550.55 | 0.00 | 550.55 | 57,780,858.11 |

(1) Calculated by taking (A) the sum of the ending certificate balance of all classes less (B) the sum of (i) the ending certificate balance of the designated class and (ii) the ending certificate balance of all classes which are not subordinate to the designated class and dividing the result by (A).

**EXHIBIT E - 2**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 61 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

### Certificate Factor Detail

| Class | CUSIP | Beginning Balance | Principal Distribution | Interest Distribution | Prepayment Penalties | Realized Loss / Additional Trust Fund Expenses | Ending Balance |
|-------|-------|------------------|----------------------|----------------------|---------------------|--------------------------------|---------------|
| A-1 | 59022HHE5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-2 | 59022HHF2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-3 | 59022HHG0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-SB | 59022HHH8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-4 | 59022HHJ4 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-1-A | 59022HHK1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-M | 59022HHL9 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-J | 59022HHM7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| B | 59022HHN5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| C | 59022HHP0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| D | 59022HHQ8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| E | 59022HHS4 | 44.71909170 | 7.49575206 | 0.19121158 | 0.00000000 | 0.00000000 | 37.22333964 |
| F | 59022HHT2 | 1,000.00000000 | 0.00000000 | 4.54473444 | 0.00000000 | 0.00000000 | 1,000.00000000 |
| G | 59022HHU9 | 1,000.00000000 | 0.00000000 | 4.55556789 | 0.00000000 | 0.00000000 | 1,000.00000000 |
| H | 59022HHV7 | 526.16939701 | 0.00000000 | 1.67505593 | 0.00000000 | 0.00000000 | 526.16939701 |
| J | 59022HHW5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| K | 59022HHX3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| L | 59022HHY1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| M | 59022HHZ8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| N | 59022HJA1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| P | 59022HJB9 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Q | 59022HJC7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R-I | 59022HJE3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R-II | 59022HJF0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Z | NA | 1,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 1,000.00000000 |

| Class | CUSIP | Beginning Notional Amount | Interest Distribution | Prepayment Penalties | Ending Notional Amount |
|-------|-------|--------------------------|----------------------|---------------------|------------------------|
| XP | 59022HHR6 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XC | 59022HJD5 | 33.33006760 | 0.00031677 | 0.00000000 | 33.24573789 |

**EXHIBIT E - 3**

Copyright 2017, Wells Fargo Bank, N.A.


# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Reconciliation Detail

### Advance Summary

| | |
|---|---|
| P & I Advances Outstanding | 2,410,200.21 |
| Servicing Advances Outstanding | 1,231,787.24 |
| Reimbursement for Interest on Advances paid from general collections | 0.00 |

### Master Servicing Fee Summary

| | |
|---|---|
| Current Period Accrued Master Servicing Fees | 1,609.45 |
| Less Delinquent Master Servicing Fees | 870.83 |
| Less Reductions to Master Servicing Fees | 0.00 |
| Plus Master Servicing Fees for Delinquent Payments Received | 0.00 |
| Plus Adjustments for Prior Master Servicing Calculation | 0.00 |
| Total Master Servicing Fees Collected | 738.62 |

### Certificate Interest Reconciliation

| Class | Accrued Certificate Interest | Net Aggregate Prepayment Interest Shortfall | Distributable Certificate Interest | Distributable Certificate Interest Adjustment | Interest Shortfall/(Excess) | Interest Distribution | Remaining Unpaid Distributable Certificate Interest |
|---|---|---|---|---|---|---|---|
| A-1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-SB | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-1-A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-J | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XC | 550.55 | 0.00 | 550.55 | 0.00 | 0.00 | 550.55 | 0.00 |
| B | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| D | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| E | 3,738.76 | 0.00 | 3,738.76 | 0.00 | 0.00 | 3,738.76 | 0.00 |
| F | 128,352.39 | 0.00 | 128,352.39 | 0.00 | 0.00 | 128,352.39 | 0.00 |
| G | 79,175.77 | 0.00 | 79,175.77 | 0.00 | 0.00 | 79,175.77 | 0.00 |
| H | 52,074.83 | 0.00 | 52,074.83 | 0.00 | 15,684.24 | 36,390.59 | 1,631,097.26 |
| J | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 387,909.76 |
| K | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 299,775.00 |
| L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| N | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100,165.59 |
| P | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 402,443.68 |
| Q | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,209,357.80 |
| Total | 263,892.30 | 0.00 | 263,892.30 | 0.00 | 15,684.24 | 248,208.06 | 4,030,749.09 |

**EXHIBIT E - 4**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 63 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:    1/12/17
Record Date:     12/30/16

## Other Required Information

| | | |
|---|---|---|
| Available Distribution Amount (1) | | 394,772.50 |

| | | |
|---|---|---|
| Principal Distribution Amount | | 146,564.44 |
| (a) Principal portion of Monthly Payments and any Assumed Monthly Payments | 146,564.44 | |
| (b) Principal Prepayments | 0.00 | |
| (c) Collection of Principal on a Balloon Loan after its stated Maturity Date | 0.00 | |
| (d) Liquidation Proceeds and Insurance Proceeds received on a Mortgage Loan | 0.00 | |
| (e) Liquidation Proceeds, Insurance Proceeds, or REO Revenues received on an REO | 0.00 | |
| Plus the excess of the prior Principal Distribution Amount over the principal paid to the Sequential Pay Certificates | 0.00 | |

| | |
|---|---|
| Aggregate Number of Outstanding Loans | 6 |
| Aggregate Unpaid Principal Balance of Loans | 58,754,562.81 |
| Aggregate Stated Principal Balance of Loans | 57,780,858.11 |
| Aggregate Amount of Master Servicing Fee | 738.62 |
| Aggregate Amount of Special Servicing Fee | 7,256.93 |
| Aggregate Amount of Trustee Fee | 64.85 |
| Aggregate Trust Fund Expenses | 0.00 |
| Interest Reserve Deposit | 8,796.41 |
| Interest Reserve Withdrawal | 0.00 |
| Specially Serviced Loans not Delinquent (2) | |
| Number of Outstanding Loans | 0 |
| Aggregate Unpaid Principal Balance | 0.00 |

(1) The Available Distribution Amount includes any Prepayment Premiums.
(2) Indicates loans in special servicing with a loan status of '0', Current.

### Original Subordination Level

| | | | | |
|---|---|---|---|---|
| | | | Class D | 8.500% |
| | | | Class E | 7.375% |
| Class A-1 | 30.000% | | Class F | 5.750% |
| Class A-2 | 30.000% | | Class G | 4.750% |
| Class A-3 | 30.000% | | Class H | 3.500% |
| Class A-SB | 30.000% | | Class J | 3.125% |
| Class A-4 | 30.000% | | Class K | 2.625% |
| Class A-1A | 30.000% | | Class L | 2.250% |
| Class AM | 20.000% | | Class M | 2.000% |
| Class AJ | 13.375% | | Class N | 1.750% |
| Class B | 11.250% | | Class P | 1.250% |
| Class C | 10.375% | | Class Q | 0.000% |

### Appraisal Reduction Amount

| Loan Number | Appraisal Reduction Amount | Cumulative ASER Amount | Date Appraisal Reduction Effected |
|---|---|---|---|
| 30251808 | 1,775,820.26 | 369,238.95 | 9/6/16 |
| Total | 1,775,820.26 | 369,238.95 | |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 64 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Cash Reconciliation Detail

| Total Funds Collected | | | Total Funds Distributed | | |
|---|--:|--:|---|--:|--:|
| **Interest:** | | | **Fees:** | | |
| Scheduled Interest | 274,363.01 | | Master Servicing Fee | 1,609.45 | |
| Interest reductions due to Nonrecoverability Determinations | 0.00 | | Trustee Fee | 64.85 | |
| Interest Adjustments | 0.00 | | Certificate Administration Fee | 0.00 | |
| Deferred Interest | 0.00 | | Insurer Fee | 0.00 | |
| ARD Interest | 0.00 | | Miscellaneous Fee | 0.00 | |
| Net Prepayment Interest Shortfall | 0.00 | | **Total Fees** | | 1,674.30 |
| Net Prepayment Interest Excess | 0.00 | | **Additional Trust Fund Expenses:** | | |
| Extension Interest | 0.00 | | Reimbursement for Interest on Advances | 0.00 | |
| Interest Reserve Withdrawal | 0.00 | | ASER Amount | 8,427.31 | |
| **Total Interest Collected** | | 274,363.01 | Special Servicing Fee | 7,256.93 | |
| **Principal:** | | | Rating Agency Expenses | 0.00 | |
| Scheduled Principal | 146,564.44 | | Attorney Fees & Expenses | 0.00 | |
| Unscheduled Principal | 0.00 | | Bankruptcy Expense | 0.00 | |
| Principal Prepayments | 0.00 | | Taxes Imposed on Trust Fund | 0.00 | |
| Collection of Principal after Maturity Date | 0.00 | | Non-Recoverable Advances | 0.00 | |
| Recoveries from Liquidation and Insurance Proceeds | 0.00 | | Workout Delayed Reimbursement Amounts | 0.00 | |
| Excess of Prior Principal Amounts paid | 0.00 | | Other Expenses | 0.00 | |
| Curtailments | 0.00 | | **Total Additional Trust Fund Expenses** | | 15,684.24 |
| Negative Amortization | 0.00 | | **Interest Reserve Deposit** | | 8,796.41 |
| Principal Adjustments | 0.00 | | | | |
| **Total Principal Collected** | | 146,564.44 | **Payments to Certificateholders & Others:** | | |
| **Other:** | | | Interest Distribution | 248,208.06 | |
| Prepayment Penalties/Yield Maintenance | 0.00 | | Principal Distribution | 146,564.44 | |
| Repayment Fees | 0.00 | | Prepayment Penalties/Yield Maintenance | 0.00 | |
| Borrower Option Extension Fees | 0.00 | | Borrower Option Extension Fees | 0.00 | |
| Excess Liquidation Proceeds | 0.00 | | Equity Payments Paid | 0.00 | |
| Net Swap Counterparty Payments Received | 0.00 | | Net Swap Counterparty Payments Paid | 0.00 | |
| **Total Other Collected:** | | 0.00 | **Total Payments to Certificateholders & Others** | | 394,772.50 |
| **Total Funds Collected** | | 420,927.45 | **Total Funds Distributed** | | 420,927.45 |

**EXHIBIT E - 6**



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:    1/12/17
Record Date:     12/30/16

## Ratings Detail

| Class | CUSIP | Original Ratings | | | Current Ratings (1) | | |
|-------|-------|------|--------|-------|-------|--------|-------|
|       |       | Fitch | Moody's | S & P | Fitch | Moody's | S & P |
| A-1 | 59022HHE5 | X | Aaa | AAA | X | N/A | N/A |
| A-2 | 59022HHF2 | X | Aaa | AAA | X | N/A | N/A |
| A-3 | 59022HHG0 | X | Aaa | AAA | X | N/A | N/A |
| A-SB | 59022HHH8 | X | Aaa | AAA | X | N/A | N/A |
| A-4 | 59022HHJ4 | X | Aaa | AAA | X | N/A | N/A |
| A-1-A | 59022HHK1 | X | Aaa | AAA | X | N/A | N/A |
| A-M | 59022HHL9 | X | Aaa | AAA | X | N/A | N/A |
| A-J | 59022HHM7 | X | Aaa | AAA | X | N/A | N/A |
| XP | 59022HHR6 | X | Aaa | AAA | X | N/A | N/A |
| XC | 59022HJD5 | X | Aaa | AAA | X | Caa3 | N/A |
| B | 59022HHN5 | X | Aa2 | AA | X | N/A | N/A |
| C | 59022HHP0 | X | Aa3 | AA- | X | N/A | N/A |
| D | 59022HHQ8 | X | A2 | A | X | N/A | B |
| E | 59022HHS4 | X | A3 | A- | X | Ba1 | B |
| F | 59022HHT2 | X | Baa1 | BBB+ | X | Caa1 | CCC- |
| G | 59022HHU9 | X | Baa2 | BBB | X | Caa3 | CCC- |
| H | 59022HHV7 | X | Baa3 | BBB- | X | C | N/A |
| J | 59022HHW5 | X | Ba1 | BB+ | X | N/A | N/A |
| K | 59022HHX3 | X | Ba2 | BB | X | N/A | N/A |
| L | 59022HHY1 | X | Ba3 | BB- | X | N/A | N/A |
| M | 59022HHZ8 | X | B1 | B+ | X | N/A | N/A |
| N | 59022HJA1 | X | B2 | B | X | N/A | N/A |
| P | 59022HJB9 | X | B3 | B- | X | N/A | N/A |
| Q | 59022HJC7 | X | NR | NR | X | NR | N/A |

NR     Designates that the class was not rated by the above agency at the time of original issuance.

X      Designates that the above rating agency did not rate any classes in this transaction at the time of original issuance.

N/A    Data not available this period.

1) For any class not rated at the time of original issuance by any particular rating agency, no request has been made subsequent to issuance to obtain rating

information, if any, from such rating agency. The current ratings were obtained directly from the applicable rating agency within 30 days of the payment date listed

above. The ratings may have changed since they were obtained. Because the ratings may have changed, you may want to obtain current ratings directly from the

rating agencies.

Fitch, Inc.
One State Street Plaza
New York, New York 10004
(212) 908-0500

Moody's Investors Service
99 Church Street
New York, New York 10007
(212) 553-0300

Standard & Poor's Rating Services
55 Water Street
New York, New York 10041
(212) 438-2430

**EXHIBIT E - 7**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 66 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

### Merrill Lynch Mortgage Trust 2005-MCP1

**Commercial Mortgage Pass-Through Certificates**

**Series 2005-MCP1**

| For Additional Information, please contact |
| :---: |
| CTSLink Customer Service |
| 1-866-846-4526 |
| Reports Available on the World Wide Web |
| www.ctslink.com |

| Payment Date: | 1/12/17 |
| :--- | :--- |
| Record Date: | 12/30/16 |

## Current Mortgage Loan and Property Stratification Tables

### Aggregate Pool

#### Scheduled Balance

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
| :--- | :---: | ---: | ---: | ---: | ---: | ---: |
| 2,999,999 or less | 2 | 3,606,770.40 | 6.24 | 25 | 5.8950 | 2.086133 |
| 3,000,000 - 3,999,999 | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| 4,000,000 - 4,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| 10,000,000 - 12,999,999 | 1 | 11,096,288.59 | 19.20 | (20) | 5.7330 | 1.010000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 - 49,999,999 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 50,000,000 - 99,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 100,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 6 | 57,780,858.11 | 100.00 | (21) | 5.5003 | 1.088306 |

#### State (3)

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
| :--- | :---: | ---: | ---: | ---: | ---: | ---: |
| California | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| Georgia | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Hawaii | 1 | 11,096,288.59 | 19.20 | (20) | 5.7330 | 1.010000 |
| Indiana | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| New Jersey | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| Washington | 11 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| Totals | 16 | 57,780,858.11 | 100.00 | (21) | 5.5003 | 1.088306 |

See footnotes on last page of this section.

**EXHIBIT E - 8**



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 1/12/17
Record Date: 12/30/16

## Current Mortgage Loan and Property Stratification Tables
### Aggregate Pool

#### Debt Service Coverage Ratio (1)

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.44 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.45 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 - 1.59 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.60 - 1.79 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.80 - 1.99 | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 2.00 or greater | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Totals | 6 | 57,780,858.11 | 100.00 | (21) | 5.5003 | 1.088306 |

#### Property Type (3)

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Multi-Family | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Office | 12 | 31,266,840.55 | 54.11 | (24) | 5.4607 | 1.326103 |
| Retail | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| Totals | 16 | 57,780,858.11 | 100.00 | (21) | 5.5003 | 1.088306 |

#### Seasoning

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 2 | 3,606,770.40 | 6.24 | 25 | 5.8950 | 2.086133 |
| 13 - 24 months | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| 25 - 36 months | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 37 - 48 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 6 | 57,780,858.11 | 100.00 | (21) | 5.5003 | 1.088306 |

#### Note Rate

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.749 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4.750 - 4.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| 5.250 - 5.499 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 5.500 - 5.599 | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| 5.600 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 2 | 12,434,232.91 | 21.52 | (14) | 5.7294 | 1.106842 |
| 5.750 - 5.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.000 - 6.249 | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 6.250 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 6 | 57,780,858.11 | 100.00 | (21) | 5.5003 | 1.088306 |

See footnotes on last page of this section.

**EXHIBIT E - 9**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 68 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **1/12/17**
**Record Date:** **12/30/16**

## Current Mortgage Loan and Property Stratification Tables

### Aggregate Pool

**Anticipated Remaining Term (ARD and Balloon Loans)**

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 5 | 56,442,913.79 | 97.68 | (23) | 5.4955 | 1.068828 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 56,442,913.79 | 97.68 | (23) | 5.4955 | 1.068828 |

**Remaining Stated Term (Fully Amortizing Loans)**

| Remaining Stated Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |

**Remaining Amortization Term (ARD and Balloon Loans)**

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 5 | 56,442,913.79 | 97.68 | (23) | 5.4955 | 1.068828 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 56,442,913.79 | 97.68 | (23) | 5.4955 | 1.068828 |

**Age of Most Recent NOI**

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Underwriter's Information | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 1 year or less | 4 | 26,514,017.56 | 45.89 | (18) | 5.5469 | 0.807882 |
| 1 - 2 years | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 6 | 57,780,858.11 | 100.00 | (21) | 5.5003 | 1.088306 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used.
To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer
and the Certificate Administrator has not independently confirmed the accuracy of such information.
(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.
(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-Off Date balance of each property as disclosed in the offering document.

**EXHIBIT E - 10**

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 69 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

| Payment Date: | 1/12/17 |
| Record Date: | 12/30/16 |

### Current Mortgage Loan and Property Stratification Tables

**Group 1**

**Scheduled Balance**

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 2,999,999 or less | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 3,000,000 - 3,999,999 | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| 4,000,000 - 4,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| 10,000,000 - 12,999,999 | 1 | 11,096,288.59 | 19.20 | (20) | 5.7330 | 1.010000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 - 49,999,999 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 50,000,000 - 99,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 100,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

**State   (3)**

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| California | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| Hawaii | 1 | 11,096,288.59 | 19.20 | (20) | 5.7330 | 1.010000 |
| Indiana | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| New Jersey | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| Washington | 11 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| Totals | 15 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

See footnotes on last page of this section.

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 70 of 138


# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Current Mortgage Loan and Property Stratification Tables
### Group 1

**Debt Service Coverage Ratio (1)**

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.44 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.45 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 - 1.59 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.60 - 1.79 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.80 - 1.99 | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 2.00 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

**Property Type (3)**

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Office | 12 | 31,266,840.55 | 54.11 | (24) | 5.4607 | 1.326103 |
| Retail | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| Totals | 15 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

**Seasoning**

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 13 - 24 months | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| 25 - 36 months | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 37 - 48 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

**Note Rate**

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.749 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4.750 - 4.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 1 | 9,465,135.41 | 16.38 | (22) | 5.2200 | 0.340000 |
| 5.250 - 5.499 | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 5.500 - 5.599 | 1 | 3,683,767.48 | 6.38 | (22) | 5.5410 | 0.550000 |
| 5.600 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 2 | 12,434,232.91 | 21.52 | (14) | 5.7294 | 1.106842 |
| 5.750 - 5.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.000 - 6.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.250 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

See footnotes on last page of this section.

**EXHIBIT E - 12**

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 71 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 1/12/17
Record Date: 12/30/16

## Current Mortgage Loan and Property Stratification Tables

### Group 1

#### Anticipated Remaining Term (ARD and Balloon Loans)

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 4 | 54,174,087.71 | 93.76 | (24) | 5.4740 | 1.021873 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 4 | 54,174,087.71 | 93.76 | (24) | 5.4740 | 1.021873 |

#### Remaining Stated Term (Fully Amortizing Loans)

| Remaining Stated Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |

#### Remaining Amortization Term (ARD and Balloon Loans)

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 4 | 54,174,087.71 | 93.76 | (24) | 5.4740 | 1.021873 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 4 | 54,174,087.71 | 93.76 | (24) | 5.4740 | 1.021873 |

#### Age of Most Recent NOI

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Underwriter's Information | 1 | 29,928,896.23 | 51.80 | (27) | 5.4500 | 1.300000 |
| 1 year or less | 3 | 24,245,191.48 | 41.96 | (21) | 5.5036 | 0.678546 |
| 1 - 2 years | 1 | 1,337,944.32 | 2.32 | 40 | 5.7000 | 1.910000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 5 | 55,512,032.03 | 96.07 | (23) | 5.4794 | 1.043278 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used. To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer and the Certificate Administrator has not independently confirmed the accuracy of such information.

(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.

(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-Off Date balance of each property as disclosed in the offering document.

The Scheduled Balance Totals reflect the aggregate balances of all pooled loans as reported in the CREFC Loan Periodic Update File. To the extent that the Scheduled Balance Total figure for the "State" and "Property" stratification tables is not equal to the sum of the scheduled balance figures for each state or property, the difference is explained by loans that have been modified into a split-loan structure. The "State" and "Property" stratification tables do not include the balance of the subordinate note (sometimes called the B-piece or a "hope note") of a loan that has been modified into a split-loan structure. Rather, the scheduled balance for each state or property only reflects the balance of the senior note (sometimes called the A-piece) of a loan that has been modified into a split-loan structure.

**EXHIBIT E - 13**

Copyright 2017, Wells Fargo Bank, N.A.



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Current Mortgage Loan and Property Stratification Tables

### Group 2

**Scheduled Balance**

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4,999,999 or less | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 10,000,000 - 12,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

**State (3)**

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Georgia | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

See footnotes on last page of this section.

Copyright 2017, Wells Fargo Bank, N.A.

**EXHIBIT E - 14**

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 73 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:**    **1/12/17**
**Record Date:**    **12/30/16**

## Current Mortgage Loan and Property Stratification Tables
### Group 2

### Debt service Coverage Ratio (1)

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 or greater | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

### Property Type (3)

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Multi-Family | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

### Seasoning

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 13 - 24 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 25 - 36 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 37 - 48 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

### Note Rate

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.999 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.250 - 5.499 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.500 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.750 or greater | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

See footnotes on last page of this section.

**EXHIBIT E - 15**


# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Current Mortgage Loan and Property Stratification Tables

### Group 2

#### Anticipated Remaining Term (ARD and Balloon Loans)

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

#### Remaining Amortization Term (ARD and Balloon Loans)

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

#### Age of Most Recent NOI

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1 year or less | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |
| 1 - 2 years | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,268,826.08 | 3.93 | 16 | 6.0100 | 2.190000 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used.
To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer and the Certificate Administrator has not independently confirmed the accuracy of such information.

(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.

(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-off Date balance of each property as disclosed in the offering document.
The Scheduled Balance Totals reflect the aggregate balances of all pooled loans as reported in the CREFC Loan Periodic Update File.  To the extent that the Scheduled Balance Total figure for the "State" and "Property" stratification tables is not equal to the sum of the scheduled balance figures for each state or property, the difference is explained by loans that have been modified into a split loan structure. The "State" and "Property" stratification tables do not include the balance of the subordinate note (sometimes called the B-piece or a "hope note") of a loan that has been modified into a split-loan structure. Rather, the scheduled balance for each state or property only reflects the balance of the senior note (sometimes called the A-piece) of a loan that has been modified into a split-loan structure.

**EXHIBIT E - 16**

Copyright 2017, Wells Fargo Bank, N.A.



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Mortgage Loan Detail

| Loan Number | ODCR | Property Type (1) | City | State | Interest Payment | Principal Payment | Gross Coupon | Anticipated Repayment Date | Maturity Date | Neg. Amort (Y/N) | Beginning Scheduled Balance | Ending Scheduled Balance | Paid Thru Date | Appraisal Reduction Date | Appraisal Reduction Amount | Res. Strat. (2) | Mod. Code (3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | OF | Various | WA | 140,875.37 | 88,939.58 | 5.450% | 10/1/14 | 10/17/17 | N | 30,017,835.81 | 29,928,896.23 | 6/1/16 | 9/6/16 | | 3 | 8 |
| 30251817 | 32 | RT | Lahaina | HI | 54,779.60 | 0.00 | 5.733% | 5/1/15 | 5/1/17 | N | 11,096,288.59 | 11,096,288.59 | 1/1/17 | | | | 1 |
| 940951448 | 45 | RT | Oceanside | CA | 42,616.45 | 15,720.34 | 5.220% | 3/1/15 | 3/1/17 | N | 9,480,855.75 | 9,465,135.41 | 1/1/17 | | | | 1 |
| 30251808 | 84 | RT | Indianapolis | IN | 17,615.21 | 8,051.17 | 5.541% | N/A | 3/1/15 | N | 3,691,818.65 | 3,683,767.48 | 3/1/13 | 9/6/16 | 1,775,820.26 | 7 | |
| 940951495 | 87 | OF | Linden | NJ | 6,708.81 | 28,875.52 | 5.700% | N/A | 5/1/20 | N | 1,366,819.84 | 1,337,944.32 | 1/1/17 | | | | |
| 940951540 | 103 | MF | Statesboro | GA | 11,767.57 | 4,977.83 | 6.010% | N/A | 5/1/18 | N | 2,273,803.91 | 2,268,826.08 | 1/1/17 | | | | |
| **Totals** | | | | | **274,363.01** | **146,564.44** | | | | | **57,927,422.55** | **57,780,858.11** | | | **1,775,820.26** | | |

| (1) Property Type Code | | (2) Resolution Strategy Code | | (3) Modification Code | |
|---|---|---|---|---|---|
| MF - Multi-Family | SS - Self Storage | 1 - Modification | 7 - REO | 1 - Maturity Date Extension | 6 - Capitalization on Interest |
| RT - Retail | 98 - Other | 2 - Foreclosure | 8 - Resolved | 2 - Amortization Change | 7 - Capitalization on Taxes |
| HC - Health Care | SE - Securities | 3 - Bankruptcy | 9 - Pending Return | 3 - Principal Write-Off | 8 - Other |
| IN - Industrial | CH - Cooperative Housing | 4 - Extension | to Master Servicer | 4 - Blank | 9 - Combination |
| MH - Mobile Home Park | WH - Warehouse | 5 - Note Sale | 10 - Deed in Lieu Of | 5 - Temporary Rate Reduction | 10 - Forbearance |
| OF - Office | ZZ - Missing Information | 6 - DPO | Foreclosure | | |
| MU - Mixed Use | SF - Single Family | 11 - Full Payoff | | | |
| LO - Lodging | | 12 - Reps and Warranties | | | |
| | | 13 - TBD | | | |
| | | 98 - Other | | | |

**EXHIBIT E - 17**

Copyright 2017, Wells Fargo Bank, N.A.



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

### Principal Prepayment Detail

| Loan Number | Offering Document Cross-Reference | Principal Prepayment Amount | | Prepayment Penalties | |
|---|---|---|---|---|---|
| | | Payoff Amount | Curtailment Amount | Prepayment Premium | Yield Maintenance Premium |
| | | **No Principal Prepayments this Period** | | | |
| Totals | | | | | |

**EXHIBIT E - 18**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 77 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:**   **1/12/17**
**Record Date:**   **12/30/16**

## Historical Detail

| Distribution Date | Delinquencies 30-59 Days # | Balance | 60-89 Days # | Balance | 90 Days or More # | Balance | Foreclosure # | Balance | REO # | Balance | Modifications # | Balance | Prepayments Curtailments # | Amount | Payoff # | Amount | Rate and Maturities Next Weighted Avg. Coupon | Remit | WAM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,928,896.23 | 2 | $33,612,663.71 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500251% | 5.466688% | -21 |
| 12/12/16 | 0 | $0.00 | 0 | $0.00 | 1 | $30,017,835.81 | 2 | $33,709,654.46 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500246% | 5.466681% | -20 |
| 11/14/16 | 0 | $0.00 | 0 | $0.00 | 1 | $30,110,897.10 | 2 | $33,811,295.54 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500236% | 5.466668% | -19 |
| 10/12/16 | 0 | $0.00 | 0 | $0.00 | 1 | $30,198,986.53 | 2 | $33,907,357.17 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500232% | 5.466661% | -18 |
| 9/12/16 | 0 | $0.00 | 1 | $30,291,228.82 | 0 | $0.00 | 2 | $34,008,103.17 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500222% | 5.466648% | -17 |
| 8/12/16 | 1 | $30,378,475.89 | 0 | $0.00 | 0 | $0.00 | 2 | $34,103,244.20 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500218% | 5.466641% | -16 |
| 7/12/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | $34,197,940.20 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500213% | 5.466634% | -15 |
| 6/13/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | $34,297,370.61 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500203% | 5.466622% | -14 |
| 5/12/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $3,748,796.32 | 0 | $0.00 | 1 | $9,593,008.23 | 0 | $0.00 | 0 | $0.00 | 5.500199% | 5.466615% | -13 |
| 4/12/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $3,757,114.23 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500189% | 5.466602% | -12 |
| 3/14/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $3,764,817.10 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.499969% | 5.466372% | -11 |
| 2/12/16 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $3,773,639.53 | 0 | $0.00 | 0 | $0.00 | 1 | $1,147,659.23 | 0 | $0.00 | 5.499828% | 5.466223% | -10 |

Note: Foreclosure and REO Totals are included in the delinquencies aging categories.

Copyright 2017, Wells Fargo Bank, N.A.

**EXHIBIT E - 19**

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 78 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Delinquency Loan Detail

| Loan Number | Offering Document Cross-Reference | # of Months Delinq. | Paid Through Date | Current P & I Advances | Outstanding P & I Advances ** | Status of Mortgage Loan (1) | Resolution Strategy Code (2) | Servicing Transfer Date | Foreclosure Date | Actual Principal Balance | Outstanding Servicing Advances | Bankruptcy Date | REO Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | 6 | 6/1/16 | 229,039.49 | 1,603,303.29 | 6 | 3 | 4/15/13 | 3/11/16 | 30,556,353.60 | 760,925.33 | | |
| 30251808 | 84 | 45 | 3/1/13 | 17,143.70 | 806,896.92 | 5 | 7 | 1/23/12 | 10/4/13 | 4,030,014.81 | 470,861.91 | | |
| Totals | 2 | | | 246,183.19 | 2,410,200.21 | | | | | 34,586,368.41 | 1,231,787.24 | | |

Totals By Delinquency Code:

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total for Status Code = 5 (1 loan) | | | | 17,143.70 | 806,896.92 | | | | | 4,030,014.81 | 470,861.91 | | |
| Total for Status Code = 6 (1 loan) | | | | 229,039.49 | 1,603,303.29 | | | | | 30,556,353.60 | 760,925.33 | | |

| (1) Status of Mortgage Loan | | (2) Resolution Strategy Code | |
|---|---|---|---|
| A - Payment Not Received But Still in Grace Period Or Not Yet Due | 0 - Current<br>1 - 30-59 Days Delinquent<br>2 - 60-89 Days Delinquent | 4 - Performing Matured Balloon<br>5 - Non Performing Matured Balloon<br>6 - 121+ Days Delinquent | 1 - Modification<br>2 - Foreclosure<br>3 - Bankruptcy<br>4 - Extension<br>5 - Note Sale<br>6 - DPO | 7 - REO<br>8 - Resolved<br>9 - Pending Return to Master Servicer<br>10 - Deed In Lieu Of Foreclosure | 11 - Full Payoff<br>12 - Reps and Warranties<br>13 - TBD<br>98 - Other |

B - Late Payment But Less Than 30 Days Delinquent
3 - 90-120 Days Delinquent
** Outstanding P & I Advances include the current period advance.

**EXHIBIT E - 20**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 79 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **1/12/17**
**Record Date:** **12/30/16**

### Specially Serviced Loan Detail - Part 1

| Loan Number | Offering Document Cross-Reference | Servicing Transfer Date | Resolution Strategy Code (1) | Scheduled Balance | Property Type (2) | State | Interest Rate | Actual Balance | Net Operating Income | DSCR Date | DSCR | Note Date | Maturity Date | Remaining Amortization Term |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | 4/15/13 | 3 | 29,928,896.23 | OF | WA | 5.450% | 30,556,353.60 | 3,826,618.00 | 2/28/05 | 1.30 | 11/1/04 | 10/17/17 | 212 |
| 30251808 | 84 | 1/23/12 | 7 | 3,683,767.48 | RT | IN | 5.541% | 4,030,014.81 | 170,722.36 | 8/31/16 | 0.55 | 4/1/05 | 3/1/15 | 220 |

| **(1) Resolution Strategy Code** | | |
|---|---|---|
| 1 - Modification | 7 - REO | 11 - Full Payoff |
| 2 - Foreclosure | 8 - Resolved | 12 - Reps and Warranties |
| 3 - Bankruptcy | 9 - Pending Return | 13 - TBD |
| 4 - Extension | to Master Servicer | 98 - Other |
| 5 - Note Sale | 10 - Deed in Lieu Of | |
| 6 - DPO | Foreclosure | |

| **(2) Property Type Code** | | |
|---|---|---|
| MF - Multi-Family | SS - Self Storage |
| RT - Retail | 98 - Other |
| HC - Health Care | SE - Securities |
| IN - Industrial | CH - Cooperative Housing |
| MH - Mobile Home Park | WH - Warehouse |
| OF - Office | ZZ - Missing Information |
| MU - Mixed Use | SF - Single Family |
| LO - Lodging | |

**EXHIBIT E - 21**

Copyright 2017, Wells Fargo Bank, N.A.



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

### Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Specially Serviced Loan Detail - Part 2

| Loan Number | Offering Document Cross-Reference | Resolution Strategy Code (1) | Site Inspection Date | Phase 1 Date | Appraisal Date | Appraisal Value | Other REO Property Revenue | Comments from Special Servicer |
|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | 3 | | | | 39,175,000.00 | | Please refer to Servicer Reports for comments as they are too lengthy to include for this cycle. |
| 30251808 | 84 | 7 | | | 6/2/16 | 4,100,000.00 | | 1/6/2017:  The Loan transferred to Special Servicing on 01/23/2012 due to imminent default. The Borrower sent a notice stating that they could no longer support the debt due to Walgreens vacating its space.   A receiver was appointed on 10/04/2013.  Since e appointment the receiver has secured Dollar Tree, Vacuum Center of Indiana, O'Reilly's Irish pub, and Deering Cleaners as tenants.  The existing tenants have also been renewed and any delinquent tenants have been brought current.  The Special Servicer b rought the property to market for sale on 9/1/2016 with a call for offers date of 10/13/2016.  Midland is negotiating with a contract with a potential buyer.  The Loan is currently due for the 4/1/2013 payment.  The subject property is a single story 36,9 40sf retail center located in Indianapolis, Indiana.  The property was inspected on 02/25/2016 and was found to be in overall good condition. |

<u>(1) Resolution Strategy Code</u>

| | | | | | |
|---|---|---|---|---|---|
| 1 | - | Modification | 7 - REO | 11 - | Full Payoff |
| 2 | - | Foreclosure | 8 - Resolved | 12 - | Reps and Warranties |
| 3 | - | Bankruptcy | 9 - Pending Return | 13 - | TBD |
| 4 | - | Extension | to Master Servicer | 98 - | Other |
| 5 | - | Note Sale | 10 - Deed in Lieu Of | | |
| 6 | - | DPO | Foreclosure | | |

**EXHIBIT E - 22**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 81 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30251331 | 3 | 92,000,000.00 | 6/5/10 | Please refer to Servicer Reports for modification comments |
| 30251331 | 3 | | 6/8/13 | Please refer to Servicer Reports for modification comments |
| 30251331 | 3 | | 5/8/14 | |
| 30251331 | 3 | | 5/8/14 | |
| 30251858 | 6 | 61,132,526.86 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264030 | 006a | 1,935,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264031 | 006b | 3,420,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264032 | 006c | 4,180,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264033 | 006d | 1,615,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264034 | 006e | 1,923,750.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264035 | 006f | 1,923,750.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |

**EXHIBIT E - 23**

Copyright 2017, Wells Fargo Bank, N.A.



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30264036 | 006g | 4,892,500.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30243254 | 8 | | 11/22/11 | |
| 940951617 | 9 | 35,619,998.12 | 8/26/10 | Please refer to Servicer Reports for modification comments |
| 940951572 | 12 | | 1/15/10 | Please refer to Servicer Reports for modification comments |
| 940951572 | 12 | | 10/1/09 | |
| 940951572 | 12 | | 9/30/12 | Please refer to Servicer Reports for modification comments |
| 30251131 | 17 | | 10/25/13 | |
| 30251820 | 18 | | 7/27/09 | Please refer to Servicer Reports for modification comments |
| 30250874 | 24 | 14,937,504.70 | 5/1/10 | Please refer to Servicer Reports for modification comments |
| 30251817 | 32 | 11,431,567.35 | 10/28/10 | Please refer to Servicer Reports for modification comments |
| 30251817 | 32 | | 5/1/15 | |

**EXHIBIT E - 24**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 83 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30251817 | 32 | | 5/1/15 | |
| 30251070 | 39 | 10,781,888.37 | 1/21/11 | Please refer to Servicer Reports for modification comments |
| 30251070 | 39 | 10,549,493.86 | 6/1/11 | Please refer to Servicer Reports for modification comments |
| 940951448 | 45 | | 3/1/16 | |
| 940951448 | 45 | | 3/1/16 | |
| 30251842 | 52 | 8,530,230.43 | 1/8/11 | |
| 30251835 | 59 | | 9/24/13 | Please refer to Servicer Reports for modification comments |
| 30251835 | 59 | | 9/24/13 | Please refer to Servicer Reports for modification comments |
| 30251848 | 77 | 5,000,948.05 | 7/28/11 | Please refer to Servicer Reports for modification comments |
| 30251848 | 77 | | 6/15/12 | |
| 940950889 | 91 | | 1/3/06 | Please refer to Servicer Reports for modification comments |
| Totals | | 269,874,157.74 | | |

**EXHIBIT E - 25**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 84 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

| | |
|---|---|
| **Payment Date:** | **1/12/17** |
| **Record Date:** | **12/30/16** |

## Historical Liquidated Loan Detail

| Distribution Date | ODCR | Beginning Scheduled Balance | Fees, Advances, and Expenses * | Most Recent Appraised Value or BPO | Gross Sales Proceeds or Other Proceeds | Net Proceeds Received on Liquidation | Net Proceeds Available for Distribution | Realized Loss to Trust | Date of Current Period Adj. to Trust | Current Period Adjustment to Trust | Cumulative Adjustment to Trust | Loss to Loan with Cum Adj. to Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/14 | 3 | 87,740,013.69 | 1,251,715.76 | 124,000,000.00 | 88,093,128.31 | 88,093,128.31 | 86,841,412.55 | 898,601.15 | | 0.00 | 0.00 | 898,601.15 |
| 3/12/10 | 006g | 4,892,500.00 | 786,038.13 | 7,025,000.00 | 5,633,497.38 | 5,633,497.38 | 4,847,459.25 | 45,040.75 | | 0.00 | 0.00 | 45,040.75 |
| 2/12/14 | 9 | 36,240,229.54 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 12/12/13 | 18 | 18,049,789.89 | 2,168,470.41 | 11,500,000.00 | 13,724,359.54 | 13,724,359.54 | 11,555,889.13 | 6,493,900.76 | | 0.00 | 5,688.39 | 6,488,212.37 |
| 12/13/10 | 27 | 12,851,412.29 | 2,442,404.17 | 10,000,000.00 | 9,223,480.78 | 9,223,480.78 | 6,781,076.61 | 6,070,335.68 | | 0.00 | 60,518.10 | 6,009,817.58 |
| 4/12/10 | 28 | 13,843,007.11 | 286,143.41 | 19,500,000.00 | 14,249,213.13 | 13,991,922.62 | 13,705,779.21 | 137,227.90 | | 0.00 | 0.00 | 137,227.90 |
| 8/12/13 | 36 | 11,310,047.07 | 1,175,321.88 | 7,750,000.00 | 8,334,907.91 | 8,334,907.91 | 7,159,586.03 | 4,150,461.04 | | 0.00 | (20,367.58) | 4,170,828.62 |
| 8/13/12 | 48 | 8,356,794.35 | 0.00 | 10,900,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/13/15 | 51 | 7,370,929.24 | 0.00 | 14,600,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 10/12/11 | 54 | 8,115,045.92 | 835,785.36 | 3,618,000.00 | 4,157,822.49 | 4,157,822.49 | 3,322,037.13 | 4,793,008.79 | | 0.00 | 121,145.06 | 4,671,863.73 |
| 1/12/11 | 58 | 7,401,595.22 | 966,890.64 | 4,350,000.00 | 4,924,177.88 | 4,924,177.88 | 3,957,287.24 | 3,444,307.98 | | 0.00 | 39,311.54 | 3,404,996.44 |
| 6/12/15 | 63 | 6,498,483.45 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 64 | 6,561,585.74 | 0.00 | 97,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 10/12/10 | 66 | 6,623,625.68 | 712,929.18 | 1,250,000.00 | 1,124,667.08 | 1,124,667.08 | 411,737.90 | 6,211,887.78 | | 0.00 | (11,277.75) | 6,223,165.53 |
| 3/12/13 | 82 | 3,650,781.97 | 378,184.91 | 1,600,000.00 | 1,600,004.51 | 1,600,004.51 | 1,221,819.60 | 2,428,962.37 | | 0.00 | (28,146.16) | 2,457,108.53 |
| 5/12/10 | 83 | 4,216,472.53 | 469,906.18 | 2,600,000.00 | 2,087,553.28 | 2,087,553.28 | 1,617,647.10 | 2,598,825.43 | | 0.00 | 89,561.70 | 2,509,263.73 |
| 4/14/14 | 88 | 3,662,733.77 | 1,117,384.30 | 1,700,000.00 | 1,699,250.00 | 1,699,250.00 | 581,865.70 | 3,080,868.07 | | 0.00 | 134,409.27 | 2,946,458.80 |
| 11/12/15 | 89 | 3,547,250.81 | 0.00 | 5,750,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 91 | 3,523,795.50 | 403,384.32 | 2,300,000.00 | 2,305,992.73 | 2,305,992.73 | 1,902,608.41 | 1,621,187.09 | | 0.00 | (5,344.00) | 1,626,531.09 |
| 9/12/11 | 97 | 2,853,400.83 | 508,011.67 | 2,300,000.00 | 2,304,338.83 | 2,304,338.83 | 1,796,327.16 | 1,057,073.67 | | 0.00 | (12,963.60) | 1,070,037.27 |
| 11/12/09 | 102 | 2,625,541.99 | 420,155.93 | 710,000.00 | 406,600.00 | 406,600.00 | (13,555.93) | 2,639,097.92 | | 0.00 | 8,618.63 | 2,630,479.29 |
| Current Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| Cumulative Total | | 259,935,036.59 | 13,922,726.25 | 328,953,000.00 | 159,868,993.85 | 159,611,703.34 | 145,688,977.09 | 45,670,786.38 | | 0.00 | 381,153.60 | 45,289,632.78 |

* Fees, Advances and Expenses also include outstanding P & I advances and unpaid fees (servicing, trustee, etc.).

Copyright 2017, Wells Fargo Bank, N.A.

**EXHIBIT E - 26**



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com
**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/14 | 3 | 87,740,013.69 | 898,601.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 898,601.15 | 0.00 | 0.00 |
| 3/12/10 | 006g | 4,892,500.00 | 45,040.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,040.75 | 0.00 | 0.00 |
| 2/25/14 | 9 | 36,240,229.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/12/13 | 18 | 18,049,789.89 | 6,493,900.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,493,900.76 | 0.00 | 0.00 |
| 1/13/14 | 18 | 18,049,789.89 | 6,521,900.76 | 6,493,900.76 | 0.00 | 0.00 | 0.00 | 28,000.00 | 6,521,900.76 | 0.00 | 0.00 |
| 2/12/14 | 18 | 18,049,789.89 | 6,527,862.76 | 6,521,900.76 | 0.00 | 0.00 | 0.00 | 5,962.00 | 6,527,862.76 | 0.00 | 0.00 |
| 8/12/14 | 18 | 18,049,789.89 | 6,488,212.37 | 6,527,862.76 | 0.00 | 0.00 | 0.00 | (39,650.39) | 6,488,212.37 | 0.00 | 0.00 |
| 12/13/10 | 27 | 12,851,412.29 | 6,070,335.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,070,335.68 | 0.00 | 0.00 |
| 1/12/11 | 27 | 12,851,412.29 | 6,070,463.18 | 6,070,335.68 | 0.00 | 0.00 | 0.00 | 127.50 | 6,070,463.18 | 0.00 | 0.00 |
| 3/14/11 | 27 | 12,851,412.29 | 6,071,058.18 | 6,070,463.18 | 0.00 | 0.00 | 0.00 | 595.00 | 6,071,058.18 | 0.00 | 0.00 |
| 7/12/11 | 27 | 12,851,412.29 | 6,071,143.18 | 6,071,058.18 | 0.00 | 0.00 | 0.00 | 85.00 | 6,071,143.18 | 0.00 | 0.00 |
| 10/12/11 | 27 | 12,851,412.29 | 6,071,188.18 | 6,071,143.18 | 0.00 | 0.00 | 0.00 | 45.00 | 6,071,188.18 | 0.00 | 0.00 |
| 12/12/11 | 27 | 12,851,412.29 | 6,071,633.68 | 6,071,188.18 | 0.00 | 0.00 | 0.00 | 445.50 | 6,071,633.68 | 0.00 | 0.00 |
| 9/12/12 | 27 | 12,851,412.29 | 6,009,817.58 | 6,071,633.68 | 0.00 | 0.00 | 0.00 | (61,816.09) | 6,009,817.59 | 0.00 | 0.00 |
| 4/12/10 | 28 | 13,843,007.11 | 137,227.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 137,227.90 | 0.00 | 0.00 |
| 8/12/13 | 36 | 11,310,047.07 | 4,150,461.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,150,461.04 | 0.00 | 0.00 |
| 10/15/13 | 36 | 11,310,047.07 | 4,170,767.95 | 4,150,461.04 | 0.00 | 0.00 | 0.00 | 20,306.91 | 4,170,767.95 | 0.00 | 0.00 |
| 11/12/13 | 36 | 11,310,828.62 | 4,170,828.62 | 4,170,767.95 | 0.00 | 0.00 | 0.00 | 60.67 | 4,170,828.62 | 0.00 | 0.00 |
| 8/27/12 | 48 | 8,356,794.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/27/15 | 51 | 7,370,929.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/11 | 54 | 8,115,045.92 | 4,793,008.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,793,008.79 | 0.00 | 0.00 |
| 11/14/11 | 54 | 8,115,045.92 | 4,795,799.79 | 4,793,008.79 | 0.00 | 0.00 | 0.00 | 2,791.00 | 4,795,799.79 | 0.00 | 0.00 |
| 12/12/11 | 54 | 8,115,045.92 | 4,802,280.79 | 4,795,799.79 | 0.00 | 0.00 | 0.00 | 6,481.00 | 4,802,280.79 | 0.00 | 0.00 |
| 3/12/12 | 54 | 8,115,045.92 | 4,671,732.73 | 4,802,280.79 | 0.00 | 0.00 | 0.00 | (130,548.06) | 4,671,732.73 | 0.00 | 0.00 |
| 7/12/12 | 54 | 8,115,045.92 | 4,671,821.73 | 4,671,732.73 | 0.00 | 0.00 | 0.00 | 89.00 | 4,671,821.73 | 0.00 | 0.00 |
| 9/12/12 | 54 | 8,115,045.92 | 4,671,863.73 | 4,671,821.73 | 0.00 | 0.00 | 0.00 | 42.00 | 4,671,863.73 | 0.00 | 0.00 |
| 1/12/11 | 58 | 7,401,595.22 | 3,444,307.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,444,307.98 | 0.00 | 0.00 |
| 2/14/11 | 58 | 7,401,595.22 | 3,390,834.53 | 3,444,307.98 | 0.00 | 0.00 | 0.00 | (53,473.45) | 3,390,834.53 | 0.00 | 0.00 |
| 4/12/11 | 58 | 7,401,595.22 | 3,418,274.24 | 3,390,834.53 | 0.00 | 0.00 | 0.00 | 27,439.71 | 3,418,274.24 | 0.00 | 0.00 |
| 5/12/11 | 58 | 7,401,595.22 | 3,420,597.10 | 3,418,274.24 | 0.00 | 0.00 | 0.00 | 2,322.86 | 3,420,597.10 | 0.00 | 0.00 |
| 8/12/11 | 58 | 7,401,595.22 | 3,421,038.10 | 3,420,597.10 | 0.00 | 0.00 | 0.00 | 441.00 | 3,421,038.10 | 0.00 | 0.00 |
| 9/12/11 | 58 | 7,401,595.22 | 3,421,063.10 | 3,421,038.10 | 0.00 | 0.00 | 0.00 | 25.00 | 3,421,063.10 | 0.00 | 0.00 |
| 12/12/11 | 58 | 7,401,595.22 | 3,413,339.75 | 3,421,063.10 | 0.00 | 0.00 | 0.00 | (7,723.35) | 3,413,339.75 | 0.00 | 0.00 |
| 1/12/12 | 58 | 7,401,595.22 | 3,395,194.63 | 3,413,339.75 | 0.00 | 0.00 | 0.00 | (18,145.12) | 3,395,194.63 | 0.00 | 0.00 |

**EXHIBIT E - 27**

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 86 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

### Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/12/12 | 58 | 7,401,595.22 | 3,403,390.14 | 3,395,194.63 | 0.00 | 0.00 | 0.00 | 8,195.51 | 3,403,390.14 | 0.00 | 0.00 |
| 6/12/12 | 58 | 7,401,595.22 | 3,404,996.44 | 3,403,390.14 | 0.00 | 0.00 | 0.00 | 1,606.30 | 3,404,996.44 | 0.00 | 0.00 |
| 6/25/15 | 63 | 6,498,483.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/25/12 | 64 | 6,561,585.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/10 | 66 | 6,623,625.68 | 6,211,887.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,211,887.78 | 0.00 | 0.00 |
| 12/13/10 | 66 | 6,623,625.68 | 6,216,447.63 | 6,211,887.78 | 0.00 | 0.00 | 0.00 | 4,559.85 | 6,216,447.63 | 0.00 | 0.00 |
| 1/12/11 | 66 | 6,623,625.68 | 6,216,914.13 | 6,216,447.63 | 0.00 | 0.00 | 0.00 | 466.50 | 6,216,914.13 | 0.00 | 0.00 |
| 3/14/11 | 66 | 6,623,625.68 | 6,223,010.53 | 6,216,914.13 | 0.00 | 0.00 | 0.00 | 6,096.40 | 6,223,010.53 | 0.00 | 0.00 |
| 4/12/11 | 66 | 6,623,625.68 | 6,223,103.53 | 6,223,010.53 | 0.00 | 0.00 | 0.00 | 93.00 | 6,223,103.53 | 0.00 | 0.00 |
| 5/12/11 | 66 | 6,623,625.68 | 6,223,165.53 | 6,223,103.53 | 0.00 | 0.00 | 0.00 | 62.00 | 6,223,165.53 | 0.00 | 0.00 |
| 3/12/13 | 82 | 3,650,781.97 | 2,428,962.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,428,962.37 | 0.00 | 0.00 |
| 6/12/13 | 82 | 3,650,781.97 | 2,450,123.34 | 2,428,962.37 | 0.00 | 0.00 | 0.00 | 21,160.97 | 2,450,123.34 | 0.00 | 0.00 |
| 10/15/13 | 82 | 3,650,781.97 | 2,456,100.53 | 2,450,123.34 | 0.00 | 0.00 | 0.00 | 5,977.19 | 2,456,100.53 | 0.00 | 0.00 |
| 1/13/14 | 82 | 3,650,781.97 | 2,457,108.53 | 2,456,100.53 | 0.00 | 0.00 | 0.00 | 1,008.00 | 2,457,108.53 | 0.00 | 0.00 |
| 5/12/10 | 83 | 4,216,472.53 | 2,598,825.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,598,825.43 | 0.00 | 0.00 |
| 6/14/10 | 83 | 4,216,472.53 | 2,470,150.18 | 2,598,825.43 | 0.00 | 0.00 | 0.00 | (128,675.25) | 2,470,150.18 | 0.00 | 0.00 |
| 7/12/10 | 83 | 4,216,472.53 | 2,483,463.47 | 2,470,150.18 | 0.00 | 0.00 | 0.00 | 13,313.29 | 2,483,463.47 | 0.00 | 0.00 |
| 10/12/10 | 83 | 4,216,472.53 | 2,473,640.90 | 2,483,463.47 | 0.00 | 0.00 | 0.00 | (9,822.57) | 2,473,640.90 | 0.00 | 0.00 |
| 10/12/11 | 83 | 4,216,472.53 | 2,510,581.38 | 2,473,640.90 | 0.00 | 0.00 | 0.00 | 36,940.48 | 2,510,581.38 | 0.00 | 0.00 |
| 12/12/12 | 83 | 4,216,472.53 | 2,509,263.73 | 2,510,581.38 | 0.00 | 0.00 | 0.00 | (1,317.65) | 2,509,263.73 | 0.00 | 0.00 |
| 4/14/14 | 88 | 3,662,733.77 | 3,080,868.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,080,868.07 | 0.00 | 0.00 |
| 5/12/14 | 88 | 3,662,733.77 | 2,932,103.80 | 3,080,868.07 | 0.00 | 0.00 | 0.00 | (148,764.27) | 2,932,103.80 | 0.00 | 0.00 |
| 6/12/14 | 88 | 3,662,733.77 | 2,932,341.30 | 2,932,103.80 | 0.00 | 0.00 | 0.00 | 237.50 | 2,932,341.30 | 0.00 | 0.00 |
| 8/12/14 | 88 | 3,662,733.77 | 2,946,458.80 | 2,932,341.30 | 0.00 | 0.00 | 0.00 | 14,117.50 | 2,946,458.80 | 0.00 | 0.00 |
| 11/25/15 | 89 | 3,547,250.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 91 | 3,523,795.50 | 1,621,187.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,621,187.09 | 0.00 | 0.00 |
| 8/13/12 | 91 | 3,523,795.50 | 1,626,531.09 | 1,621,187.09 | 0.00 | 0.00 | 0.00 | 5,344.00 | 1,626,531.09 | 0.00 | 0.00 |
| 9/12/11 | 97 | 2,853,400.83 | 1,057,073.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,057,073.67 | 0.00 | 0.00 |
| 12/12/11 | 97 | 2,853,400.83 | 1,083,415.96 | 1,057,073.67 | 0.00 | 0.00 | 0.00 | 26,342.29 | 1,083,415.96 | 0.00 | 0.00 |
| 1/12/12 | 97 | 2,853,400.83 | 1,086,894.96 | 1,083,415.96 | 0.00 | 0.00 | 0.00 | 3,479.00 | 1,086,894.96 | 0.00 | 0.00 |
| 9/12/12 | 97 | 2,853,400.83 | 1,073,428.33 | 1,086,894.96 | 0.00 | 0.00 | 0.00 | (13,466.63) | 1,073,428.33 | 0.00 | 0.00 |
| 3/12/13 | 97 | 2,853,400.83 | 1,072,499.56 | 1,073,428.33 | 0.00 | 0.00 | 0.00 | (928.77) | 1,072,499.56 | 0.00 | 0.00 |
| 1/13/14 | 97 | 2,853,400.83 | 1,070,037.27 | 1,072,499.56 | 0.00 | 0.00 | 0.00 | (2,462.29) | 1,070,037.27 | 0.00 | 0.00 |
| 11/12/09 | 102 | 2,625,541.99 | 2,639,097.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,639,097.92 | 0.00 | 0.00 |

**EXHIBIT E - 28**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 87 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/12/10 | 102 | 2,625,541.99 | 2,630,479.29 | 2,639,097.92 | 0.00 | 0.00 | 0.00 | (8,618.63) | 2,630,479.29 | 0.00 | 0.00 |
| Totals | | | | | 0.00 | 0.00 | 0.00 | (381,153.59) | | 0.00 | 0.00 |

**EXHIBIT E - 29**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 88 of 138

Page 29 of 31



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 1/12/17
**Record Date:** 12/30/16

## Interest Shortfall Reconciliation Detail - Part 1

| Offering Document Cross-Reference | Stated Principal Balance at Contribution | Current Ending Scheduled Balance | Special Servicing Fees | | | ASER | (PPIS) Excess | Non-Recoverable (Scheduled Interest) | Interest on Advances | Modified Interest Rate (Reduction) /Excess |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Monthly | Liquidation | Work Out | | | | | |
| 8 | 40,353,238.51 | 29,928,896.23 | 6,462.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 84 | 4,500,000.00 | 3,683,767.48 | 794.76 | 0.00 | 0.00 | 8,427.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | 44,853,238.51 | 33,612,663.71 | 7,256.93 | 0.00 | 0.00 | 8,427.31 | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT E - 30**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 89 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

## Interest Shortfall Reconciliation Detail - Part 2

| Offering Document Cross-Reference | Stated Principal Balance at Contribution | Current Ending Scheduled Balance | Reimb of Advances to the Servicer | | Other (Shortfalls)/ Refunds | Comments |
|---|---|---|---|---|---|---|
| | | | Current Month | Left to Reimburse Master Servicer | | |
| | | | | | | |

There are no Interest Shortfalls for the above columns for this Period.

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals | | | | | | |

| Interest Shortfall Reconciliation Detail Part 2 Total | 0.00 | |
|---|---|---|
| Interest Shortfall Reconciliation Detail Part 1 Total | 15,684.24 | |
| Total Interest Shortfall Allocated to Trust | 15,684.24 | |

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 90 of 138

Return Address: _____

Rainier Foreclosure Services, Inc.
575 S. Michigan Street
Seattle, WA 98108

## DOCUMENT TITLE:

## AMENDED NOTICE OF TRUSTEE'S SALE

## GRANTOR:

## CDC PROPERTIES I LLC, a Delaware limited liability company

## GRANTEE:

## MLMT 2005-MCP1 WASHINGTON OFFICE PROPERTIES, LLC

## REFERENCE DOCUMENTS AND RECORDING NUMBERS:

Deed of Trust Recording Number:      **3677840, 3677841, 3677842, 3677843**
Notice of Trustee's Sale                **4509650**

## LEGAL DESCRIPTION:

PARCEL B OF BOUNDARY LINE ADJUSTMENT NO. SS-BLA-6144 RECORDED UNDER
RECORDING NO. 8709180126, RECORDS OF THURSTON COUNTY, WASHINGTON.
(Tax Parcel No. 8499-00-01200)

the postal addresses of which are more commonly known as:

637 Woodland Square Loop Southeast, Lacey, WA 98503

**EXHIBIT F - 1**

AFTER RECORDING RETURN TO:
Rainier Foreclosure Services, Inc.
c/o Schweet Linde & Coulson, PLLC
575 S. Michigan Street
Seattle, WA 98108

## AMENDED NOTICE OF TRUSTEE'S SALE
## PURSUANT TO THE REVISED CODE OF WASHINGTON
## CHAPTER 61.24, ET.SEQ.

### THIS AMENDED NOTICE OF TRUSTEE'S SALE SETS A NEW TRUSTEE SALE IN ACCORDANCE WITH THE PROVISIONS OF RCW 61.24.130(4)

TO:    CDC Properties I LLC      Seahawks Portfolio LLC
          Hyun J. Um              Olympia Office LLC
          WA Portfolio LLC       Mariners Portfolio LLC

I.

NOTICE IS HEREBY GIVEN that the undersigned Trustee, Rainier Foreclosure Services, Inc., will on **DECEMBER 15, 2017**, at the hour of 9:30 a.m., near the directory in front of the Thurston County Courthouse, 2000 Lakeridge Drive SW, in the City of Olympia, State of Washington, sell at public auction to the highest and best bidder, payable at the time of sale, the following described real property, situated in the County of Thurston, State of Washington, to wit:

PARCEL B OF BOUNDARY LINE ADJUSTMENT NO. SS-BLA-6144 RECORDED UNDER RECORDING NO. 8709180126, RECORDS OF THURSTON COUNTY, WASHINGTON. (Tax Parcel No. 8499-00-01200)

the postal addresses of which are more commonly known as:

637 Woodland Square Loop Southeast, Lacey, WA 98503

which is subject to that certain Deed of Trust dated September 29, 2004, recorded on October 1, 2004, under Auditor's/Recorder's No. 3677840, 3677841, 3677842, 3677843, records of Thurston County, Washington, from CDC Properties I LLC, a Delaware limited liability company, as Grantor, to First American Title Insurance Company, as original Trustee, to secure obligations of CDC Properties I LLC in favor of Merrill Lynch Mortgage Lending, Inc., and its successors and assigns, as original beneficiary. MLMT 2005-MCP1 WASHINGTON OFFICE PROPERTIES, LLC, a Washington limited liability company is the current holder of the obligations secured by the Deed of Trust evidenced by: (1) a Promissory Note A, dated September 29, 2004, from CDC Properties I LLC, as maker, in the original principal amount of $40,700,000.00 ("Note A"); and (2) a Promissory Note B, dated September 29, 2004, from CDC Properties I LLC, as maker, in the original principal amount of $2,557,500.00 ("Note B") MLMT 2005-MCP1 WASHINGTON OFFICE PROPERTIES, LLC, a Washington limited liability company is the current holder of Note A and of Note B.

**EXHIBIT F - 2**

No action commenced by the Beneficiary of the Deed of Trust is now pending to seek satisfaction of the obligation in any Court by reason of the Borrower's or Grantor's default on the obligation secured by the Deed of Trust.

The Default for which this foreclosure is made is as follows: Failure to pay when due the following amounts which are now in arrears:

    a.   Failure to pay the following past due amounts, which are due in full:

## Note A

### Due in Full – Maturity Date: 10-17-17

| | |
|---|---:|
| Principal due 10/17/17 | $30,378,475.89 |
| Interest due | $1,991.257.90 |
| Default Interest | $7,195.530.45 |
| Late Charges | $241,305.75 |
| Special Servicing Fee: | $370,723.86 |
| Protective Advances-Legal | $1,467,034.46 |
| Protective Advance- Inspection | $17.30 |
| Protective Advance-MISC | $10.00 |
| Interest on Advances: | $116,268.37 |
| Bank Account Maintenance Fee | $6,375.00 |
| Debtor in Possession | $14,475.99 |
| Special Servicer Liquidation Fee | $417,824.25 |
| Unapplied | (0.01) |
| Suspense | (189,092.01) |
| **Total Amount Due Note A as of 10-17-17** | **$ 42,010,207.20\*** |

| | |
|---|---:|
| a) Per Diem from 10-17-17 under Note A: | $10,342.29 |

    \*plus all applicable additional advances, loan fees, attorney's fees and costs and trustee's fees and costs incurred by beneficiary to the date of sale, less any funds received

## Note B

**Due in Full – Maturity Date: 10/17/17**

| | |
|---|---|
| Principal | $2,512,727.57 |
| Interest (at 12.75%) | $1,125.754.30 |
| Default Interest (at 4.0%) | $438,952.08 |
| Late Charges | $75,038.94 |
| Accrued P&I Payments from 9-1-2010 – 10-1-2011 | $361,298.34 |
| Special Servicing Fee | $44,020.79 |
| Special Servicer Liquidation Fee | $45,167.71 |
| **Total Amount Due Note B as of 10-17-17** | **$4,602,959.73*** |

| | |
|---|---|
| Per Diem from 10-17-17 under Note B | $1,169.12 |

*plus all applicable additional advances, loan fees, attorney's fees and costs and trustee's fees and costs incurred by beneficiary to the date of sale, less any funds received.

Default other than failure to make payments:

> Not Applicable

### IV.

The sum owing on the obligations secured by the Deed of Trust are: $30,378,475.89, the Principal Balance for Note A; and $2,512,727.57, the Principal Balance for Note B; together with unpaid accrued interest as provided under Note A and Note B or other instrument secured as referenced above; and together with such other costs and fees outlined above as are due under Note A and Note B or other instrument secured and/or are provided by statute.

### V.

The above-described real property will be sold to satisfy the expense of sale and the obligation secured by said Deed of Trust as provided by statute. The sale will be made without warranty, express or implied, regarding title, possession, or encumbrances on DECEMBER 15, 2017. The defaults referred to in Paragraph III must be cured before the sale on DECEMBER 15, 2017 to cause a discontinuance of the sale. The sale will be discontinued and terminated at any time before the sale, by the Borrower, Grantor, Grantor's successor in interest, any Guarantor, or the holder of any recorded junior lien or encumbrance paying the unpaid principal and interest plus costs, fees, and advances referred to in Paragraph III, made pursuant to the terms of the obligation and/or deed of trust, and curing all other defaults.

### VI.

A written Notice of Default was transmitted by the Beneficiary or Trustee to the Borrower or Grantor at the following addresses:

| | | |
|---|---|---|
| CDC Properties, LLC<br>c/o Prium Development LLC | At: | 8 Tacoma Avenue<br>Tacoma, WA 98403 |

**EXHIBIT F - 4**

| | | |
|---|---|---|
| Hyun J. Um<br>Jane Doe Um | At: | 3906 51st Avenue Ct. NW<br>Gig Harbor, WA 98335 |
| CDC Properties I, LLC<br>c/o KTC Service Corporation<br>Registered Agent | At: | 701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 |
| CDC Properties I, LLC c/o<br>CDC Acquisition Company, LLC<br>Member | At: | 701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 |
| CDC Acquisition Company, I, LLC<br>c/o KTC Service Corporation | At: | 701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 |
| CDC Acquisition Company I, LLC<br>c/o Prium Companies, LLC Member<br>c/o Karr Tuttle Campbell | At: | 701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 |
| Hyun J. Um<br>Jane Doe Um | At: | 6416 Pacific Highway E.<br>Fife, WA 98424 |
| Eric Orse, Trustee<br>c/o Karr Tuttle Campbell | At: | 701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 |
| Prium Companies, LLC<br>c/o Karr Tuttle Campbell | At: | 701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104 |

by both first class and certified mail on March 11, 2016, proof of which is in the possession of the Trustee; and the Borrower and Grantor were personally served on March 15, 2016, with said written Notice of Default or the Notice of Default was posted in a conspicuous place on the real property described in paragraph I above, and the Trustee has in his possession proof of such service or posting.

VII.

The Trustee whose name and address is set forth below will provide in writing to anyone requesting it, a statement of all costs and fees due at any time prior to the sale.

VIII.

The effect of the sale will be to deprive the Grantor and all those who hold by, through or under the Grantor of all their interest in the above-described property.

IX.

Anyone having any objections to this sale on any grounds whatsoever will be afforded an opportunity to be heard as to those objections, if they bring a lawsuit to restrain the sale, pursuant to R.C.W. 61.24.130. Failure to bring such a lawsuit may result in a waiver of any proper grounds for invalidating the Trustee's Sale.

X.

NOTICE TO GUARANTORS:

Any guarantor of the obligation secured by the deed of trust may be liable for a deficiency judgment to the extent the sale price obtained at the trustee's sale is less than the debt secured by the deed of trust. All guarantors have the same rights to reinstate the debt, cure the default or repay the debt as is given to the Grantor and Borrower in order to avoid the trustee's sale. Any guarantor will have no right to redeem the property after the trustee's sale. Subject to such longer periods as are provided in the Washington deed of trust act, Chapter 61.24 RCW, any action brought to enforce a guaranty must be commenced within one year after the trustee's sale, or the last trustee's sale under any deed of trust granted to secure the same debt. In any action for a deficiency, a guarantor will have the right to establish the fair value of the property as of the date of the trustee's sale, less prior liens and encumbrances, and to limit the guarantor's liability for a deficiency to the difference between the debt and the greater of such fair value or the sale price paid at the trustee's sale, plus interests and costs.

DATED   November 9, 2017.

RAINIER FORECLOSURE SERVICES, INC.,
Successor Trustee

By:_____
THOMAS S. LINDE, Vice President
Rainier Foreclosure Services, Inc. c/o
SCHWEET LINDE & COULSON, PLLC
575 S. Michigan Street
Seattle, WA 98108

(206) 275-1010

EXHIBIT F - 6



Date:     September 13, 2017

To:     David Bornheimer, Senior Vice President, Midland Loan Services as servicer for Plaintiff, Wells Fargo Bank N.A. as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2005-MCP1 Commercial Pass-Through Certificates, Series 2005-MCP1 Plaintiff, U.S. Bank, N.A., as Successor-Trustee to LaSalle Bank National Association, as Trustee for the benefit of the Certificate Holders of Commercial Mortgage Pass-Through Certificates, Series MCCMT 2004-C2 D
Defendant, CDC Properties I, LLC
And Interested Parties

From:     Edward Velton, Receiver, JSH Properties, Inc.

Re:     CDC Properties I, LLC, Cause No. 16-2-10797-4-KNT
**Receiver's Monthly Report:  August 2017**

Procedural Background:

On May 19, 2016, pursuant to the request by Wells Fargo Bank N.A., as Trustee for the Registered Holders of Merrill Lynch Mortgage Trust 2005-MCP1 Commercial Pass-Through Certificates, Series 2005-MCP1 ("Wells Fargo") and U.S. Bank, N.A., as Successor-Trustee to LaSalle Bank National Association as Trustee for the Benefit of the Certificate Holders of Commercial Mortgage Pass-Through Certificates, Series MCCMT 2004-C2 ("U.S. Bank" and collectively with Wells Fargo, "Plaintiffs"), this Court entered an Order Appointing Custodial Receiver (Order), under which JSH Properties, Inc. (Receiver) was appointed custodial receiver to take charge of the assets relating to the properties:

- o  1620 South Pioneer Way, Moses Lake, Washington 98837
- o  805 S. Mission Street, Wenatchee, Washington 98801
- o  629 Woodland Square Loop SE, Lacey, Washington 98503
- o  637 Woodland Square Loop SE, Lacey, Washington 98503
- o  640 Woodland Square Loop SE, Lacey, Washington 98503
- o  645 Woodland Square Loop SE, Lacey, Washington 98503
- o  4565 7th Avenue South, Lacey, Washington 98503
- o  5000 Capitol Boulevard, Tumwater, Washington 98502
- o  8830 25th Avenue SW, Seattle, Washington 98106

Receivership commenced on May 19, 2016.  In accordance with Paragraph 3.4.2 of Order, Receiver submits the following report for August 2017.

EXHIBIT G - 1

Receivership Property:

The Properties over which Receiver has been appointed are as follows:

- o 1620 South Pioneer Way, Moses Lake, Washington 98837
  Type:      Office
  Tenant:    Vacant
  Occupied:  0%

- o 805 S. Mission Street, Wenatchee, Washington 98801
  Type:      Office
  Tenant:    1 Tenant (State of Washington, Department of Social Health Services)
  Occupied:  100%

- o 629 Woodland Square Loop SE, Lacey, Washington 98503
  Type:      Office
  Tenant:    Vacant
  Occupied:  0%

- o 637 Woodland Square Loop SE, Lacey, Washington 98503
  Type:      Office
  Tenant:    1 Tenant (State of Washington, Department of Corrections)
  Occupied:  100%

- o 640 Woodland Square Loop SE, Lacey, Washington 98503
  Type:      Office
  Tenant:    1 Tenant (State of Washington, Employment Security Department)
  Occupied:  82.89%

- o 645 Woodland Square Loop SE, Lacey, Washington 98503
  Type:      Office
  Tenant:    1 Tenant (State of Washington, Department of Licensing)
  Occupied:  100%

- o 4565 7th Avenue South, Lacey, Washington 98503
  Type:      Office
  Tenant:    3 Tenant (State of Washington, Gambling Commission, Department of Social Health Services, and Department of Services for the Blind
  Occupied:  87.6%

- o 5000 Capitol Boulevard, Tumwater, Washington 98502
  Type:      Office
  Tenant:    1 Tenant (State of Washington, Office of the Insurance Commissioner)
  Occupied:  100%

- o 8830 25th Avenue SW, Seattle, Washington 98106
  Type:      Office
  Tenant:    1 Tenant (State of Washington, Department of Licensing)
  Occupied:  100%

EXHIBIT G - 2

<u>Status of Receivership</u>:

1. <u>Bond</u>:  Upon appointment Pursuant to Paragraph 3.2 of Order, Receiver posted a bond with Farmers Insurance Group in the amount of $10,000, Bond No. #LSM0785717, issued by RLI Insurance Company.

2. <u>Bank Account</u>:  Pursuant to Paragraph 3.4.1 of Order, Receiver established a bank account, at Umpqua Bank, Bellevue, WA branch (#XXXXXX4077).  As of August 31, 2017, the bank account balance was $1,032,695.37.

| **Aug-17** | Debit | Credit | TOTAL |
|---|---|---|---|
| Deposits: | | | |
| - Deposit from Tenants | $370,869.62 | | |
| - Owner Contribution | $              - | | |
| TOTAL Deposits | $370,869.62 | | $ 370,869.62 |
| | | | |
| Withdrawals: | | | |
| - Receiver Fee | | $              - | |
| - Operating Expenses | | $    86,476.93 | |
| - Utilities | | $    22,914.89 | |
| - Other Expenses | | $              - | |
| - Gen & Admin | | $      5,685.11 | |
| TOTAL Withdrawals | | $  115,076.93 | $ 115,076.93 |
| | | | |
| NET INCOME | | | $ 255,792.69 |
| | | | |
| ADJUSTMENTS | | | |
| - Construction in Progress | | $              - | |
| - Building Improvements | | $              - | |
| - Tenant Improvements | | $              - | |
| - Leasing Commissions | | $              - | |
| - Retainage Payable | | $              - | |
| - Owner Contributions | | $              - | |
| - Electric Reimb | | $              - | |
| TOTAL Adjustments | | | $              - |
| | | | |
| MONTHLY CASH FLOW | Aug-17 | | $ 255,792.69 |
| | | | |
| BEGINNING CASH BALANCE | | | $ 776,902.68 |
| ENDING CASH BALANCE | | | $1,032,695.37 |

3. <u>Receiver's Counsel</u>:  Pursuant to Paragraph 3.3.5 of Order, Receiver hired counsel to assist Receiver in this matter.  Receiver's counsel is Charles E. Shigley of Alston Courtnage and Bassetti LLP, located at 1420 – 5th Avenue, Suite 3650, Seattle, WA 98101.

EXHIBIT G - 3

4. <u>Appointment of Jennifer Bell as Property Manager</u>: To assist Receiver, Jennifer Bell has been appointed as the senior property manager (PM) for the portfolio. Jennifer has over twenty years of experience in commercial property management.

5. <u>Operations and Maintenance</u>
   Site inspections of properties revealed numerous deferred maintenance items. The comprehensive list of deferred maintenance items are located in the 2016 operating budget, the 2017 operating budget and the 2017 re-forecasted budget.

   The following maintenance items have been completed in the month of August:

   o **805 S. Mission Street, Wenatchee, Washington 98801**
   - <u>HVAC R&M</u> – MacDonald Miller replaced sheaves and contactors on A/C 1-5. Completed several temperature adjustments to resolve tenant comfort complaints.
   - <u>Plumbing R&M</u> – Allied Plumbing unplugged a sink in the men's restroom sink and installed a Pop-Up drain.
   - <u>Landscape R&M</u> – Met with Tiara's landscaping on-site to review landscaping and necessary irrigation system repairs.
   - <u>Lighting R&M</u> – Completed routine exterior and interior lighting inspections. Found one canopy recessed light out. Obtained a proposal to retrofit all entrance and storefront lights with LED's. Replaced and removed bulbs per tenant request in Children's DSHS area.
   - <u>Other</u> – Performed interior and exterior site inspection, along with taking photos for proposed Tenant Improvement job.

   o **1620 Pioneer Way, Moses Lake, Washington 98837**
   - <u>HVAC R&M</u> – Re-installed restroom exhaust fan cover.
   - <u>Roof R&M</u> – Performed monthly preventative maintenance roof cleaning and walk.
   - <u>Fire & Life Safety</u> – Reviewed the fire panel to insure that there were no troubles, supervisory's or alarms on the panel.
   - <u>HVAC R&M</u> – Double checked the thermostats to make sure that they were functioning properly and that all thermostats were operating at the optimum temperature. The thermostat in the data room was adjusted back to the correct setting.
   - <u>Lighting R&M</u> – Completed routine exterior and interior lighting inspections.
   - <u>Other</u> – Performed interior and exterior site inspection.

   o **629 Woodland Square Loop SE, Lacey, Washington 98503**
   - <u>Grounds Maintenance</u> – Picked-up trash around the building and the site
   - <u>Lighting R&M</u> – Completed routine exterior and interior lighting inspections.
   - <u>Roof R&M</u> – Performed monthly preventative maintenance roof cleaning and walk.
   - <u>Fire Life & Safety</u> – Ben's EverReady performed annual fire extinguisher testing.
   - <u>Other</u> - Summary of Mechanical/HVAC/Electrical Systems; HVAC Maintenance Records. HVAC equipment lists, inspection sheets were compiled and provided.

   o **637 Woodland Square Loop SE, Lacey, Washington 98503**
   - <u>Roof R&M</u> – Completed monthly preventative maintenance roof cleaning and walk.
   - <u>HVAC R&M</u> – Adjusted temperatures to resolve tenant comfort complaints. Cleaned all condensers on associated rooftop equipment due to extreme record heat temperatures. Amended the HVAC weekly schedule for tenant weekend work.
   - <u>Plumbing R&M</u> – Investigated putrid smell complaint in the 2nd floor kitchen sink. Found that an employee had poured rotten contents of a drink into the sink drain. Bleached the sink drain to clean/clear odors. Replaced and insta-hot in the 2nd floor kitchen.
   - <u>Fire Life & Safety</u> – Ben's EverReady performed annual fire extinguisher test.

EXHIBIT G - 4

- <u>Lighting R&M</u> – Completed routine exterior and interior lighting inspections. Replaced lights in the 1st floor common area hallway and kitchen.
- <u>Grounds Maintenance</u> – Picked-up trash around the building and the site.
- <u>Parking Lot R&M</u> – Pressure washed the sidewalk and curbs around the building.
- <u>Other</u> - Summary of Mechanical/HVAC/Electrical Systems; HVAC Maintenance Records. HVAC equipment lists, inspection sheets were compiled and provided.

- o **640 Woodland Square Loop SE, Lacey, Washington 98503 (640/4565 have a shared HVAC plant)**
  - <u>HVAC R&M</u> – Adjusted temperatures to resolve tenant comfort complaints. Replaced a 24-volt transformer associated with the control circuit for HP 3-10. Adjusted airflow and redirected vents and dampers to the 2nd floor Workforce Information and Technology Services department. It was discovered that control card RSC1-15 had a bad output. The output was disconnected and a replacement part is being located. First floor common area lobby HP 1-15 malfunctioned. `. Reset the heat pump and the controller. Obtained PVC connections to replace HP 2-4. Back-flushed HP 1-15, 3-8 and 3-10. In the Marvin Gardens conference room the HVAC system was making a rattling noise. Found hangers to the ventilation ducting were loose. Tightened the fasteners on hangers which eliminated noise.
  - <u>HVAC Central Plant</u> – Daily engineering rounds on HVAC (pumps, boilers and heating /cooling system) equipment. Changed out the chemicals that are associated with the water treatment system. Cleaned the central plant, along with removing miscellaneous debris and failed parts. Performed annual open, inspect, and fireside cleaning on boiler associated with the hydronic closed loop system. Experienced a communication loss on the central plant control system. Enertec/BAS dial in remotely and assessed and cleared communication errors.
  - <u>Electrical R&M</u>- Repaired the timeclock for the exterior lights which is located at 640 central plant. Replaced all batteries to paper towel dispensers in men's and women's restroom. Replaced light switch in fourth floor States Avenue conference room. Replaced batteries in the 4th floor emergency egress lights.
  - <u>Lighting R&M</u> – Completed routine exterior and interior lighting inspections.
  - <u>Interior R&M</u> – Completed routine ceiling tile inspections/replacement. Employee's eastside access door was still sticking. Re-adjusted the door latching receiver to prevent any pre-load on the locking mechanism as door heats up with the morning sun exposure. The lock on room 3-19 failed. Disassembled, lubricated, reassembled and repaired the locking mechanism. Re-installed a soap dispenser in the second floor women's restroom. Repaired second floor UTAB area window blind. The blind was not closing all the way. Disassembled and lubricated the fourth floor common area access door hardware.
  - <u>Grounds Maintenance</u> – Cleaned-up transient trash around the bike locker area.
  - <u>Plumbing R&M</u> – Re-built a flushometer in the first floor (stall one) women's restroom.
  - <u>Roof R&M</u> – Completed monthly preventative maintenance roof cleaning and walk.
  - <u>Grounds Maintenance</u> – Picked-up trash around the building and the site.
  - <u>Fire Life & Safety</u> – Ben's EverReady performed annual fire extinguisher testing.
  - <u>Parking Lot R&M</u> – Pressure washed the sidewalks and the curbing around the building.
  - <u>Other</u> - Summary of Mechanical/HVAC/Electrical Systems; HVAC Maintenance Records. HVAC equipment lists, inspection sheets were compiled and provided.

- o **645 Woodland Square Loop SE, Lacey, Washington 98503**
  - <u>Lighting R&M</u> –Completed routine exterior and interior lighting inspections.
  - <u>Interior R&M</u> – Approved a quote for the replacement of the main storefront doors. The doors are on order and will be installed on September 11th. Glued and re-attached the carpet transition strip to prevent a trip hazard.
  - <u>Roof R&M</u> – Completed monthly preventative maintenance roof cleaning and walk.
  - <u>Grounds Maintenance</u> – Picked-up trash around the building and the site.

EXHIBIT G - 5

- <u>HVAC R&M</u> – Cleaned all condensers on associated rooftop equipment due to extreme record heat temperatures.
- <u>Plumbing R&M</u> – Repaired a toilet flushing handle in the men's restroom.
- <u>Fire Life & Safety</u> – Ben's EverReady performed annual fire extinguisher testing.
- <u>Parking Lot R&M</u> – Pressure washed the sidewalks and the curbing around the building.
- <u>Other</u> - Summary of Mechanical/HVAC/Electrical Systems; HVAC Maintenance Records. HVAC equipment lists, inspection sheets were compiled and provided.

o **4565 7th Avenue SE, Lacey, Washington 98503 (640/4565 have a shared HVAC plant)**
- <u>HVAC R&M</u> – Completed temperature adjustments to resolve tenant comfort complaints. HP 2-21 has an unrepairable refrigerant leak. Ordered new HP and removed HP 2-21. Vacuumed out condensate systems lines (1st floor DVR janitors' closet).
- <u>HVAC Central Plant</u> – Daily engineering rounds on HVAC (pumps, boilers and heating /cooling system) equipment. Changed out the chemicals that are associated with the water treatment system. Cleaned the central plant, along with removing miscellaneous debris and failed parts. Performed annual open, inspect, and fireside cleaning on boiler associated with the hydronic closed loop system. Experienced a communication loss on the central plant control system. Erertec/BAS dial in remotely and assessed and cleared communication errors.
- <u>Fire Life & Safety</u> – Ben's EverReady performed annual fire extinguisher testing.
- <u>Lighting R &M</u> - Completed routine exterior and interior lighting inspections. Changed out burnt out lamps in the 4th floor Admin area. Replaced burnt out bulbs in the second floor men's restroom.
- <u>Electrical R&M</u>- Changed a failed ballast in the 4th floor Admin area. Replaced all batteries to the paper towel dispensers and automatic flushers in men's and women's restrooms.
- <u>Interior R&M</u> - Completed routine ceiling tile inspections/replacement. Removed a white board from DVR Commissioner's office and installed a new white board. Relocated two existing white boards from North lobby area to South lobby hallway. Escorted CIR Roofing in order to make repairs to the roofing membrane around the roof drains. Re-attached loose wires in the electronic door closure in second floor women's restroom door. Escorted a vendor to route a new network wire to the roof for DVR's future reconfiguration. Repaired the third stall door latch in the first floor women's restroom. Replaced a broken toilet paper holder in the second floor women's restroom stall.
- <u>Roof R&M</u> – Completed monthly preventative maintenance roof cleaning and walk.
- <u>Grounds Maintenance</u> – Picked-up trash around the building and the site.
- <u>Plumbing R&M</u> – Unplugged a toilet in the first floor men's restroom.
- <u>Parking Lot R&M</u> – Pressure washed the sidewalks and the curbing around the building.
- <u>Other</u> - Summary of Mechanical/HVAC/Electrical Systems; HVAC Maintenance Records. HVAC equipment lists, inspection sheets were compiled and provided.

o **5000 Capitol Boulevard, Tumwater, Washington 98502**
- <u>HVAC R&M</u> – Completed temperature adjustments to resolve tenant comfort complaints.
- <u>Lighting R&M</u> – Completed routine exterior and interior lighting inspections.
- <u>Interior R&M</u> – Completed routine ceiling tile inspections/replacement.
- <u>Roof R&M</u> – Completed monthly preventative maintenance roof cleaning and walk.
- <u>Plumbing R&M</u> – Re-built the mixing valve cartridge in the first floor women's restroom middle faucet.
- <u>Grounds Maintenance</u> – Picked-up trash around the building and the site.
- <u>Fire Life & Safety</u> – Ran the fire panel for the tenant's annual fire drill.
- <u>Parking Lot R&M</u> – Pressure washed the sidewalks and the curbing around the building.
- <u>Other</u> - Summary of Mechanical/HVAC/Electrical Systems; HVAC Maintenance Records. HVAC equipment lists, inspection sheets were compiled and provided.

- o **8830 25th Avenue SW, Seattle, Washington 98106**
  - - <u>Roof R&M</u> – Completed monthly preventative maintenance roof cleaning and walk.
  - - <u>Lighting R&M</u> – Completed routine exterior and interior lighting inspections/replacement.
  - - <u>Grounds Maintenance</u> – Picked-up trash around the building and the site.
  - - <u>Interior R&M</u> – Completed routine ceiling tile inspections/replacement. Installed two blinds per tenant's request.
  - - <u>Other</u> - Summary of Mechanical/HVAC/Electrical Systems; HVAC Maintenance Records.  HVAC equipment lists, inspection sheets were compiled and provided.

6. <u>Site Visits</u>:
   Property management site visits to the properties are as follows:
   - o 8830 25th Avenue SW, Seattle, WA – 8/1, 8/8 and 8/28
   - o Lacey and Tumwater Properties – 8/10, 8/18 and 8/24
   - o 1620 Pioneer Way – 8/20
   - o 805 South Mission Street – 8/21

7. <u>Management of Property</u>:
   Pursuant to Paragraph 3.3.4 of Order, on June 3, 2016, Receiver/PM submitted a 30-day draft budget to Midland Loan Services, a PNC Real Estate business.  A draft operating budget for the period of July 2016 through December 2016 was submitted to Midland Services on August 16th and a revised July 2016 through December 2016 operating budget was sent to Midland services on August 31st.

8. <u>Marketing/Leasing of Property</u>:
   Pursuant to Paragraph 3.4.4 of Order, Receiver is authorized to market the Property to obtain   new tenants for current vacant space(s) and discuss renewal options.

   - o **1620 Pioneer Way, Moses Lake, Washington 98837**
     <u>Vacant</u> – No discussions at this point.  We understand the property is contracted for sale with the Moses Lake School District pending approval by the Bankruptcy court.

   - o **629 Woodland Square Loop, Lacey, Washington 98503**
     <u>Vacant</u> – The building has been stabilized with temporary measures.  The stakeholders are not willing to invest significant funds in the building without substantial leasing in hand.

   - o **637 Woodland Square Loop, Lacey, Washington, 98503**
     We had initial discussions with the DES agent in charge of the Department of Corrections (DOC) lease renewal in August 2017.  The DES group is working to define the DOC's wants/needs.  The DES agent stated that he thought they wanted to extend, however, there is a rumor that the state wants to consolidate the DOC from this location and other locations to a newer building.  We are awaiting feedback from the DES.

   - o **640 Woodland Square Loop, Lacey, Washington 98503**
     <u>Employment Security Department</u> – The lease was signed, Landlord work has been completed.  The tenant is performing work at their leisure and has yet to draw their entire TI allowance.  We don't have a schedule from the tenant for timing of their remaining work and TI draws.  The tenant has drawn $205,874.21 of their total $360,000.00 TI allowance.  The tenant is in place and is paying rent in accordance with their lease amendment.  We may relocate Washington State Services for the Blind headquarters from 4565 7th Avenue SE to an area on the first floor of this building as part of the 4565 restack.  We have a prospective tenant for the smaller, 2,743 sf space and are in discussions.

- **645 Woodland Square Loop, Lacey, Washington 98503**
  <u>Department of Licensing</u> – Tenant would like to relocate to the Hawks Prairie neighborhood of Lacey in the near future. Tenant has proposed a five (5) year extension with a right to terminate at the end of year two (2) to give them the flexibility to relocate when they find new space. We are in negotiations with no consensus at this point.

- **4565 7th Avenue, Lacey, Washington 98503**
  <u>Gambling Commission</u> – Tenant has indicated now that they will stay if we can relocate them within the building and give them the first (1st ) floor.

  All three tenants (Gambling Commission, DSHS-DVAR, Department of Services of the Blind) have been working with the DES architect to develop a stacking plan and a buildout plan that works for them all. We are close to finalizing a working draft stacking plan and bid specs (expected by 9/18) that will leave about 9,000 square feet available on the second floor or would move the Services for the Blind Headquarters office to the 640 building and leave the entire 2nd floor available. We will price the requested work and proceed to lease negotiations.

  Prospects: We toured two (2) prospective new tenants through the 2nd floor of this building in July. One was a private data company that would have taken a full floor. They passed because they want a higher profile building. The second prospect is a Thurston County agency that wants approximately 6,000 square feet. We countered the Tenant's LOI by proposing a seven (7) year lease at $19.50/sf with the tenant having the right to terminate their lease at year two (2) by paying all unamortized landlord work and leasing commissions. They selected a location across the street.

- **5000 Capitol Boulevard, Tumwater, Washington 98502**
  <u>Office of the Insurance Commissioner</u> – The Lease renewal was signed in 2016 and Landlord work is completed.

- **8830 25th Avenue SW, Seattle, Washington 98106**
  <u>Department of Licensing</u> – The Lease renewal was signed in 2016 and Landlord work is completed.

- **805 S. Mission St., Wenatchee 98801**
  <u>Department of Social and Health Services (DSHS)</u> – We have negotiated a ten (10) year lease renewal which has been forwarded to the stakeholders for review and approval. The DES has pressed us repeatedly regarding the status of this lease renewal over the last four (4) weeks. Stakeholders directed the receiver to propose the 10 year extension with a $3/sf TI allowance and no "Deferred maintenance work". Tenant replied that the currently proposed lease renewal terms are the only ones they will accept and if the Landlord fails to accept them in the near future Tenant will issue an RFP for a new location. In the receiver's opinion, it would be a serious blunder to allow negotiations to deteriorate to the point that the state issues an RFP.

Dated this 13th, day of September 2017

JSH | PROPERTIES, INC.

By:

_____
Edward Velton, Receiver

Encl: As stated

EXHIBIT G - 8



October 20th, 2016

Mr. Scott Switzer of
Seahawks Portfolio LLC, Mariners Portfolio LLC, WA Portfolio LLC, and Olympia Office LLC
10900 4th Ave., Suite 2300
Bellevue, WA 98004

Re:     CDC I Portfolio Appraisal

Dear Mr. Switzer:

As requested, we are in the process of appraising the CDC I Properties portfolio, consisting of the following nine (9) properties:

- 1620 South Pioneer Way, Moses Lake, Washington 98837
- 805 S. Mission Street, Wenatchee, Washington 98801
- 629 Woodland Square Loop SE, Lacey, Washington 98503
- 637 Woodland Square Loop SE, Lacey, Washington 98503
- 640 Woodland Square Loop SE, Lacey, Washington 98503
- 645 Woodland Square Loop SE, Lacey, Washington 98503
- 4565 7th Avenue South, Lacey, Washington 98503
- 5000 Capitol Boulevard, Tumwater, Washington 98502
- 8830 25th Avenue SW, Seattle, Washington 98106

In the forthcoming appraisals, the total market value of the portfolio will be estimated at $43,150,000, with an effective appraisal date of January 1st, 2017. This value will be based on the extraordinary assumption that the remaining property improvements and leasing commissions will be completed and paid in full by the end of 2016, as indicated by the receiver.

These appraisal reports are prepared in conformance with the current Uniform Standards of Professional Appraisal Practice (USPAP). In addition, our services comply with and are subject to the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute and the Financial Institutions Reform Recovery and Enforcement Act of 1989 (FIRREA). They are intended for purposes related to negotiating and restructuring mortgage loans related to the properties, to be used by the client (Seahawks Portfolio LLC, Mariners Portfolio LLC, WA Portfolio LLC, and Olympia Office LLC).



Respectfully submitted,

David Chudzik, Ph.D., MAI
State-certified General Real Estate
Appraiser #1102099

Crosby Nordblom
State-Registered Real Estate Trainee
Appraiser #1001854



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:**    **11/13/17**
**Record Date:**    **10/31/17**

---

## DISTRIBUTION DATE STATEMENT

### Table of Contents

| STATEMENT SECTIONS | PAGE(s) |
|---|---|
| Certificate Distribution Detail | 2 |
| Certificate Factor Detail | 3 |
| Reconciliation Detail | 4 |
| Other Required Information | 5 |
| Cash Reconciliation | 6 |
| Ratings Detail | 7 |
| Current Mortgage Loan and Property Stratification Tables | 8 - 16 |
| Mortgage Loan Detail | 17 |
| Principal Prepayment Detail | 18 |
| Historical Detail | 19 |
| Delinquency Loan Detail | 20 |
| Specially Serviced Loan Detail | 21 - 22 |
| Modified Loan Detail | 23 - 25 |
| Historical Liquidated Loan Detail | 26 |
| Historical Bond/Collateral Loss Reconciliation Detail | 27 - 29 |
| Interest Shortfall Reconciliation Detail | 30 - 31 |

| Depositor | Master Servicer | Special Servicer |
|---|---|---|
| Merrill Lynch Mortgage Investors Inc.<br>One Bryant Park<br>New York, NY 10036<br><br><br>Contact:    Quentin M. Fogan<br>Phone Number: | Midland Loan Services<br>A Division of PNC Bank, N.A.<br>10851 Mastin Street, Building 82<br>Overland Park, KS 66210<br><br>Contact:    Heather Wagner<br>Phone Number:    (913) 253-9570 | Midland Loan Services<br>A Division of PNC Bank, N.A.<br>10851 Mastin Street, Building 82<br>Overland park, KS 66210<br><br>Contact:    Marta Howell<br>Phone Number:    (913) 253-9621 |

This report is compiled by Wells Fargo Bank, N.A. from information provided by third parties. Wells Fargo Bank, N.A. has not independently confirmed the accuracy of the information.

**EXHIBIT I - 1**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 107 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Certificate Distribution Detail

| Class | CUSIP | Pass-Through Rate | Original Balance | Beginning Balance | Principal Distribution | Interest Distribution | Prepayment Penalties | Realized Loss / Additional Trust Fund Expenses | Total Distribution | Ending Balance | Current Subordination Level (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 59022HHE5 | 4.218000% | 67,693,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-2 | 59022HHF2 | 4.556000% | 346,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-3 | 59022HHG0 | 4.674000% | 47,661,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-SB | 59022HHH8 | 4.674000% | 100,000,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-4 | 59022HHJ4 | 4.747000% | 526,039,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-1-A | 59022HHK1 | 4.735000% | 128,700,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-M | 59022HHL9 | 4.805000% | 173,800,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| A-J | 59022HHM7 | 4.845000% | 115,142,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| B | 59022HHN5 | 4.934000% | 36,932,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| C | 59022HHP0 | 4.953000% | 15,208,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| D | 59022HHQ8 | 5.023000% | 32,587,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| E | 59022HHS4 | 5.131000% | 19,553,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| F | 59022HHT2 | 5.633507% | 28,242,000.00 | 7,851,063.99 | 1,157,752.89 | 36,857.52 | 0.00 | 0.00 | 1,194,610.41 | 6,693,311.10 | 79.24% |
| G | 59022HHU9 | 5.646507% | 17,380,000.00 | 17,380,000.00 | 0.00 | 38,202.44 | 0.00 | 0.00 | 38,202.44 | 17,380,000.00 | 25.34% |
| H | 59022HHV7 | 5.646507% | 21,725,000.00 | 7,141,745.46 | 0.00 | 0.00 | 0.00 | (1,028,836.83) | 0.00 | 8,170,582.29 | 0.00% |
| J | 59022HHW5 | 4.549000% | 6,518,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| K | 59022HHX3 | 4.549000% | 8,690,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| L | 59022HHY1 | 4.549000% | 6,517,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| M | 59022HHZ8 | 4.549000% | 4,345,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| N | 59022HJA1 | 4.549000% | 4,345,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| P | 59022HJB9 | 4.549000% | 8,690,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Q | 59022HJC7 | 4.549000% | 21,725,951.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| R-I | 59022HJE3 | 0.000000% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| R-II | 59022HJF0 | 0.000000% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Z | NA | 0.000000% | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00% |
| Totals | | | 1,737,992,951.01 | 32,372,809.46 | 1,157,752.89 | 75,059.96 | 0.00 | (1,028,836.83) | 1,232,812.85 | 32,243,893.40 | |

| Class | CUSIP | Pass-Through Rate | Original Notional Amount | Beginning Notional Amount | Interest Distribution | Prepayment Penalties | Total Distribution | Ending Notional Amount |
|---|---|---|---|---|---|---|---|---|
| XP | 59022HHR6 | 0.000000% | 1,694,554,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XC | 59022HJD5 | 0.003153% | 1,737,992,951.00 | 32,372,809.45 | 85.05 | 0.00 | 85.05 | 32,243,893.39 |

(1) Calculated by taking (A) the sum of the ending certificate balance of all classes less (B) the sum of (i) the ending certificate balance of the designated class and (ii) the ending certificate balance of all classes which are not subordinate to the designated class and dividing the result by (A).

**EXHIBIT I - 2**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 108 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Certificate Factor Detail

| Class | CUSIP | Beginning Balance | Principal Distribution | Interest Distribution | Prepayment Penalties | Realized Loss / Additional Trust Fund Expenses | Ending Balance |
|---|---|---|---|---|---|---|---|
| A-1 | 59022HHE5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-2 | 59022HHF2 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-3 | 59022HHG0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-SB | 59022HHH8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-4 | 59022HHJ4 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-1-A | 59022HHK1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-M | 59022HHL9 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| A-J | 59022HHM7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| B | 59022HHN5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| C | 59022HHP0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| D | 59022HHQ8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| E | 59022HHS4 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| F | 59022HHT2 | 277.99249310 | 40.99401211 | 1.30506055 | 0.00000000 | 0.00000000 | 236.99848099 |
| G | 59022HHU9 | 1,000.00000000 | 0.00000000 | 2.19806904 | 0.00000000 | 0.00000000 | 1,000.00000000 |
| H | 59022HHV7 | 328.73396824 | 0.00000000 | 0.00000000 | 0.00000000 | -47.35727641 | 376.09124465 |
| J | 59022HHW5 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| K | 59022HHX3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| L | 59022HHY1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| M | 59022HHZ8 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| N | 59022HJA1 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| P | 59022HJB9 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Q | 59022HJC7 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R-I | 59022HJE3 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| R-II | 59022HJF0 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| Z | NA | 1,000.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 | 1,000.00000000 |

| Class | CUSIP | Beginning Notional Amount | Interest Distribution | Prepayment Penalties | Ending Notional Amount |
|---|---|---|---|---|---|
| XP | 59022HHR6 | 0.00000000 | 0.00000000 | 0.00000000 | 0.00000000 |
| XC | 59022HJD5 | 18.62654819 | 0.00004894 | 0.00000000 | 18.55237294 |

**EXHIBIT I - 3**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 109 of 138



Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Reconciliation Detail

### Advance Summary

| | |
|---|---|
| P & I Advances Outstanding | 2,919,357.11 |
| Servicing Advances Outstanding | 325,169.19 |
| Reimbursement for Interest on Advances paid from general collections | 41,603.35 |

### Master Servicing Fee Summary

| | |
|---|---|
| Current Period Accrued Master Servicing Fees | 864.64 |
| Less Delinquent Master Servicing Fees | 751.28 |
| Less Reductions to Master Servicing Fees | 0.00 |
| Plus Master Servicing Fees for Delinquent Payments Received | 1,550.93 |
| Plus Adjustments for Prior Master Servicing Calculation | 0.00 |
| Total Master Servicing Fees Collected | 1,664.29 |

### Certificate Interest Reconciliation

| Class | Accrued Certificate Interest | Net Aggregate Prepayment Interest Shortfall | Distributable Certificate Interest | Distributable Certificate Interest Adjustment | Interest Shortfall/(Excess) | Interest Distribution | Remaining Unpaid Distributable Certificate Interest |
|---|---|---|---|---|---|---|---|
| A-1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-SB | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-1-A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| A-J | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| XC | 85.05 | 0.00 | 85.05 | 0.00 | 0.00 | 85.05 | 0.00 |
| B | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| D | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| F | 36,857.52 | 0.00 | 36,857.52 | 0.00 | 0.00 | 36,857.52 | 0.00 |
| G | 81,780.24 | 0.00 | 81,780.24 | 0.00 | 43,577.80 | 38,202.44 | 43,577.80 |
| H | 33,604.93 | 0.00 | 33,604.93 | 0.00 | 33,604.93 | 0.00 | 1,588,124.19 |
| J | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 387,909.76 |
| K | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 299,775.00 |
| L | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| M | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| N | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100,165.59 |
| P | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 402,443.68 |
| Q | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,209,357.80 |
| Total | 152,327.74 | 0.00 | 152,327.74 | 0.00 | 77,182.73 | 75,145.01 | 4,031,353.82 |

**EXHIBIT I - 4**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 110 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

## Other Required Information

| | | |
|---|---|---|
| Available Distribution Amount  (1) | | 1,232,897.90 |
| | | |
| Principal Distribution Amount | | 128,916.06 |
| (a) Principal portion of Monthly Payments and any Assumed Monthly Payments | 128,916.06 | |
| (b) Principal Prepayments | 0.00 | |
| (c) Collection of Principal on a Balloon Loan after its stated Maturity Date | 0.00 | |
| (d) Liquidation Proceeds and Insurance Proceeds received on a Mortgage Loan | 0.00 | |
| (e) Liquidation Proceeds, Insurance Proceeds, or REO Revenues received on an REO | 0.00 | |
| Plus the excess of the prior Principal Distribution Amount over the principal paid to the Sequential Pay Certificates | 0.00 | |
| | | |
| Aggregate Number of Outstanding Loans | | 3 |
| Aggregate Unpaid Principal Balance of Loans | | 33,633,819.63 |
| Aggregate Stated Principal Balance of Loans | | 32,243,893.39 |
| | | |
| Aggregate Amount of Master Servicing Fee | | 1,664.29 |
| Aggregate Amount of Special Servicing Fee | | 6,260.68 |
| Aggregate Amount of Trustee Fee | | 36.24 |
| Aggregate Trust Fund Expenses | | (987,233.48) |
| | | |
| Interest Reserve Deposit | | 0.00 |
| Interest Reserve Withdrawal | | 0.00 |
| | | |
| Specially Serviced Loans not Delinquent (2) | | |
| Number of Outstanding Loans | | 0 |
| Aggregate Unpaid Principal Balance | | 0.00 |

(1) The Available Distribution Amount includes any Prepayment Premiums.
(2) Indicates loans in special servicing with a loan status of '0', Current.

### Original Subordination Level

| Class | % | Class | % |
|---|---|---|---|
| | | Class D | 8.500% |
| | | Class E | 7.375% |
| Class A-1 | 30.000% | Class F | 5.750% |
| Class A-2 | 30.000% | Class G | 4.750% |
| Class A-3 | 30.000% | Class H | 3.500% |
| Class A-SB | 30.000% | Class J | 3.125% |
| Class A-4 | 30.000% | Class K | 2.625% |
| Class A-1A | 30.000% | Class L | 2.250% |
| Class AM | 20.000% | Class M | 2.000% |
| Class AJ | 13.375% | Class N | 1.750% |
| Class B | 11.250% | Class P | 1.250% |
| Class C | 10.375% | Class Q | 0.000% |

### Appraisal Reduction Amount

| Loan Number | Appraisal Reduction Amount | Cumulative ASER Amount | Date Appraisal Reduction Effected |
|---|---|---|---|
| 30243254 | 6,281,830.29 | 287,512.39 | 2/7/17 |
| Total | 6,281,830.29 | 287,512.39 | |

Copyright 2017, Wells Fargo Bank, N.A.

**EXHIBIT I - 5**

Page 5 of 31

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 111 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Cash Reconciliation Detail

| Total Funds Collected | | |
|---|---:|---:|
| **Interest:** | | |
| Scheduled Interest | 153,228.62 | |
| Interest reductions due to Nonrecoverability Determinations | 0.00 | |
| Interest Adjustments | 0.00 | |
| Deferred Interest | 0.00 | |
| ARD Interest | 0.00 | |
| Net Prepayment Interest Shortfall | 0.00 | |
| Net Prepayment Interest Excess | 0.00 | |
| Extension Interest | 0.00 | |
| Interest Reserve Withdrawal | 0.00 | |
| **Total Interest Collected** | | 153,228.62 |
| **Principal:** | | |
| Scheduled Principal | 128,916.06 | |
| Unscheduled Principal | 0.00 | |
| Principal Prepayments | 0.00 | |
| Collection of Principal after Maturity Date | 0.00 | |
| Recoveries from Liquidation and Insurance Proceeds | 0.00 | |
| Excess of Prior Principal Amounts paid | 0.00 | |
| Curtailments | 0.00 | |
| Negative Amortization | 0.00 | |
| Principal Adjustments | 0.00 | |
| **Total Principal Collected** | | 128,916.06 |
| **Other:** | | |
| Prepayment Penalties/Yield Maintenance | 0.00 | |
| Repayment Fees | 0.00 | |
| Borrower Option Extension Fees | 0.00 | |
| Excess Liquidation Proceeds | 0.00 | |
| Net Swap Counterparty Payments Received | 0.00 | |
| **Total Other Collected:** | | 0.00 |
| **Total Funds Collected** | | 282,144.68 |

| Total Funds Distributed | | |
|---|---:|---:|
| **Fees:** | | |
| Master Servicing Fee | 864.64 | |
| Trustee Fee | 36.24 | |
| Certificate Administration Fee | 0.00 | |
| Insurer Fee | 0.00 | |
| Miscellaneous Fee | 0.00 | |
| **Total Fees** | | 900.88 |
| **Additional Trust Fund Expenses:** | | |
| Reimbursement for Interest on Advances | 41,603.35 | |
| ASER Amount | 29,318.70 | |
| Special Servicing Fee | 6,260.68 | |
| Rating Agency Expenses | 0.00 | |
| Attorney Fees & Expenses | 0.00 | |
| Bankruptcy Expense | 0.00 | |
| Taxes Imposed on Trust Fund | 0.00 | |
| Non-Recoverable Advances | (1,028,836.83) | |
| Workout Delayed Reimbursement Amounts | 0.00 | |
| Other Expenses | 0.00 | |
| **Total Additional Trust Fund Expenses** | | (951,654.10) |
| **Interest Reserve Deposit** | | 0.00 |
| **Payments to Certificateholders & Others:** | | |
| Interest Distribution | 75,145.01 | |
| Principal Distribution | 1,157,752.89 | |
| Prepayment Penalties/Yield Maintenance | 0.00 | |
| Borrower Option Extension Fees | 0.00 | |
| Equity Payments Paid | 0.00 | |
| Net Swap Counterparty Payments Paid | 0.00 | |
| **Total Payments to Certificateholders & Others** | | 1,232,897.90 |
| **Total Funds Distributed** | | 282,144.68 |

**EXHIBIT 1 - 6**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 112 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: 11/13/17
Record Date: 10/31/17

## Ratings Detail

| Class | CUSIP | Original Ratings | | | Current Ratings (1) | | |
|---|---|---|---|---|---|---|---|
| | | Fitch | Moody's | S & P | Fitch | Moody's | S & P |
| A-1 | 59022HHE5 | X | Aaa | AAA | X | N/A | N/A |
| A-2 | 59022HHF2 | X | Aaa | AAA | X | N/A | N/A |
| A-3 | 59022HHG0 | X | Aaa | AAA | X | N/A | N/A |
| A-SB | 59022HHH8 | X | Aaa | AAA | X | N/A | N/A |
| A-4 | 59022HHJ4 | X | Aaa | AAA | X | N/A | N/A |
| A-1-A | 59022HHK1 | X | Aaa | AAA | X | N/A | N/A |
| A-M | 59022HHL9 | X | Aaa | AAA | X | N/A | N/A |
| A-J | 59022HHM7 | X | Aaa | AAA | X | N/A | N/A |
| XP | 59022HHR6 | X | Aaa | AAA | X | N/A | N/A |
| XC | 59022HJD5 | X | Aaa | AAA | X | C | N/A |
| B | 59022HHN5 | X | Aa2 | AA | X | N/A | N/A |
| C | 59022HHP0 | X | Aa3 | AA- | X | N/A | N/A |
| D | 59022HHQ8 | X | A2 | A | X | N/A | N/A |
| E | 59022HHS4 | X | A3 | A- | X | N/A | N/A |
| F | 59022HHT2 | X | Baa1 | BBB+ | X | Caa1 | CCC- |
| G | 59022HHU9 | X | Baa2 | BBB | X | Caa3 | CCC- |
| H | 59022HHV7 | X | Baa3 | BBB- | X | C | N/A |
| J | 59022HHW5 | X | Ba1 | BB+ | X | N/A | N/A |
| K | 59022HHX3 | X | Ba2 | BB | X | N/A | N/A |
| L | 59022HHY1 | X | Ba3 | BB- | X | N/A | N/A |
| M | 59022HHZ8 | X | B1 | B+ | X | N/A | N/A |
| N | 59022HJA1 | X | B2 | B | X | N/A | N/A |
| P | 59022HJB9 | X | B3 | B- | X | N/A | N/A |
| Q | 59022HJC7 | X | NR | NR | X | NR | N/A |

NR ¯ Designates that the class was not rated by the above agency at the time of original issuance.

X ¯ Designates that the above rating agency did not rate any classes in this transaction at the time of original issuance.

N/A ¯ Data not available this period.

1) For any class not rated at the time of original issuance by any particular rating agency, no request has been made subsequent to issuance to obtain rating

information, if any, from such rating agency. The current ratings were obtained directly from the applicable rating agency within 30 days of the payment date listed

above. The ratings may have changed since they were obtained. Because the ratings may have changed, you may want to obtain current ratings directly from the

rating agencies.

Fitch, Inc.
One State Street Plaza
New York, New York 10004
(212) 908-0500

Moody's Investors Service
99 Church Street
New York, New York 10007
(212) 553-0300

Standard & Poor's Rating Services
55 Water Street
New York, New York 10041
(212) 438-2430

**EXHIBIT I - 7**

Copyright 2017, Wells Fargo Bank, N.A.



# Merrill Lynch Mortgage Trust 2005-MCP1

### Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

| Payment Date: | **11/13/17** |
| Record Date: | **10/31/17** |

## Current Mortgage Loan and Property Stratification Tables

### Aggregate Pool

#### Scheduled Balance

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 2,999,999 or less | 2 | 3,255,343.74 | 10.10 | 14 | 5.9110 | 2.161788 |
| 3,000,000 - 3,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4,000,000 - 4,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 10,000,000 - 12,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 - 49,999,999 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 50,000,000 - 99,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 100,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 3 | 32,243,893.39 | 100.00 | (32) | 5.4965 | 1.387006 |

#### State   (3)

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Georgia | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| New Jersey | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| Washington | 11 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| Totals | 13 | 32,243,893.39 | 100.00 | (32) | 5.4965 | 1.387006 |

See footnotes on last page of this section.

**EXHIBIT I - 8**

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 114 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Current Mortgage Loan and Property Stratification Tables
### Aggregate Pool

#### Debt Service Coverage Ratio (1)

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.44 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.45 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 - 1.59 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.60 - 1.79 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.80 - 1.99 | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 2.00 or greater | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| **Totals** | **3** | **32,243,893.39** | **100.00** | **(32)** | **5.4965** | **1.387006** |

#### Property Type (3)

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Multi-Family | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Office | 12 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |
| **Totals** | **13** | **32,243,893.39** | **100.00** | **(32)** | **5.4965** | **1.387006** |

#### Note Rate

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.749 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4.750 - 4.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.250 - 5.499 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 5.500 - 5.599 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.600 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 5.750 - 5.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.000 - 6.249 | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 6.250 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| **Totals** | **3** | **32,243,893.39** | **100.00** | **(32)** | **5.4965** | **1.387006** |

#### Seasoning

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 2 | 3,255,343.74 | 10.10 | 14 | 5.9110 | 2.161788 |
| 13 -24 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 25 - 36 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 37 - 48 months | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| **Totals** | **3** | **32,243,893.39** | **100.00** | **(32)** | **5.4965** | **1.387006** |

See footnotes on last page of this section.

**EXHIBIT I - 9**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 115 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Current Mortgage Loan and Property Stratification Tables

### Aggregate Pool

#### Anticipated Remaining Term (ARD and Balloon Loans)

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 2 | 31,203,833.14 | 96.77 | (34) | 5.4898 | 1.369574 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 31,203,833.14 | 96.77 | (34) | 5.4898 | 1.369574 |

#### Remaining Stated Term (Fully Amortizing Loans)

| Remaining Stated Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |

#### Remaining Amortization Term (ARD and Balloon Loans)

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 2 | 31,203,833.14 | 96.77 | (34) | 5.4898 | 1.369574 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 31,203,833.14 | 96.77 | (34) | 5.4898 | 1.369574 |

#### Age of Most Recent NOI

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Underwriter's Information | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 1 year or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 1 - 2 years | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 3 | 32,243,893.39 | 100.00 | (32) | 5.4965 | 1.387006 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used.
To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer
and the Certificate Administrator has not independently confirmed the accuracy of such information.
(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.
(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-Off Date balance of each property as disclosed in the offering document.

**EXHIBIT I - 10**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 116 of 138



**Merrill Lynch Mortgage Trust 2005-MCP1**

**Commercial Mortgage Pass-Through Certificates**

**Series 2005-MCP1**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

## Current Mortgage Loan and Property Stratification Tables

### Group 1

#### Scheduled Balance

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 2,999,999 or less | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 3,000,000 - 3,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4,000,000 - 4,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 10,000,000 - 12,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 - 49,999,999 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 50,000,000 - 99,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 100,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

#### State  (3)

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| New Jersey | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| Washington | 11 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| Totals | 12 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

See footnotes on last page of this section.

**EXHIBIT I - 11**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 117 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date:   **11/13/17**
Record Date:    **10/31/17**

## Current Mortgage Loan and Property Stratification Tables

### Group 1

#### Debt Service Coverage Ratio (1)

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.44 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.45 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 - 1.59 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.60 - 1.79 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.80 - 1.99 | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 2.00 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

#### Property Type (3)

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Office | 12 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |
| Totals | 12 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

#### Seasoning

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 13 - 24 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 25 - 36 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 37 - 48 months | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

#### Note Rate

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.749 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 4.750 - 4.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.250 - 5.499 | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 5.500 - 5.599 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.600 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 5.750 - 5.999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.000 - 6.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6.250 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

See footnotes on last page of this section.

**EXHIBIT I - 12**

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 118 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Current Mortgage Loan and Property Stratification Tables

### Group 1

#### Anticipated Remaining Term (ARD and Balloon Loans)

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |

#### Remaining Stated Term (Fully Amortizing Loans)

| Remaining Stated Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |

#### Remaining Amortization Term (ARD and Balloon Loans)

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |

#### Age of Most Recent NOI

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Underwriter's Information | 1 | 28,988,549.65 | 89.90 | (37) | 5.4500 | 1.300000 |
| 1 year or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1 - 2 years | 1 | 1,040,060.25 | 3.23 | 30 | 5.7000 | 1.910000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 2 | 30,028,609.90 | 93.13 | (35) | 5.4587 | 1.321128 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used.
To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer and the Certificate Administrator has not independently confirmed the accuracy of such information.

(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.

(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-Off Date balance of each property as disclosed in the offering document.

The Scheduled Balance Totals reflect the aggregate balances of all pooled loans as reported in the CREFC Loan Periodic Update File. To the extent that the Scheduled Balance Total figure for the "State" and "Property" stratification tables is not equal to the sum of the scheduled balance figures for each state or property, the difference is explained by loans that have been modified into a split-loan structure. The "State" and "Property" stratification tables do not include the balance of the subordinate note (sometimes called the B-piece or a "hope note") of a loan that has been modified into a split-loan structure. Rather, the scheduled balance for each state or property only reflects the balance of the senior note (sometimes called the A-piece) of a loan that has been modified into a split-loan structure.

**EXHIBIT I - 13**



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Current Mortgage Loan and Property Stratification Tables

### Group 2

#### Scheduled Balance

| Scheduled Balance | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4,999,999 or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 5,000,000 - 5,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 6,000,000 - 6,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 7,000,000 - 7,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 8,000,000 - 9,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 10,000,000 - 12,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 13,000,000 - 19,999,999 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 20,000,000 or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

#### State (3)

| State | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Georgia | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

See footnotes on last page of this section.

**EXHIBIT I - 14**

Copyright 2017, Wells Fargo Bank, N.A.



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

| For Additional Information, please contact |
| CTSLink Customer Service |
| 1-866-846-4526 |
| Reports Available on the World Wide Web |
| www.ctslink.com |

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Current Mortgage Loan and Property Stratification Tables

### Group 2

#### Debt service Coverage Ratio (1)

| Debt Service Coverage Ratio | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1.24 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.25 - 1.29 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.30 - 1.34 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.35 - 1.39 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.40 - 1.49 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 1.50 or greater | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

#### Property Type (3)

| Property Type | # of Props | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| Multi-Family | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

#### Seasoning

| Seasoning | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 12 months or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 13 - 24 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 25 - 36 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 37 - 48 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 49 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

#### Note Rate

| Note Rate | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 4.999 or less | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.000 - 5.249 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.250 - 5.499 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.500 - 5.699 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.700 - 5.749 | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 5.750 or greater | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

See footnotes on last page of this section.

**EXHIBIT I - 15**

Case 17-44721-BDL     Doc 23     Filed 12/29/17     Ent. 12/29/17 17:50:06     Pg. 121 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1
## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Current Mortgage Loan and Property Stratification Tables
### Group 2

#### Anticipated Remaining Term (ARD and Balloon Loans)

| Anticipated Remaining Term (2) | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 84 months or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 85 months - 119 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 120 months or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

#### Remaining Amortization Term (ARD and Balloon Loans)

| Remaining Amortization Term | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 299 months or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 300 months - 329 months | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 330 months or more | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

#### Age of Most Recent NOI

| Age of Most Recent NOI | # of Loans | Scheduled Balance | % of Agg. Bal. | WAM (2) | WAC | Weighted Avg DSCR (1) |
|---|---|---|---|---|---|---|
| 1 year or less | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |
| 1 - 2 years | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| 2 years or greater | 0 | 0.00 | 0.00 | 0 | 0.0000 | 0.000000 |
| Totals | 1 | 2,215,283.49 | 6.87 | 6 | 6.0100 | 2.280000 |

(1) Debt Service Coverage Ratios are updated periodically as new NOI figures become available from borrowers on an asset level. In all cases the most current DSCR provided by the Servicer is used. To the extent that no DSCR is provided by the Servicer, information from the offering document is used. The debt service coverage ratio information was provided to the Certificate Administrator by the Master Servicer and the Certificate Administrator has not independently confirmed the accuracy of such information.

(2) Anticipated Remaining Term and WAM are each calculated based upon the term from the current month to the earlier of the Anticipated Repayment Date, if applicable, and the Maturity Date.

(3) Data in this table was calculated by allocating pro-rata the current loan information to the properties based upon the Cut-off Date balance of each property as disclosed in the offering document. The Scheduled Balance Totals reflect the aggregate balances of all pooled loans as reported in the CREFC Loan Periodic Update File. To the extent that the Scheduled Balance Total figure for the "State" and "Property" stratification tables is not equal to the sum of the scheduled balance figures for each state or property, the difference is explained by loans that have been modified into a split loan structure. The "State" and "Property" stratification tables do not include the balance of the subordinate note (sometimes called the B-piece or a "hope note") of a loan that has been modified into a split-loan structure. Rather, the scheduled balance for each state or property only reflects the balance of the senior note (sometimes called the A-piece) of a loan that has been modified into a split-loan structure.

**EXHIBIT I - 16**


# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Mortgage Loan Detail

| Loan Number | ODCR | Property Type (1) | City | State | Interest Payment | Principal Payment | Gross Coupon | Anticipated Repayment Date | Maturity Date | Neg. Amort (Y/N) | Beginning Scheduled Balance | Ending Scheduled Balance | Paid Thru Date | Appraisal Reduction Date | Appraisal Reduction Amount | Res. Strat. (2) | Mod. Code (3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | OF | Various | WA | 136,482.89 | 93,332.06 | 5.450% | 10/1/14 | 10/17/17 | N | 29,081,881.71 | 28,988,549.65 | 8/1/16 | 2/7/17 | 6,281,830.29 | 2 | 8 |
| 940951495 | 87 | OF | Linden | NJ | 5,253.83 | 30,330.50 | 5.700% | N/A | 5/1/20 | N | 1,070,390.75 | 1,040,060.25 | 11/1/17 | | | | |
| 940951540 | 103 | MF | Statesboro | GA | 11,491.90 | 5,253.50 | 6.010% | N/A | 5/1/18 | N | 2,220,536.99 | 2,215,283.49 | 11/1/17 | | | | |

| Totals | | | | | 153,228.62 | 128,916.06 | | | | | 32,372,809.45 | 32,243,893.39 | | | 6,281,830.29 | | |

| (1) Property Type Code | | (2) Resolution Strategy Code | | (3) Modification Code | |
|---|---|---|---|---|---|
| MF - Multi-Family | SS - Self Storage | 1 - Modification | 7 - REO | 1 - Maturity Date Extension | 6 - Capitalization on Interest |
| RT - Retail | 98 - Other | 2 - Foreclosure | 8 - Resolved | 2 - Amortization Change | 7 - Capitalization on Taxes |
| HC - Health Care | SE - Securities | 3 - Bankruptcy | 9 - Pending Return | 3 - Principal Write-Off | 8 - Other |
| IN - Industrial | CH - Cooperative Housing | 4 - Extension | to Master Servicer | 4 - Blank | 9 - Combination |
| MH - Mobile Home Park | WH - Warehouse | 5 - Note Sale | 10 - Deed in Lieu Of | 5 - Temporary Rate Reduction | 10 - Forbearance |
| OF - Office | ZZ - Missing Information | 6 - DPO | Foreclosure | | |
| MU - Mixed Use | SF - Single Family | | 11 - Full Payoff | | |
| LO - Lodging | | | 12 - Reps and Warranties | | |
| | | | 13 - TBD | | |
| | | | 98 - Other | | |

**EXHIBIT I - 17**



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

### Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Principal Prepayment Detail

| Loan Number | Offering Document Cross-Reference | Principal Prepayment Amount | | Prepayment Penalties | |
|---|---|---|---|---|---|
| | | Payoff Amount | Curtailment Amount | Prepayment Premium | Yield Maintenance Premium |
| | | **No Principal Prepayments this Period** | | | |
| Totals | | | | | |

**EXHIBIT I - 18**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 124 of 138



Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Historical Detail

| Distribution Date | Delinquencies 30-59 Days # | Balance | 60-89 Days # | Balance | 90 Days or More # | Balance | Foreclosure # | Balance | REO # | Balance | Modifications # | Balance | Prepayments Curtailments # | Amount | Payoff # | Amount | Rate and Maturities Next Weighted Avg. Coupon   Remit | WAM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/17 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $28,988,549.65 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.496538%  5.464229% | -32 |
| 10/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,081,881.71 | 1 | $29,081,881.71 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.496678%  5.464361% | -31 |
| 9/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,179,174.58 | 1 | $29,179,174.58 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.556919%  5.524856% | -29 |
| 8/14/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,271,616.21 | 1 | $29,271,616.21 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.556845%  5.524776% | -28 |
| 7/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,363,626.03 | 1 | $29,363,626.03 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.556772%  5.524697% | -27 |
| 6/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,459,645.09 | 2 | $29,459,645.09 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $1,751,904.04 | 5.556693%  5.524612% | -26 |
| 5/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,550,776.60 | 2 | $33,199,676.94 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.555428%  5.523402% | -25 |
| 4/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,645,949.53 | 2 | $33,303,626.92 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.555357%  5.523326% | -24 |
| 3/13/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,736,210.79 | 2 | $33,402,063.25 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.555293%  5.523256% | -23 |
| 2/13/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,839,539.25 | 2 | $33,515,217.14 | 0 | $0.00 | 0 | $0.00 | 1 | $960.44 | 1 | $9,465,135.41 | 5.555212%  5.523170% | -22 |
| 1/12/17 | 0 | $0.00 | 0 | $0.00 | 1 | $29,928,896.23 | 2 | $33,612,663.71 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500251%  5.466688% | -21 |
| 12/12/16 | 0 | $0.00 | 0 | $0.00 | 1 | $30,017,835.81 | 2 | $33,709,654.46 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5.500246%  5.466681% | -20 |

Note: Foreclosure and REO Totals are included in the delinquencies aging categories.

**EXHIBIT I - 19**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 125 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Delinquency Loan Detail

| Loan Number | Offering Document Cross-Reference | # of Months Delinq. | Paid Through Date | Current P & I Advances | Outstanding P & I Advances ** | Status of Mortgage Loan (1) | Resolution Strategy Code (2) | Servicing Transfer Date | Foreclosure Date | Actual Principal Balance | Outstanding Servicing Advances | Bankruptcy Date | REO Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | 14 | 8/1/16 | 199,744.97 | 2,919,357.11 | 5 | 2 | 4/15/13 | 3/11/16 | 30,378,475.89 | 325,169.19 | 11/28/16 | |
| Totals | 1 | | | 199,744.97 | 2,919,357.11 | | | | | 30,378,475.89 | 325,169.19 | | |

Totals By Delinquency Code:

| Total for Status Code = 5 (1 loan) | 199,744.97 | 2,919,357.11 | | 30,378,475.89 | 325,169.19 |
|---|---|---|---|---|---|

| (1) Status of Mortgage Loan | | (2) Resolution Strategy Code | | |
|---|---|---|---|---|
| A - Payment Not Received But Still in Grace Period Or Not Yet Due | 0 - Current | 1 - Modification | 7 - REO | 11 - Full Payoff |
| | 1 - 30-59 Days Delinquent | 2 - Foreclosure | 8 - Resolved | 12 - Reps and Warranties |
| | 2 - 60-89 Days Delinquent | 3 - Bankruptcy | 9 - Pending Return | 13 - TBD |
| B - Late Payment But Less Than 30 Days Delinquent | 3 - 90-120 Days Delinquent | 4 - Extension | to Master Servicer | 98 - Other |
| | 4 - Performing Matured Balloon | 5 - Note Sale | 10 - Deed In Lieu Of | |
| | 5 - Non Performing Matured Balloon | 6 - DPO | Foreclosure | |
| | 6 - 121+ Days Delinquent | | | |

** Outstanding P & I Advances include the current period advance.

**EXHIBIT I - 20**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 126 of 138



Wells Fargo Bank, N.A.
Corporate Trust Services
8480 Stagecoach Circle
Frederick, MD 21701-4747

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Specially Serviced Loan Detail - Part 1

| Loan Number | Offering Document Cross-Reference | Servicing Transfer Date | Resolution Strategy Code (1) | Scheduled Balance | Property Type (2) | State | Interest Rate | Actual Balance | Net Operating Income | DSCR Date | DSCR | Note Date | Maturity Date | Remaining Amortization Term |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | 4/15/13 | 2 | 28,988,549.65 | OF | WA | 5.450% | 30,378,475.89 | 3,826,618.00 | 2/28/05 | 1.30 | 11/1/04 | 10/17/17 | 202 |

(1) Resolution Strategy Code

1 - Modification
2 - Foreclosure
3 - Bankruptcy
4 - Extension
5 - Note Sale
6 - DPO
7 - REO
8 - Resolved
9 - Pending Return to Master Servicer
10 - Deed in Lieu Of Foreclosure
11 - Full Payoff
12 - Reps and Warranties
13 - TBD
98 - Other

(2) Property Type Code

MF - Multi-Family
RT - Retail
HC - Health Care
IN - Industrial
MH - Mobile Home Park
OF - Office
MU - Mixed Use
LO - Lodging
SS - Self Storage
98 - Other
SE - Securities
CH - Cooperative Housing
WH - Warehouse
ZZ - Missing Information
SF - Single Family

EXHIBIT I - 21

Copyright 2017, Wells Fargo Bank, N.A.



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **11/13/17**
Record Date: **10/31/17**

## Specially Serviced Loan Detail - Part 2

| Loan Number | Offering Document Cross-Reference | Resolution Strategy Code (1) | Site Inspection Date | Phase 1 Date | Appraisal Date | Appraisal Value | Other REO Property Revenue | Comments from Special Servicer |
|---|---|---|---|---|---|---|---|---|
| 30243254 | 8 | 2 | | | | 31,495,000.00 | | 11/7/17 The loan transferred to Special Servicing on 4/15/13 due to payment default. The loan was previously modified in 2011 pursuant to a BK plan. JSH Properties, Inc. was appointed as custodial receiver on 5/19/16. The collateral consists of 8 Class Bo ffice buildings (292,748 sf) leased to 12 state agency tenants, located in Lacey, Tumwater, Wenatchee, and Seattle, WA; 3 properties have been sold and released since origination. The receiver is negotiating lease renewals with expiring tenants and is mar keting the vacant space for lease. Midland filed for foreclosure in March 2016. The WA BK trustee transferred the borrower's interest in the collateral properties to 4 TICs on 9/29/16. One of the TICs filed Ch. 11 BK on 10/20/16, the day before the schedu led foreclosure sale and the other three TICs filed on 11/28/16; all TIC BK cases are administered in the EDNY. The court dismissed the BK case on 10/20/17. Foreclosure is currently scheduled for 12/15/17. |

<u>(1) Resolution Strategy Code</u>

| | | |
|---|---|---|
| 1 - Modification | 7 - REO | 11 - Full Payoff |
| 2 - Foreclosure | 8 - Resolved | 12 - Reps and Warranties |
| 3 - Bankruptcy | 9 - Pending Return | 13 - TBD |
| 4 - Extension |     to Master Servicer | 98 - Other |
| 5 - Note Sale | 10 - Deed in Lieu Of | |
| 6 - DPO |     Foreclosure | |

**EXHIBIT I - 22**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 128 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30251331 | 3 | 92,000,000.00 | 6/5/10 | Please refer to Servicer Reports for modification comments |
| 30251331 | 3 | | 6/8/13 | Please refer to Servicer Reports for modification comments |
| 30251331 | 3 | | 5/8/14 | |
| 30251331 | 3 | | 5/8/14 | |
| 30251858 | 6 | 61,132,526.86 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264030 | 006a | 1,935,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264031 | 006b | 3,420,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264032 | 006c | 4,180,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264033 | 006d | 1,615,000.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264034 | 006e | 1,923,750.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30264035 | 006f | 1,923,750.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |

**EXHIBIT I - 23**



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30264036 | 006g | 4,892,500.00 | 12/29/09 | Please refer to Servicer Reports for modification comments |
| 30243254 | 8 | | 11/22/11 | |
| 940951617 | 9 | 35,619,998.12 | 8/26/10 | Please refer to Servicer Reports for modification comments |
| 940951572 | 12 | | 1/15/10 | Please refer to Servicer Reports for modification comments |
| 940951572 | 12 | | 10/1/09 | |
| 940951572 | 12 | | 9/30/12 | Please refer to Servicer Reports for modification comments |
| 30251131 | 17 | | 10/25/13 | |
| 30251820 | 18 | | 7/27/09 | Please refer to Servicer Reports for modification comments |
| 30250874 | 24 | 14,937,504.70 | 5/1/10 | Please refer to Servicer Reports for modification comments |
| 30251817 | 32 | 11,431,567.35 | 10/28/10 | Please refer to Servicer Reports for modification comments |
| 30251817 | 32 | | 5/1/15 | |

**EXHIBIT I - 24**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 130 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
### Series 2005-MCP1

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Modified Loan Detail

| Loan Number | Offering Document Cross-Reference | Pre-Modification Balance | Modification Date | Modification Description |
|---|---|---|---|---|
| 30251817 | 32 | | 5/1/15 | |
| 30251070 | 39 | 10,781,888.37 | 1/21/11 | Please refer to Servicer Reports for modification comments |
| 30251070 | 39 | 10,549,493.86 | 6/1/11 | Please refer to Servicer Reports for modification comments |
| 940951448 | 45 | | 3/1/16 | |
| 940951448 | 45 | | 3/1/16 | |
| 30251842 | 52 | 8,530,230.43 | 1/8/11 | |
| 30251835 | 59 | | 9/24/13 | Please refer to Servicer Reports for modification comments |
| 30251835 | 59 | | 9/24/13 | Please refer to Servicer Reports for modification comments |
| 30251848 | 77 | 5,000,948.05 | 7/28/11 | Please refer to Servicer Reports for modification comments |
| 30251848 | 77 | | 6/15/12 | |
| 940950889 | 91 | | 1/3/06 | Please refer to Servicer Reports for modification comments |
| Totals | | 269,874,157.74 | | |

**EXHIBIT I - 25**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 131 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates
## Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Historical Liquidated Loan Detail

| Distribution Date | ODCR | Beginning Scheduled Balance | Fees, Advances, and Expenses * | Most Recent Appraised Value or BPO | Gross Sales Proceeds or Other Proceeds | Net Proceeds Received on Liquidation | Net Proceeds Available for Distribution | Realized Loss to Trust | Date of Current Period Adj. to Trust | Current Period Adjustment to Trust | Cumulative Adjustment to Trust | Loss to Loan with Cum Adj. to Trust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/14 | 3 | 87,740,013.69 | 1,251,715.76 | 124,000,000.00 | 88,093,128.31 | 88,093,128.31 | 86,841,412.55 | 898,601.15 | | 0.00 | 0.00 | 898,601.15 |
| 3/12/10 | 006g | 4,892,500.00 | 786,038.13 | 7,025,000.00 | 5,633,497.38 | 5,633,497.38 | 4,847,459.25 | 45,040.75 | | 0.00 | 0.00 | 45,040.75 |
| 2/12/14 | 9 | 36,240,229.54 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 12/12/13 | 18 | 18,049,789.89 | 2,168,470.41 | 11,500,000.00 | 13,724,359.54 | 13,724,359.54 | 11,555,889.13 | 6,493,900.76 | | 0.00 | 5,688.39 | 6,488,212.37 |
| 12/13/10 | 27 | 12,851,412.29 | 2,442,404.17 | 10,000,000.00 | 9,223,480.78 | 9,223,480.78 | 6,781,076.61 | 6,070,335.68 | | 0.00 | 60,518.10 | 6,009,817.58 |
| 4/12/10 | 28 | 13,843,007.11 | 286,143.41 | 19,500,000.00 | 14,249,213.13 | 13,991,922.62 | 13,705,779.21 | 137,227.90 | | 0.00 | 0.00 | 137,227.90 |
| 8/12/13 | 36 | 11,310,047.07 | 1,175,321.88 | 7,750,000.00 | 8,334,907.91 | 8,334,907.91 | 7,159,586.03 | 4,150,461.04 | | 0.00 | (20,367.58) | 4,170,828.62 |
| 8/13/12 | 48 | 8,356,794.35 | 0.00 | 10,900,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/13/15 | 51 | 7,370,929.24 | 0.00 | 14,600,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 10/12/11 | 54 | 8,115,045.92 | 835,785.36 | 3,618,000.00 | 4,157,822.49 | 4,157,822.49 | 3,322,037.13 | 4,793,008.79 | | 0.00 | 121,145.06 | 4,671,863.73 |
| 1/12/11 | 58 | 7,401,595.22 | 966,890.64 | 4,350,000.00 | 4,924,177.88 | 4,924,177.88 | 3,957,287.24 | 3,444,307.98 | | 0.00 | 39,311.54 | 3,404,996.44 |
| 6/12/15 | 63 | 6,498,483.45 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 64 | 6,561,585.74 | 0.00 | 97,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 10/12/10 | 66 | 6,623,625.68 | 712,929.18 | 1,250,000.00 | 1,124,667.08 | 1,124,667.08 | 411,737.90 | 6,211,887.78 | | 0.00 | (11,277.75) | 6,223,165.53 |
| 3/12/13 | 82 | 3,650,781.97 | 378,184.91 | 1,600,000.00 | 1,600,004.51 | 1,600,004.51 | 1,221,819.60 | 2,428,962.37 | | 0.00 | (28,146.16) | 2,457,108.53 |
| 5/12/10 | 83 | 4,216,472.53 | 469,906.18 | 2,600,000.00 | 2,087,553.28 | 2,087,553.28 | 1,617,647.10 | 2,598,825.43 | | 0.00 | 89,561.70 | 2,509,263.73 |
| 6/12/17 | 84 | 3,648,900.34 | 1,890,639.93 | 4,100,000.00 | 3,650,799.93 | 3,650,799.93 | 1,760,160.00 | 1,888,740.34 | | 0.00 | 0.00 | 1,888,740.34 |
| 4/14/14 | 88 | 3,662,733.77 | 1,117,384.30 | 1,700,000.00 | 1,699,250.00 | 1,699,250.00 | 581,865.70 | 3,080,868.07 | | 0.00 | 134,409.27 | 2,946,458.80 |
| 11/12/15 | 89 | 3,547,250.81 | 0.00 | 5,750,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 91 | 3,523,795.50 | 403,384.32 | 2,300,000.00 | 2,305,992.73 | 2,305,992.73 | 1,902,608.41 | 1,621,187.09 | | 0.00 | (5,344.00) | 1,626,531.09 |
| 9/12/11 | 97 | 2,853,400.83 | 508,011.67 | 2,300,000.00 | 2,304,338.83 | 2,304,338.83 | 1,796,327.16 | 1,057,073.67 | | 0.00 | (12,963.60) | 1,070,037.27 |
| 11/12/09 | 102 | 2,625,541.99 | 420,155.93 | 710,000.00 | 406,600.00 | 406,600.00 | (13,555.93) | 2,639,097.92 | | 0.00 | 8,618.63 | 2,630,479.29 |
| **Current Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| **Cumulative Total** | | 263,583,936.93 | 15,813,366.18 | 333,053,000.00 | 163,519,793.78 | 163,262,503.27 | 147,449,137.09 | 47,559,526.72 | | 0.00 | 381,153.60 | 47,178,373.12 |

\* Fees, Advances and Expenses also include outstanding P & I advances and unpaid fees (servicing, trustee, etc.).

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 132 of 138

**EXHIBIT I - 26**



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

Payment Date: **11/13/17**
Record Date: **10/31/17**

## Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/14 | 3 | 87,740,013.69 | 898,601.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 898,601.15 | 0.00 | 0.00 |
| 3/12/10 | 006g | 4,892,500.04 | 45,040.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45,040.75 | 0.00 | 0.00 |
| 2/25/14 | 9 | 36,240,229.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/12/13 | 18 | 18,049,789.89 | 6,493,900.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,493,900.76 | 0.00 | 0.00 |
| 1/13/14 | 18 | 18,049,789.89 | 6,521,900.76 | 6,493,900.76 | 0.00 | 0.00 | 0.00 | 28,000.00 | 6,521,900.76 | 0.00 | 0.00 |
| 2/12/14 | 18 | 18,049,789.89 | 6,527,862.76 | 6,521,900.76 | 0.00 | 0.00 | 0.00 | 5,962.00 | 6,527,862.76 | 0.00 | 0.00 |
| 8/12/14 | 18 | 18,049,789.89 | 6,488,212.37 | 6,527,862.76 | 0.00 | 0.00 | 0.00 | (39,650.39) | 6,488,212.37 | 0.00 | 0.00 |
| 12/13/10 | 27 | 12,851,412.29 | 6,070,335.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,070,335.68 | 0.00 | 0.00 |
| 1/12/11 | 27 | 12,851,412.29 | 6,070,463.18 | 6,070,335.68 | 0.00 | 0.00 | 0.00 | 127.50 | 6,070,463.18 | 0.00 | 0.00 |
| 3/14/11 | 27 | 12,851,412.29 | 6,071,058.18 | 6,070,463.18 | 0.00 | 0.00 | 0.00 | 595.00 | 6,071,058.18 | 0.00 | 0.00 |
| 7/12/11 | 27 | 12,851,412.29 | 6,071,143.18 | 6,071,058.18 | 0.00 | 0.00 | 0.00 | 85.00 | 6,071,143.18 | 0.00 | 0.00 |
| 10/12/11 | 27 | 12,851,412.29 | 6,071,188.18 | 6,071,143.18 | 0.00 | 0.00 | 0.00 | 45.00 | 6,071,188.18 | 0.00 | 0.00 |
| 12/12/11 | 27 | 12,851,412.29 | 6,071,633.68 | 6,071,188.18 | 0.00 | 0.00 | 0.00 | 445.50 | 6,071,633.68 | 0.00 | 0.00 |
| 9/12/12 | 27 | 12,851,412.29 | 6,009,817.58 | 6,071,633.68 | 0.00 | 0.00 | 0.00 | (61,816.09) | 6,009,817.59 | 0.00 | 0.00 |
| 4/12/10 | 28 | 13,843,007.11 | 137,227.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 137,227.90 | 0.00 | 0.00 |
| 8/12/13 | 36 | 11,310,047.07 | 4,150,461.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,150,461.04 | 0.00 | 0.00 |
| 10/15/13 | 36 | 11,310,047.07 | 4,170,767.95 | 4,150,461.04 | 0.00 | 0.00 | 0.00 | 20,306.91 | 4,170,767.95 | 0.00 | 0.00 |
| 11/12/13 | 36 | 11,310,047.07 | 4,170,828.62 | 4,170,767.95 | 0.00 | 0.00 | 0.00 | 60.67 | 4,170,828.62 | 0.00 | 0.00 |
| 8/27/12 | 48 | 8,356,794.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/27/15 | 51 | 7,370,929.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/11 | 54 | 8,115,045.92 | 4,793,008.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,793,008.79 | 0.00 | 0.00 |
| 11/14/11 | 54 | 8,115,045.92 | 4,795,799.79 | 4,793,008.79 | 0.00 | 0.00 | 0.00 | 2,791.00 | 4,795,799.79 | 0.00 | 0.00 |
| 12/12/11 | 54 | 8,115,045.92 | 4,802,280.79 | 4,795,799.79 | 0.00 | 0.00 | 0.00 | 6,481.00 | 4,802,280.79 | 0.00 | 0.00 |
| 3/12/12 | 54 | 8,115,045.92 | 4,671,732.73 | 4,802,280.79 | 0.00 | 0.00 | 0.00 | (130,548.06) | 4,671,732.73 | 0.00 | 0.00 |
| 7/12/12 | 54 | 8,115,045.92 | 4,671,821.73 | 4,671,732.73 | 0.00 | 0.00 | 0.00 | 89.00 | 4,671,821.73 | 0.00 | 0.00 |
| 9/12/12 | 54 | 8,115,045.92 | 4,671,863.73 | 4,671,821.73 | 0.00 | 0.00 | 0.00 | 42.00 | 4,671,863.73 | 0.00 | 0.00 |
| 1/12/11 | 58 | 7,401,595.22 | 3,444,307.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,444,307.98 | 0.00 | 0.00 |
| 2/14/11 | 58 | 7,401,595.22 | 3,390,834.53 | 3,444,307.98 | 0.00 | 0.00 | 0.00 | (53,473.45) | 3,390,834.53 | 0.00 | 0.00 |
| 4/12/11 | 58 | 7,401,595.22 | 3,418,274.24 | 3,390,834.53 | 0.00 | 0.00 | 0.00 | 27,439.71 | 3,418,274.24 | 0.00 | 0.00 |
| 5/12/11 | 58 | 7,401,595.22 | 3,420,597.10 | 3,418,274.24 | 0.00 | 0.00 | 0.00 | 2,322.86 | 3,420,597.10 | 0.00 | 0.00 |
| 8/12/11 | 58 | 7,401,595.22 | 3,421,038.10 | 3,420,597.10 | 0.00 | 0.00 | 0.00 | 441.00 | 3,421,038.10 | 0.00 | 0.00 |
| 9/12/11 | 58 | 7,401,595.22 | 3,421,063.10 | 3,421,038.10 | 0.00 | 0.00 | 0.00 | 25.00 | 3,421,063.10 | 0.00 | 0.00 |
| 12/12/11 | 58 | 7,401,595.22 | 3,413,339.75 | 3,421,063.10 | 0.00 | 0.00 | 0.00 | (7,723.35) | 3,413,339.75 | 0.00 | 0.00 |
| 1/12/12 | 58 | 7,401,595.22 | 3,395,194.63 | 3,413,339.75 | 0.00 | 0.00 | 0.00 | (18,145.12) | 3,395,194.63 | 0.00 | 0.00 |

**EXHIBIT I - 27**

Copyright 2017, Wells Fargo Bank, N.A.



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

### Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/12/12 | 58 | 7,401,595.22 | 3,403,390.14 | 3,395,194.63 | 0.00 | 0.00 | 0.00 | 8,195.51 | 3,403,390.14 | 0.00 | 0.00 |
| 6/12/12 | 58 | 7,401,595.22 | 3,404,996.44 | 3,403,390.14 | 0.00 | 0.00 | 0.00 | 1,606.30 | 3,404,996.44 | 0.00 | 0.00 |
| 6/25/15 | 63 | 6,498,483.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/25/12 | 64 | 6,561,585.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/10 | 66 | 6,623,625.68 | 6,211,887.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,211,887.78 | 0.00 | 0.00 |
| 12/13/10 | 66 | 6,623,625.68 | 6,216,447.63 | 6,211,887.78 | 0.00 | 0.00 | 0.00 | 4,559.85 | 6,216,447.63 | 0.00 | 0.00 |
| 1/12/11 | 66 | 6,623,625.68 | 6,216,914.13 | 6,216,447.63 | 0.00 | 0.00 | 0.00 | 466.50 | 6,216,914.13 | 0.00 | 0.00 |
| 3/14/11 | 66 | 6,623,625.68 | 6,223,010.53 | 6,216,914.13 | 0.00 | 0.00 | 0.00 | 6,096.40 | 6,223,010.53 | 0.00 | 0.00 |
| 4/12/11 | 66 | 6,623,625.68 | 6,223,103.53 | 6,223,010.53 | 0.00 | 0.00 | 0.00 | 93.00 | 6,223,103.53 | 0.00 | 0.00 |
| 5/12/11 | 66 | 6,623,625.68 | 6,223,165.53 | 6,223,103.53 | 0.00 | 0.00 | 0.00 | 62.00 | 6,223,165.53 | 0.00 | 0.00 |
| 3/12/13 | 82 | 3,650,781.97 | 2,428,962.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,428,962.37 | 0.00 | 0.00 |
| 6/12/13 | 82 | 3,650,781.97 | 2,450,123.34 | 2,428,962.37 | 0.00 | 0.00 | 0.00 | 21,160.97 | 2,450,123.34 | 0.00 | 0.00 |
| 10/15/13 | 82 | 3,650,781.97 | 2,456,100.53 | 2,450,123.34 | 0.00 | 0.00 | 0.00 | 5,977.19 | 2,456,100.53 | 0.00 | 0.00 |
| 1/13/14 | 82 | 3,650,781.97 | 2,457,108.53 | 2,456,100.53 | 0.00 | 0.00 | 0.00 | 1,008.00 | 2,457,108.53 | 0.00 | 0.00 |
| 5/12/10 | 83 | 4,216,472.53 | 2,598,825.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,598,825.43 | 0.00 | 0.00 |
| 6/14/10 | 83 | 4,216,472.53 | 2,470,150.18 | 2,598,825.43 | 0.00 | 0.00 | 0.00 | (128,675.25) | 2,470,150.18 | 0.00 | 0.00 |
| 7/12/10 | 83 | 4,216,472.53 | 2,483,463.47 | 2,470,150.18 | 0.00 | 0.00 | 0.00 | 13,313.29 | 2,483,463.47 | 0.00 | 0.00 |
| 10/12/10 | 83 | 4,216,472.53 | 2,473,640.90 | 2,483,463.47 | 0.00 | 0.00 | 0.00 | (9,822.57) | 2,473,640.90 | 0.00 | 0.00 |
| 10/12/11 | 83 | 4,216,472.53 | 2,510,581.38 | 2,473,640.90 | 0.00 | 0.00 | 0.00 | 36,940.48 | 2,510,581.38 | 0.00 | 0.00 |
| 12/12/12 | 83 | 4,216,472.53 | 2,509,263.73 | 2,510,581.38 | 0.00 | 0.00 | 0.00 | (1,317.65) | 2,509,263.73 | 0.00 | 0.00 |
| 6/12/17 | 84 | 3,648,900.34 | 1,888,740.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,888,740.34 | 0.00 | 0.00 |
| 4/14/14 | 88 | 3,662,733.77 | 3,080,868.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,080,868.07 | 0.00 | 0.00 |
| 5/12/14 | 88 | 3,662,733.77 | 2,932,103.80 | 3,080,868.07 | 0.00 | 0.00 | 0.00 | (148,764.27) | 2,932,103.80 | 0.00 | 0.00 |
| 6/12/14 | 88 | 3,662,733.77 | 2,932,341.30 | 2,932,103.80 | 0.00 | 0.00 | 0.00 | 237.50 | 2,932,341.30 | 0.00 | 0.00 |
| 8/12/14 | 88 | 3,662,733.77 | 2,946,458.80 | 2,932,341.30 | 0.00 | 0.00 | 0.00 | 14,117.50 | 2,946,458.80 | 0.00 | 0.00 |
| 11/25/15 | 89 | 3,547,250.81 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7/12/12 | 91 | 3,523,795.50 | 1,621,187.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,621,187.09 | 0.00 | 0.00 |
| 8/13/12 | 91 | 3,523,795.50 | 1,626,531.09 | 1,621,187.09 | 0.00 | 0.00 | 0.00 | 5,344.00 | 1,626,531.09 | 0.00 | 0.00 |
| 9/12/11 | 97 | 2,853,400.83 | 1,057,073.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,057,073.67 | 0.00 | 0.00 |
| 12/12/11 | 97 | 2,853,400.83 | 1,083,415.96 | 1,057,073.67 | 0.00 | 0.00 | 0.00 | 26,342.29 | 1,083,415.96 | 0.00 | 0.00 |
| 1/12/12 | 97 | 2,853,400.83 | 1,086,894.96 | 1,083,415.96 | 0.00 | 0.00 | 0.00 | 3,479.00 | 1,086,894.96 | 0.00 | 0.00 |
| 9/12/12 | 97 | 2,853,400.83 | 1,073,428.33 | 1,086,894.96 | 0.00 | 0.00 | 0.00 | (13,466.63) | 1,073,428.33 | 0.00 | 0.00 |
| 3/12/13 | 97 | 2,853,400.83 | 1,072,499.56 | 1,073,428.33 | 0.00 | 0.00 | 0.00 | (928.77) | 1,072,499.56 | 0.00 | 0.00 |
| 1/13/14 | 97 | 2,853,400.83 | 1,070,037.27 | 1,072,499.56 | 0.00 | 0.00 | 0.00 | (2,462.29) | 1,070,037.27 | 0.00 | 0.00 |

**EXHIBIT I** 28

Case 17-44721-BDL   Doc 23   Filed 12/29/17   Ent. 12/29/17 17:50:06   Pg. 134 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** **11/13/17**
**Record Date:** **10/31/17**

## Historical Bond/Collateral Loss Reconciliation Detail

| Distribution Date | Offering Document Cross-Reference | Beginning Balance at Liquidation | Aggregate Realized Loss on Loans | Prior Realized Loss Applied to Certificates | Amts Covered by Credit Support/ Deal Structure | Interest (Shortages)/ Excesses | Modification /Appraisal Reduction Adj. | Additional (Recoveries) /Expenses | Realized Loss Applied to Certificates to Date | Recoveries of Realized Losses Paid as Cash | (Recoveries)/ Losses Applied to Certificate Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/09 | 102 | 2,625,541.99 | 2,639,097.92 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,639,097.92 | 0.00 | 0.00 |
| 4/12/10 | 102 | 2,625,541.99 | 2,630,479.29 | 2,639,097.92 | 0.00 | 0.00 | 0.00 | (8,618.63) | 2,630,479.29 | 0.00 | 0.00 |
| Totals | | | | | 0.00 | 0.00 | 0.00 | (381,153.59) | | 0.00 | 0.00 |

**EXHIBIT I - 29**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 135 of 138



**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

### Series 2005-MCP1

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

## Interest Shortfall Reconciliation Detail - Part 1

| Offering Document Cross-Reference | Stated Principal Balance at Contribution | Current Ending Scheduled Balance | Special Servicing Fees | | | ASER | (PPIS) Excess | Non-Recoverable (Scheduled Interest) | Interest on Advances | Modified Interest Rate (Reduction) /Excess |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Monthly | Liquidation | Work Out | | | | | |
| 8 | 40,353,238.51 | 28,988,549.65 | 6,260.68 | 0.00 | 0.00 | 29,318.70 | 0.00 | 0.00 | 41,603.35 | 0.00 |
| Totals | 40,353,238.51 | 28,988,549.65 | 6,260.68 | 0.00 | 0.00 | 29,318.70 | 0.00 | 0.00 | 41,603.35 | 0.00 |

**EXHIBIT I - 30**

Copyright 2017, Wells Fargo Bank, N.A.

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 136 of 138



# Merrill Lynch Mortgage Trust 2005-MCP1

## Commercial Mortgage Pass-Through Certificates

## Series 2005-MCP1

**Wells Fargo Bank, N.A.**
**Corporate Trust Services**
**8480 Stagecoach Circle**
**Frederick, MD 21701-4747**

For Additional Information, please contact
CTSLink Customer Service
1-866-846-4526
Reports Available on the World Wide Web
www.ctslink.com

**Payment Date:** 11/13/17
**Record Date:** 10/31/17

### Interest Shortfall Reconciliation Detail - Part 2

| Offering Document Cross-Reference | Stated Principal Balance at Contribution | Current Ending Scheduled Balance | Reimb of Advances to the Servicer | | Other (Shortfalls)/ Refunds | Comments |
|---|---|---|---|---|---|---|
| | | | Current Month | Left to Reimburse Master Servicer | | |
| 8 | 40,353,238.51 | 28,988,549.65 | (1,028,836.83) | 0.00 | 0.00 | Current Month Reimbursement of Advances to Servicer represent NRA and have been recovered to Principal |
| Totals | 40,353,238.51 | 28,988,549.65 | (1,028,836.83) | 0.00 | 0.00 | |

| | |
|---|---|
| Interest Shortfall Reconciliation Detail Part 2 Total | (1,028,836.83) |
| Interest Shortfall Reconciliation Detail Part 1 Total | 77,182.73 |
| Total Interest Shortfall Allocated to Trust | (951,654.10) |

**EXHIBIT I - 31**

Copyright 2017, Wells Fargo Bank, N.A.

Fill in this information to identify the case:

Debtor name    **OLYMPIA OFFICE LLC** _____

United States Bankruptcy Court for the: **Western** _____ District of **WA** ____
                                                  (State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
            12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JSH Properties, Inc. 10655 NE 4th Street, #901 Bellevue, WA  98004 | | | Contingent | $0 | Unknown | Unknown |
| 2 | LaMonica Herbst & Maniscalco, LLP 3305 Jerusalem Avenue Wantagh, NY  11793 | | Legal Services | Disputed | $800,000.00 | | |
| 3 | Lazer Apthaker Rosella & Yedid 225 Old Country Road Melville, NY  11747 | | Legal Services | | | | $  26,500.00 |
| 4 | Margolin Winer & Evens, LLP 400 Garden City Plaza Garden City, NY  11530 | | Accounting Services | | | | $    6,500.00 |
| 5 | Midland Loan Servicing 10851 Mastin Street, #700 Overland Park, KS  66210 | | | | $0 | Unknown | Unknown |
| 6 | Superior Note Solutions, LLC 10900 4th Avenue NE, #2300 Bellevue, WA  98004 | | Consulting Services | | | | $  35,000.00 |
| 7 | Robin Tuerk, Esquire 205 East 78th Street, Apt. 16T New York, NY  10075 | | Legal Services | | | | $  37,500.00 |
| 8 | | | | | | | |

Case 17-44721    Doc 2    Filed 12/26/17    Ent. 12/26/17 11:23:27    Pg. 1 of 1

**EXHIBIT J - 1**

Case 17-44721-BDL    Doc 23    Filed 12/29/17    Ent. 12/29/17 17:50:06    Pg. 138 of 138