THE HONORABLE BRIAN D. LYNCH
Chapter 11
Hearing Date: January 18, 2018
Hearing Time: 9:30 a.m.
Response Date: January 11, 2018
Location: Tacoma, Courtroom I

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re | No. 17-44721-BDL |
| OLYMPIA OFFICE LLC, | **_AMENDED_** NOTICE OF HEARING ON: |
| Debtor. | 1) MOTION FOR RELIEF FROM STAY OR TO DISMISS |
| | 2) MOTION FOR CONTINUANCE OF DEBTOR'S MOTIONS: (1) TO (a) TERMINATE THE ENGAGEMENT OF JSH PROPERTIES, INC., AND DIRECT THE RECEIVER TO TURN OVER TO THE DEBTORS (i) POSSESSION AND CONTROL OF THE DEBTORS' PROPERTIES, (ii) CASH IN THE JSH ACCOUNTS RELATED TO THE PROPERTIES; AND (iii) BOOKS AND RECORDS RELATED TO PROPERTIES; AND (b) AUTHORIZING THE DEBTORS TO REMIT PAYMENTS TO BE APPLIED TO DEBTOR-IN-POSSESSION FINANCING OR THE NOTE "A" PRINCIPAL AMOUNT; AND (2) TO EXTEND AUTOMATIC STAY |

\ \ \

AMENDED NOTICE OF HEARING - 1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130395.0002/7176932.1

TO: Clerk of the United States Bankruptcy Court;
AND TO: United States Trustee;
AND TO: All Creditors and Parties-in-interest.

**PLEASE TAKE NOTICE** that a hearing on the following motions (together the "**Motions**") filed by MLMT 2005-MCP1 Washington Office Properties, LLC ("**Noteholder**"), in the above-referenced case, will be held in front of the Honorable Brian D. Lynch as detailed below:

1) Motion under Bankruptcy Code Sections 105, 362(d)(1), 362(d)(2), 362(d)(4) and 1112(b) for Relief from the Automatic Stay or in the alternative for Dismissal of Bankruptcy Case ("**Motion for RFS/or Dismissal**"). The Motion for RFS/or Dismissal is supported by the Declaration of David Bornheimer.

2) Motion for Continuance of Debtor's Motions: (1) to (a) Terminate the Engagement of JSH Properties, Inc., and Direct the Receiver to Turn Over to the Debtors (i) Possession and Control of the Debtors' Properties, (ii) Cash in the JSH Accounts Related to the Properties; and (iii) Books and Records Related to Properties; and (b) Authorizing the Debtors to Remit Payments to be Applied to Debtor-In-Possession Financing or the Note "A" Principal Amount; and (2) to Extend Automatic Stay ("**Motion to Continue**"), requesting that the Court continue the hearing on Debtor's Motions from January 24, 2018, to February 14. The Motion to Continue is supported by the Declaration of Alan Feld.

### *AMENDED* HEARING DATE AND TIME/OBJECTION DEADLINE

PLEASE TAKE NOTICE that a hearing on the Motions (detailed above) will take place as follows:

| | |
|---|---|
| Hearing Date: | January 18, 2018 |
| Hearing Time: | 9:30 a.m. |
| Hearing Location: | Tacoma Federal Courthouse<br>Union Station<br>1717 Pacific Avenue, Courtroom I<br>Tacoma, WA 98402 |
| Response Date: | January 11, 2018 |

AMENDED NOTICE OF HEARING - 2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130395.0002/7176932.1

Copies of the Motions and supporting declarations thereto can be obtained by contacting Karly Stevens, Lane Powell PC, 1420 Fifth Avenue, Suite 4200, Seattle, WA, 98101, telephone (206) 223-3988, email: stevensk@lanepowell.com.

PLEASE TAKE FURTHER NOTICE that any party wishing to object to one or all of the Motions must file a written objection with the Clerk of the Court, United States Bankruptcy Court, 1717 Pacific Avenue, Suite 2100, Tacoma, WA 98402, and serve a copy of said objection on the undersigned counsel at the address listed below, no later than **Thursday, January 11, 2018**. If you object, you must also attend the hearing.

PLEASE TAKE FURTHER NOTICE that if no timely objection to any one or all of the Motions is filed, the Court may, in its discretion, grant the Motions prior to hearing without further notice.

DATED: January 5, 2018

LANE POWELL PC

By  /s/ Charles R. Ekberg
   Charles R. Ekberg, WSBA No. 00342
   James B. Zack, WSBA No. 48122
Attorneys for MLMT 2005-MCP1 Washington Office Properties, LLC

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Alan M. Feld
   Alan M. Feld, *pro hac vice*
Attorneys for MLMT 2005-MCP1 Washington Office Properties, LLC

AMENDED NOTICE OF HEARING - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

130395.0002/7176932.1