Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
       dbrown@williamskastner.com
*Attorneys for Debtors*

HON. BRIAN D. LYNCH
Chapter 11
Location: Courtroom I
Hearing Date: January 18, 2018
Hearing Time: 9:30 a.m.
Response Due: January 11, 2018

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| In Re:<br><br>OLYMPIA OFFICE LLC; WA PORTFOLIO LLC; MARINERS PORTFOLIO LLC; and SEAHAWK PORTFOLIO LLC,<br><br>Debtors, | Chapter 11<br>CASE NO. 17-44721-BDL-Lead Case<br>(*Jointly Consolidated*)<br><br>DEBTORS' SURREPLY OBJECTION AND REQUEST TO STRIKE NOTEHOLDERS' UNTIMELY REPLY AND OBJECTION IN SUPPORT OF NOTEHOLDER'S DUAL MOTIONS |

DEBTORS' SURREPLY OBJECTION AND REQUEST TO STRIKE NOTEHOLDERS' UNTIMELY REPLY AND OBJECTION IN SUPPORT OF NOTEHOLDER'S DUAL MOTIONS

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6341890.1
Case 17-44721-BDL    Doc 78    Filed 01/16/18    Ent. 01/16/18 15:55:20    Pg. 1 of 3

1    Debtors object to MLMT2005-MCP1 Washington Office Properties, LLC ("Noteholder" or "MLMT"), late filed reply and objection (filed on Martin Luther King Day, January 15, 2018 at 5:37 pm and 5:41 pm, respectively). The Birthday of Martin Luther King, Jr. is a legal public holiday.[1] Noteholder, without consulting Debtors and without verifying availability, elected to seek its dual motions for relief from stay and/or dismissal of the Debtors' bankruptcies on shortened time. Yet, Noteholder also seeks to ignore the local rules of this Court in at least two ways.

First, rule 9013-1(d)(8) of the Local Rules W.D. Wash. Bankr. governs the briefing schedule, including replies. *See also* Rule 9013-1-(d)(6). Rule 9013-1(d)(8) provides that prior to a Thursday hearing (as is the case here), a reply must be filed on the Monday preceding the hearing date, except "[i]n the event any of the days falls upon a legal holiday, ***then the deadline for the event shall be determined by counting backward*** until a day that is not a Saturday, Sunday or legal holiday." (emphasis added). Monday was a legal holiday. The reply brief was therefore due on January 12, 2018, not three days later when it was filed. Rule 9013-1(d)(7) provides that the "[f]ailure of a party to file and/or serve the papers as required by this rule may be deemed by the court to be an admission that the motion, or opposition to the motion, as the case may be, is without merit." Debtors request the Court strike the reply and deny Noteholder's motions.

Second, the brief and objection are significantly over-length. The brief contains multiple pages of single spaced text designed to circumvent the page limit, as well as an entirely separate document purporting to object to evidence attached in support of Debtors' opposition. This too is improper. The Local Civil Rules for the Western District of Washington 7(g) [2] provides that "[r]equests to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief, and will be considered with the underlying motion."[3] Debtors request the Court strike the Noteholder's objection.

---

[1] *See*, https://www.ca9.uscourts.gov/content/view.php?pk_id=0000000490. *See also*, 5 U.S. Code § 6103.
[2] Made applicable here by Local Rules W.D. Wash. Bankr. 9029-2.
[3] Debtors' objection falls within the only exception to this rule, as it is in response to documents "contained in or attached to a reply brief." LCR 7(g).

DEBTORS' SURREPLY OBJECTION AND REQUEST TO STRIKE NOTEHOLDERS' UNTIMELY REPLY AND OBJECTION IN SUPPORT OF NOTEHOLDER'S DUAL MOTIONS - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6341890.1

DATED this 16th day of January, 2018.

/s/ Daniel A. Brown, WSBA #22028
Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
dbrown@williamskastner.com
***Attorneys for Debtors Olympia Office LLC; WA Portfolio LLC; Mariners Portfolio LLC; and Seahawk Portfolio LLC***

## **PROOF OF SERVICE**

The undersigned hereby certifies that on January 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 16th day of January, 2018.

/s/ Daniel A. Brown, WSBA #22028
Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
dbrown@williamskastner.com
***Attorneys for Debtors Olympia Office LLC; WA Portfolio LLC; Mariners Portfolio LLC; and Seahawk Portfolio LLC***

DEBTORS' SURREPLY OBJECTION AND REQUEST TO STRIKE NOTEHOLDERS' UNTIMELY REPLY AND OBJECTION IN SUPPORT OF NOTEHOLDER'S DUAL MOTIONS - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6341890.1

Case 17-44721-BDL    Doc 78    Filed 01/16/18    Ent. 01/16/18 15:55:20    Pg. 3 of 3