Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
dbrown@williamskastner.com
*Attorneys for Debtors*

The Honorable Brian D. Lynch
Chapter 11
Location: Courtroom I
Date: January 18, 2018
Time: 9:30 a.m.
Response Due: January 11, 2018

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| In Re:<br><br>OLYMPIA OFFICE LLC; WA PORTFOLIO LLC; MARINERS PORTFOLIO LLC; and SEAHAWK PORTFOLIO LLC,<br><br>Debtor. | CHAPTER 11<br>CASE NO. 17-44721-BDL-Lead Case<br>*(Jointly Consolidated)*<br><br>SUPPLEMENTAL DECLARATION OF DANIEL A. BROWN IN SUPPORT OF CHAPTER 11 DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY AND/OR DISMISSAL OF BANKRUPTCY CASES |

I, Daniel A. Brown, declare as follows:

1. I am a member at Williams Kastner, attorneys for the Debtors in this action, and I make this declaration based on my personal knowledge. If called to testify I would be competent to do so.

2. Attached as **Exhibit L** is a true and correct copy of the Evidence of Commercial Property Insurance on the Properties at issue, dated September 27, 2017, and disclosed to our office on January 10, 2018 in response to an inquiry regarding the same by Shawn Rediger,

SUPPLEMENTAL DECLARATION OF DANIEL A. BROWN IN SUPPORT OF CHAPTER 11 DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY AND/OR DISMISSAL OF BANKRUPTCY CASES - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6339789.1

reflecting insurance coverage for the "buildings" totaling $44,962,154 (excluding the sold Moses Lake property) and exclusive of $4,848,744 in coverage for "business income."

The foregoing statement is made under penalty of perjury under the laws of the United States of America and is true and correct.

DATED this 16th day of January, 2018, at Seattle, Washington.

/s/ Daniel A. Brown
Daniel A. Brown, WSBA #22028
Shawn B. Rediger, WSBA #26425
Attorneys for Defendant
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
dbrown@williamskastner.com
srediger@williamskastner.com
*Attorneys for Debtors Olympia Office LLC; WA Portfolio LLC; Mariners Portfolio LLC; and Seahawk Portfolio LLC*

SUPPLEMENTAL DECLARATION OF DANIEL A. BROWN IN SUPPORT OF CHAPTER 11 DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY AND/OR DISMISSAL OF BANKRUPTCY CASES - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6339789.1

Case 17-44721-BDL    Doc 79    Filed 01/16/18    Ent. 01/16/18 16:39:25    Pg. 2 of 5

**PROOF OF SERVICE**

The undersigned hereby certifies that on January 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 16th day of January, 2018.

/s/ Daniel A. Brown
Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
dbrown@williamskastner.com
*Attorneys for Debtors Olympia Office LLC; WA Portfolio LLC; Mariners Portfolio LLC; and Seahawk Portfolio LLC*

SUPPLEMENTAL DECLARATION OF DANIEL A. BROWN IN SUPPORT OF CHAPTER 11 DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY AND/OR DISMISSAL OF BANKRUPTCY CASES - 3

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6339789.1



**DATKINSON**

# EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 09/27/2017

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**PRODUCER NAME, CONTACT PERSON AND ADDRESS**
HBT Insurance
P.O Box 833
Auburn, WA 98071

**Contact name:**

**PHONE (A/C, No, Ext):** (253) 833-5140
**FAX (A/C, No):** (253) 939-9356
**E-MAIL ADDRESS:** info@hbtinsurance.com

**COMPANY NAME AND ADDRESS**
Continental Insurance Company
C N A
333 S Wabash
Chicago, IL 60604

**NAIC NO:** 35289

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

**CODE:**   **SUB CODE:**
**AGENCY CUSTOMER ID #:** CDCPROP-01   License # 224596

**POLICY TYPE**
Commercial Package

**NAMED INSURED AND ADDRESS**
CDC Properties I, LLC
c/o JSH Properties
20415 72nd Ave S, Ste 180
Kent, WA 98032

**LOAN NUMBER**

**POLICY NUMBER:** 6042780922

**EFFECTIVE DATE:** 09/29/2017
**EXPIRATION DATE:** 09/29/2018
☐ CONTINUED UNTIL TERMINATED IF CHECKED

**ADDITIONAL NAMED INSURED(S)**

**THIS REPLACES PRIOR EVIDENCE DATED:**

**PROPERTY INFORMATION** (ACORD 101 may be attached if more space is required)  ☒ BUILDING  OR  ☐ BUSINESS PERSONAL PROPERTY

**LOCATION / DESCRIPTION**
See attached

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**  PERILS INSURED ☐ BASIC  ☐ BROAD  ☒ SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $         DED: **10,000**

| Coverage | YES | NO | N/A | If YES details |
|---|---|---|---|---|
| ☒ BUSINESS INCOME   ☐ RENTAL VALUE | X | | | If YES, LIMIT:       Actual Loss Sustained; # of months: **18** |
| BLANKET COVERAGE | | X | | If YES, indicate value(s) reported on property identified above: $ |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC |
| IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | X | | |
| IS DOMESTIC TERRORISM EXCLUDED? | | X | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT:       DED: |
| FUNGUS EXCLUSION (If "YES", specify organization's form used) | | X | | |
| REPLACEMENT COST | X | | | |
| AGREED VALUE | | | X | |
| COINSURANCE | | X | | If YES,    % |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT:       DED: |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT:       DED: |
| - Demolition Costs | X | | | If YES, LIMIT:       DED: |
| - Incr. Cost of Construction | X | | | If YES, LIMIT:       DED: |
| EARTH MOVEMENT (If Applicable) | | X | | If YES, LIMIT:       DED: |
| FLOOD (If Applicable) | | X | | If YES, LIMIT:       DED: |
| WIND / HAIL INCL  ☐ YES  ☐ NO  Subject to Different Provisions: | X | | | If YES, LIMIT:       DED: |
| NAMED STORM INCL  ☐ YES  ☐ NO  Subject to Different Provisions: | | | X | If YES, LIMIT:       DED: |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | |

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

☐ CONTRACT OF SALE   ☒ LENDER'S LOSS PAYABLE   ☐ LOSS PAYEE
☒ MORTGAGEE

**NAME AND ADDRESS**

**LENDER SERVICING AGENT NAME AND ADDRESS**

**AUTHORIZED REPRESENTATIVE**
*Debbie Atkinson*

Additional insured information attached

ACORD 28 (2016/03)   © 2003-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Ex. L - Page 2



# ADDITIONAL REMARKS SCHEDULE

| AGENCY | License # 224596 | NAMED INSURED |
|---|---|---|
| HBT Insurance | | CDC Properties I, LLC<br>c/o JSH Properties<br>20415 72nd Ave S, Ste 180<br>Kent, WA 98032 |
| POLICY NUMBER<br>6042780922 | | |
| CARRIER<br>Continental Insurance Company | NAIC CODE<br>35289 | EFFECTIVE DATE: 09/29/2017 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER: ACORD 28  FORM TITLE: EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

**Special Conditions:**
RE:
 Location 1: 629 Woodland Square Loop SE, Lacey, WA 98503
 Location 2: 5000 Capitol Blvd SE, Tumwater, WA 98501
 Location 3: 637 Woodland Square Loop SE, Lacey, WA 98503
Location 4: 645 Woodland Sqaure Loop SE, Lacey, WA 98503
Location 5: 4565 7th Ave SE, Lacey, WA 98503
Location 6: 640 Woodland Square Loop SE, Lacey, WA 98503
Location 7: 1620 S. Pioneer Way, Moses Lake, WA 98837
Location 8: 8830 25Th Ave SW, Seattle, WA 98106
Location 9: 805 S Mission St, Wenatchee, WA 98801

Location 1: 629 Woodland Square Loop SE, Lacey, WA 98503        Building - $5,632,256   Business Income - $389,124
Location 2: 5000 Capitol Blvd SE, Tumwater, WA 98501           Building - $6,551,658   Business Income - $799,488
Location 3: 637 Woodland Square Loop SE, Lacey, WA 98503       Building -  $2,701,259   Business Income - $333,108
Location 4: 645 Woodland Sqaure Loop SE, Lacey, WA 98503       Building - $923,111   Business Income - $102,576
Location 5: 4565 7th Ave SE, Lacey, WA 98503                   Building - $10,369,790   Business Income - $1,083,000
Location 6: 640 Woodland Square Loop SE, Lacey, WA 98503       Building - $13,130,032   Business Income - $1,407,000
Location 7: 1620 S. Pioneer Way, Moses Lake, WA 98837          Building -  $3,033,790   Business Income - $451,842
Location 8: 8830 25Th Ave SW, Seattle, WA 98106                Building - $1,895,734   Business Income - $209,364
Location 9: 805 S. Mission St, Wenatchee, WA 98801             Building - $3,758,314   Business Income - $525,084

**Additional Insured information:**
MLMT 2005-MCP1 Washington Office Properties, LLC ("Noteholder") - c/o Midland Loan Services, a division of PNC Bank, National Association
10851 Mastin Street, Ste 300, Overland Park, KS 66210 - Attn: David Bornheimer

Midland Loan Services, a division of PNC Bank, National Association
10851 Mastin Street, Ste 300, Overland Park, KS 66210 - Attn: David Bornheimer

Olympia Office LLC, 229 Linwood Ave, Cedarhurst, New York 11516
Olympia Office LLC shall have no entitlement to any insurance proceeds unless and until "Noteholder" has been paid in full all amounts owed "Noteholder" under the loans secured by the insured properties.

WA Portfolio LLC, 229 Linwood Ave, Cedarhurst, New York 11516
WA Portfolio LLC shall have no entitlement to any insurance proceeds unless and until "Noteholder" has been paid in full all amounts owed "Noteholder" under the loans secured by the insured properties.

Mariners Portfolio LLC , 229 Linwood Ave, Cedarhurst, New York 11516
Mariners Portfolio LLC shall have no entitlement to any insurance proceeds unless and until "Noteholder" has been paid in full all amounts owed "Noteholder" under the loans secured by the insured properties.

Seahawk Portfolio LLC , 229 Linwood Ave, Cedarhurst, New York 11516
Seahawk Portfolio LLC shall have no entitlement to any insurance proceeds unless and until "Noteholder" has been paid in full all amounts owed "Noteholder" under the loans secured by the insured properties.