

January 16, 2018                                                                                             32443.0102

*<u>E-FILED VIA CM/ECF</u>*
The Honorable Brian D. Lynch
U.S. Bankruptcy Court – Western District of Washington
Union Station – Courtroom I
1717 Pacific Avenue
Tacoma, WA 98402-3233

Re: <u>Olympia Office, LLC, WA Portfolio LLC, Mariners Portfolio LLC, and Seahawk Portfolio LLC, Debtors</u> - Chapter 11 Bankruptcy Joint Consolidated Case No. 11-41010-BDL (Lead Case)

Dear Judge Lynch:

I work with attorneys Daniel A. Brown and Shawn B. Rediger in regard to the above-referenced matter, representing Olympia Office LLC; WA Portfolio LLC; Mariners Portfolio LLC; and Seahawk Portfolio LLC, respectively. I request the Court's permission to listen to the hearings in the <u>Olympia Office, LLC, et al., Debtors</u> - Consolidated Case No. 11-41010-BDL via telephone on the Motions set before you this coming Thursday, January 18, 2018, at 9:30 a.m. Thank you for your consideration.

Very truly yours,

WILLIAMS, KASTNER & GIBBS PLLC

/s/Daniel J. Velloth, WSBA #44379

Daniel J. Velloth
Attorney at Law
(206) 628-2430
dvelloth@williamskastner.com

dsl

Williams, Kastner & Gibbs PLLC
Two Union Square
601 Union Street, Suite 4100
Seattle, Washington 98101
main 206.628.6600   fax 206.628.6611
www.williamskastner.com
SEATTLE . TACOMA . PORTLAND

*Practicing law with greater resolve™*
6342238