Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
        dbrown@williamskastner.com

*Attorneys for Debtors Olympia Office LLC;
WA Portfolio LLC; Mariners Portfolio LLC;
and Seahawk Portfolio LLC*

HON. BRIAN D. LYNCH
Chapter 11

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| In Re:<br><br>OLYMPIA OFFICE LLC; WA PORTFOLIO LLC; MARINERS PORTFOLIO LLC; and SEAHAWK PORTFOLIO LLC<br><br>Debtors. | Chapter 11<br>CASE NO. 17-44721-BDL-Lead Case (*Jointly Consolidated*)<br><br>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS |

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named Debtors and that compensation paid to Williams Kastner ("WK") within one year before the filing of the Petitions in bankruptcy, or agreed to be paid to WK, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with the bankruptcy case is as follows:

- Current retainer balance being held by Williams Kastner: $25,775.50

- Prior to the bankruptcy filing, Williams Kastner was paid: $104,019.06

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6341760.1

Case 17-44721-BDL    Doc 85    Filed 01/17/18    Ent. 01/17/18 16:13:32    Pg. 1 of 3

2. The source of the compensation paid to WK was Olympia Office, LLC. The funds were loaned by Consulting Solutions Group, LLC to Olympia Office, LLC (amounts included in Consulting Solutions' claim). In my earlier declaration submitted with the application to employ, the reference to Philips International was in error.

3. In these bankruptcies, debtors intend for WK to be paid by the bankruptcy estates pursuant to court order. In addition, if WK is not paid from the bankruptcy estates, Consulting Solutions Group, LLC has executed a limited payment guaranty. WK represents Olympia Office, LLC, WA Portfolio, LLC, Mariners Portfolio, LLC and Seahawk Portfolio, LLC (WK does not represent Consulting Solutions Group, LLC).

4. WK has not agreed to share the above-disclosed compensation with any other person.

5. In return for the above-disclosed fee, WK has agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the Debtors' financial situation, and rendering advice to the Debtors in determining whether to file a Petition under Chapter 11 of Title 11 of the United States Code;
   b. Preparation and filing of any Petitions, Schedules, Statements of Affairs and Plan which may be required;
   c. Representation of the Debtors at the Meeting of Creditors and confirmation hearing, and any adjourned hearings thereof; including, but not limited to, any motion practice, hearings, conferences related to, without limitation, the Plan, Disclosure Statement, Proofs of Claim, Leases, etc., …
   d. Representation of the Debtors in adversary proceedings and other contested bankruptcy matters; and
   e. Services outlined in paragraph 4 of the application (Dkt. No. 47, page 2).

6. By agreement with the Debtors, the above-disclosed fee does not include the following services: None at this time.

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6341760.1

Case 17-44721-BDL    Doc 85    Filed 01/17/18    Ent. 01/17/18 16:13:32    Pg. 2 of 3

| | |
|---|---|
| 1 | DATED this 17th day of January, 2018. |
| 2 | /s/Shawn B. Rediger, WSBA #26425 |
| | Shawn B. Rediger, WSBA #26425 |
| 3 | Daniel A. Brown, WSBA #22028 |
| | WILLIAMS, KASTNER & GIBBS PLLC |
| 4 | 601 Union Street, Suite 4100 |
| | Seattle, WA 98101-2380 |
| 5 | Telephone: (206) 628-6600 |
| | Fax: (206) 628-6611 |
| 6 | Email: srediger@williamskastner.com |
| | dbrown@williamskastner.com |
| 7 | ***Attorneys for Debtors Olympia Office LLC;*** |
| | ***WA Portfolio LLC; Mariners Portfolio LLC;*** |
| 8 | ***and Seahawk Portfolio LLC*** |

## PROOF OF SERVICE

The undersigned hereby certifies that on January 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

DATED this 17th day of January, 2018.

/s/ Shawn B. Rediger, WSBA #26425
Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
dbrown@williamskastner.com
***Attorneys for Debtors Olympia Office LLC;***
***WA Portfolio LLC; Mariners Portfolio LLC;***
***and Seahawk Portfolio LLC***

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6341760.1

Case 17-44721-BDL    Doc 85    Filed 01/17/18    Ent. 01/17/18 16:13:32    Pg. 3 of 3