Entered on Docket January 18, 2018

Below is the Order of the Court.



_____
Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

OLYMPIA OFFICE LLC;
WA PORTFOLIO LLC;
MARINERS PORTFOLIO LLC and
SEAHAWK PORTFOLIO LLC
                Debtors.

Case No. 17-44721-BDL
Lead Case

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

MLMT 2005-MCP1 Washington Office Properties, LLC ("Noteholder") filed a motion seeking Relief from Stay, or in the alternative dismissal, (ECF No. 30) in each of these now-jointly administered cases.[1] Debtors have opposed the motion. (ECF No. 58). A hearing on the motion was held on January 18, 2018. The Court, having considered the record and pleadings on file, and having heard the argument of counsel, announced findings of fact and conclusions of law on the record at the conclusion of the hearings. Those findings and conclusions are incorporated herein by reference. Now, therefore, it is hereby

ORDERED that Noteholder is granted relief from the automatic stay in each of the jointly administered cases in order to pursue its collateral. The 14-day stay of this order under Fed. R. Bankr. P. 4001(a)(3) is not waived.

It is further ORDERED that the motion to dismiss these cases is continued for further hearing before this Court on February 14, 2017 at 9:00 a.m.

---

[1] In re Olympia Office LLC Case no. 17-44721-BDL; In re WA Portfolio LLC Case no. 17-44722-BDL; In re Mariners Portfolio Case No. 17-44723-BDL and In re Seahawk Portfolio Case No. 17-44724-BDL.

ORDER GRANTING RELIEF FROM STAY - 1

1. Debtors or any person or entity acting on their behalf are prohibited from taking any action to transfer the Properties (as defined in Noteholder's motion) without the prior approval of this Court, after notice and an opportunity to be heard.

/// End of Order ///