**Submitted But Not Entered.**

_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**

**No bar date shall be set at this time, as ruled on January 18, 2018. Debtors may renew application to set bar date after February 14, 2018.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re:<br><br>OLYMPIA OFFICE LLC; WA PORTFOLIO LLC; MARINERS PORTFOLIO LLC; and SEAHAWK PORTFOLIO LLC<br><br>Debtors. | Chapter 11<br>CASE NO. 17-44721-BDL-Lead Case (*Jointly Consolidated*)<br><br>**EX PARTE ORDER FIXING DEADLINE TO FILE PROOFS OF CLAIM**<br><br>✓**Clerk's Action Required** |

THIS MATTER came before the Court on the Ex Parte Application For Order Setting Last Day for Filing Claims (the "Application") filed by Olympia Office LLC, WA Portfolio LLC, Mariners Portfolio LLC, and Seahawk Portfolio LLC, the Debtors-in-Possession in this Chapter 11 case ("Debtors"). The Court finds that the notice given is appropriate under the circumstances presented and good cause is shown, now therefore, it is hereby ORDERED as follows:

1. The Application is granted.

2. Pursuant to Fed. R. Bankr. P. 3003(c), all claims in each of the Chapter 11

EX PARTE ORDER FIXING DEADLINE TO FILE PROOFS OF CLAIM - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6339339.2

Case 17-44721-BDL    Doc 89    Filed 01/18/18    Ent. 01/18/18 14:39:41    Pg. 1 of 17

bankruptcy cases must be filed with the Court no later than **March 5, 2018** (the "Bar Date").

3. Any creditor filing a Proof of Claim against any of the Debtors shall file such Proof of Claim in such Debtor's individual Chapter 11 case.

4. Proofs of Claim should be **electronically** filed with the Clerk of Court, U.S. Bankruptcy Court, at http://www.wawb.uscourts.gov/eclaims.htm. If electronic filing is not possible, an original signed Proof of Claim form must be filed with the Bankruptcy Court not later than **March 5, 2018** at the following address:

> United States Bankruptcy Court
> **Attn: Clerk of the Court**
> United States Courthouse
> 1717 Pacific Avenue, Room #2100
> Tacoma, WA 98402

5. The Notice appended hereto as **Exhibit A** is approved.

6. The Debtors are directed to send the Notice to all parties listed on the Court's official master mailing list within five business days of entry of this Order.

/ / / END OF ORDER / / /

PRESENTED BY:

/s/Shawn B. Rediger, WSBA #26425
Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
dbrown@williamskastner.com
*Attorneys for Debtors Olympia Office LLC;*
*WA Portfolio LLC; Mariners Portfolio LLC;*
*and Seahawk Portfolio LLC*

EX PARTE ORDER FIXING DEADLINE TO FILE PROOFS OF CLAIM - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6339339.2

Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
dbrown@williamskastner.com
*Attorneys for Debtors*

HON. BRIAN D. LYNCH
Chapter 11
EX PARTE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

In Re:

OLYMPIA OFFICE LLC; WA PORTFOLIO LLC; MARINERS PORTFOLIO LLC; and SEAHAWK PORTFOLIO LLC

Debtors.

Chapter 11
CASE NO. 17-44721-BDL-Lead Case
(*Jointly Consolidated*)

NOTICE OF LAST DAY FOR FILING CLAIMS OR INTERESTS

**PLEASE TAKE NOTICE** that Debtors Olympia Office, LLC, WA Portfolio LLC, Mariners Portfolio LLC, and Seahawk Portfolio LLC filed Chapter 11 Petition on December 26, 2017. On January 11, 2018, the court entered an Order Directing Joint Administration of these bankruptcies. The Court has fixed **MARCH 5, 2018** as the last day for filing claims in these cases. Any party whose claim is not listed on the bankruptcy schedules on file with the Court, or who disagrees with that listing, or whose claim is shown as disputed, contingent, or unliquidated on those schedules, must file a Proof of Claim. Creditors uncertain as to how their claim is listed on those schedules should file a Proof of Claim. **PARTIES WHOSE**

NOTICE OF LAST DAY FOR FILING CLAIMS OR INTERESTS - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6339336.1

**CLAIMS ARE NOT PROPERLY FILED OR LISTED ON THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES BY MARCH 5, 2018 WILL HAVE NO RIGHT TO VOTE UPON OR RECEIVE DISTRUBTIONS UNDER ANY PLAN OR PLANS OF REORGANIZATION OF THE DEBTORS, AND WILL HAVE NO RIGHT TO SEEK PAYMENT OF THEIR CLAIMS ABSENT SPECIFIC FURTHER ORDER OF THE COURT.** Parties who have already filed Proofs of Claim in this case, however, need not file an additional claim.

**How to File a Claim.**

THE COURT REQUESTS THAT ALL PROOFS OF CLAIM BE FILED ELECTRONICALLY by following the instructions on the Bankruptcy Court's website: http://www.wawb.uscourts.gov/eclaims.htm.

ONLY IN THE EVENT THAT YOU ARE NOT ABLE TO SUBMIT YOUR CLAIM ELECTRONICALLY AS SET FORTH ABOVE, an original signed Proof of Claim form, must be filed with the Bankruptcy Court not later than **March 5, 2018** at the below address:

> United States Bankruptcy Court
> **Attn: Clerk of the Court**
> United States Courthouse
> 1717 Pacific Avenue, Room #2100
> Tacoma, WA  98402

A Proof of Claim form is attached to this Notice.

**In addition to filing the Proof(s) of Claim with the Court, a copy thereof should be mailed or delivered to counsel for the Debtors at the address provided on this notice.**

NOTICE OF LAST DAY FOR FILING CLAIMS OR INTERESTS - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6339336.1

Case 17-44721-BDL    Doc 89    Filed 01/18/18    Ent. 01/18/18 14:39:41    Pg. 4 of 17

1     DATED this ___ day of January, 2018.

/s/
Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
       dbrown@williamskastner.com
***Attorneys for Debtor Olympia Office LLC***

## PROOF OF SERVICE

The undersigned hereby certifies that on January __, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants.

Further, on January __, 2018, I caused copies of the foregoing to be sent out via U.S. Regular Mail, postage pre-paid, to the parties on the Creditor Mailing Matrix, extracted from PACER on January __, 2018 (a copy of which is attached hereto). The parties crossed out receive Notice via the Court's ECF system.

DATED this __ day of January, 2018.

/s/
Shawn B. Rediger, WSBA #26425
Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: srediger@williamskastner.com
       dbrown@williamskastner.com
***Attorneys for Debtors Olympia Office LLC;
WA Portfolio LLC; Mariners Portfolio LLC;
and Seahawk Portfolio LLC***

NOTICE OF LAST DAY FOR FILING CLAIMS OR INTERESTS - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6339336.1

| Fill in this information to identify the case: |
|---|
| Debtor 1    **OLYMPIA OFFICE LLC** |
| Debtor 2 <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: **Western** District of **Washington** |
| Case number    **17-44721-BDL** |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor | |
| 2. Has this claim been acquired from someone else? | ☐ No <br> ☐ Yes. From whom? | |
| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Name <br><br> Number    Street <br><br> City    State    ZIP Code <br><br> Contact phone <br> Contact email <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __ | **Where should payments to the creditor be sent? (if different)** <br><br> Name <br><br> Number    Street <br><br> City    State    ZIP Code <br><br> Contact phone <br> Contact email |
| 4. Does this claim amend one already filed? | ☐ No <br> ☐ Yes. Claim number on court claims registry (if known) _____     Filed on ___/___/_____ <br>                                                                                                                  MM / DD / YYYY | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☐ No <br> ☐ Yes. Who made the earlier filing? | |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?** $_____. Does this amount include interest or other charges?
   ☐ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   _____

9. **Is all or part of the claim secured?**
   ☐ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: $_____
   Amount of the claim that is secured: $_____

   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition: $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☐ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. **Is this claim subject to a right of setoff?**
    ☐ No
    ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
 MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
 First name     Middle name     Last name

Title _____

Company _____
 Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
 Number   Street

_____
City        State    ZIP Code

Contact phone _____ Email _____

| Fill in this information to identify the case: |
| --- |
| Debtor 1    **WA PORTFOLIO LLC** |
| Debtor 2 <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: **Western** District of **Washington** |
| Case number    17-44722-BDL |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name
Number    Street
City    State    ZIP Code
Contact phone
Contact email

Where should payments to the creditor be sent? (if different)

Name
Number    Street
City    State    ZIP Code
Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____/_____/_____
                                                                                                                                            MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410                                   Proof of Claim                                  page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. Do you have any number you use to identify the debtor? | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
|---|---|
| 7. How much is the claim? | $_____. Does this amount include interest or other charges?<br>❏ No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. Is all or part of the claim secured? | ❏ No<br>❏ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>❏ Fixed<br>❏ Variable |
| 10. Is this claim based on a lease? | ❏ No<br>❏ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. Is this claim subject to a right of setoff? | ❏ No<br>❏ Yes. Identify the property: _____ |

| | | Amount entitled to priority |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☐ Yes. *Check one:* <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). <br><br> ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). <br><br> ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). <br><br> ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). <br><br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). <br><br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. <br><br> * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | $_____ <br><br><br> $_____ <br><br><br><br> $_____ <br><br><br> $_____ <br><br> $_____ <br><br> $_____ |

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
First name    Middle name    Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number    Street

_____
City    State    ZIP Code

Contact phone _____    Email _____

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **MARINERS PORTFOLIO LLC** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number | 17-44723-BDL |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Name of the current creditor (the person or entity to be paid for this claim) _____
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?

   Name _____
   Number  Street _____
   City  State  ZIP Code
   Contact phone _____
   Contact email _____

   Where should payments to the creditor be sent? (if different)

   Name _____
   Number  Street _____
   City  State  ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☐ No
   ☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/___
                                                                            MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410  Proof of Claim  page 1

| | | |
|---|---|---|
| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** | |
| 6. | Do you have any number you use to identify the debtor? | ☐ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. | How much is the claim? | $_____. Does this amount include interest or other charges?<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>_____ |
| 9. | Is all or part of the claim secured? | ☐ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property: $_____<br>Amount of the claim that is secured: $_____<br><br>Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition: $_____<br><br>Annual Interest Rate (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. | Is this claim based on a lease? | ☐ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. | Is this claim subject to a right of setoff? | ☐ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❑ No<br>❑ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❑ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

**If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.**

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.
❑ I am the creditor's attorney or authorized agent.
❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
          MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
     First name    Middle name    Last name

Title _____

Company _____
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address _____
        Number    Street

_____
City                        State    ZIP Code

Contact phone _____    Email _____



| Fill in this information to identify the case: |
|---|
| Debtor 1  **SEAHAWK PORTFOLIO LLC** |
| Debtor 2 (Spouse, if filing) _____ |
| United States Bankruptcy Court for the: **Western** District of **Washington** |
| Case number  **17-44724-BDL** |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim) _____
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name _____
Number  Street _____
City  State  ZIP Code
Contact phone _____
Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____
Number  Street _____
City  State  ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ – __ __ __ __ – __ __ __ __ – __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on ____/____/_____
                                                                        MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☐ Yes. Who made the earlier filing? _____

Official Form 410  Proof of Claim  page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**

  ☐ No
  ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?** $_____. Does this amount include interest or other charges?
  ☐ No
  ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

  Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

  Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

  Limit disclosing information that is entitled to privacy, such as health care information.

  _____

9. **Is all or part of the claim secured?**

  ☐ No
  ☐ Yes. The claim is secured by a lien on property.

  **Nature of property:**
  ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
  ☐ Motor vehicle
  ☐ Other. Describe: _____

  **Basis for perfection:** _____
  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  Value of property: $_____
  Amount of the claim that is secured: $_____

  Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

  Amount necessary to cure any default as of the date of the petition: $_____

  Annual Interest Rate (when case was filed) _____%
  ☐ Fixed
  ☐ Variable

10. **Is this claim based on a lease?**

  ☐ No
  ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. **Is this claim subject to a right of setoff?**

  ☐ No
  ☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

**If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.**

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
                   MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
     First name        Middle name        Last name

Title _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number        Street

        _____
        City                          State        ZIP Code

Contact phone _____    Email _____